David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone:(818) 507-6000
Facsimile:(818) 507-6800

Proposed Attorneys for Debtor
and Debtor-In-Possession,
The Andalucia Project, LLC.

**FILED & ENTERED**

SEP 22 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re:<br><br>THE ANDALUCIA PROJECT, LLC<br><br>            Debtor. | Case No. 1:09-21502-MT<br><br>Chapter 11<br><br>**ORDER ON INTERIM STIPULATION WITH SECURED CREDITOR AUTHORIZING USE OF CASH COLLATERAL AND CONTINUING HEARING ON DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL**<br><br><u>Old Date</u>:<br>Date: September 22, 2009<br>Time: 2:00 p.m.<br><br><u>New Date</u>:<br>Date: October 28, 2009<br>Time: 1:00 p.m.<br><br><u>Location</u>:<br>Courtroom 302<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

    Based on the stipulation of the parties and Debtor's Emergency Motion for use of cash collateral, the Court hereby finds that the Emergency Motion affords creditors and other interested parties reasonable notice of the material provisions of this agreement and

1 an opportunity for hearing such that this stipulation may be
2 approved as an Order of the Court without further notice or
3 hearing.
4 **IT IS HEREBY ORDERED:**
5     1.    This stipulation authorizing Debtor to use cash
6 collateral in the amounts, and for the purposes set forth in the
7 stipulation is approved.
8     2.    The hearing on Debtor's Emergency Motion for use of cash
9 collateral is continued to October 28, 2009 at 1:00 p.m.
10    3.    NAT may specially set for hearing its motion seeking
11 relief from stay on October 28, 2009 at 1:00 p.m. provided that the
12 motion is filed in sufficient time to afford notice under the
13 applicable Rules of this Court.
14 ###

20                            ###

DATED: September 22, 2009                                    CHAPTER 11
                                    United States Bankruptcy Judge
THE ANDALUCIA PROJECT, LLC
                                         Debtor(s).    CASE NUMBER 1:09-bk-21502-MT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 N. Jackson Street, Suite 201
  Glendale, CA 91206

A true and correct copy of the foregoing document described **ORDER ON INTERIM STIPULATION WITH SECURED CREDITOR AUTHORIZING USE OF CASH COLLATERAL AND CONTINUING HEARING ON DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/21/09** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**Office of the United States Trustee: ustpregion16.wh.ecf@usdoj.gov**
**United States Trustee Katherine Bunker: kate.bunker@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **9/21/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

```
The Honorable Maureen A. Tighe      Attorney for Secured Creditor NAT:
United States Bankruptcy Court      Susan Vaage
21041 Burbank Blvd., #325           500 N. Brand Blvd., #1030
Woodland Hills, CA 91367-6606       Glendale, CA 91203
Debtor:
The Andalucia Project, LLC
Arthur Aslanian
14900 Ventura Blvd., #220
Sherman Oaks, CA 91403
```

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2009 | Marcy Carman | /s/Marcy Carman |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| **In re:** THE ANDALUCIA PROJECT, LLC     Debtor | **CHAPTER:** 11  **CASE NUMBER: 1:09-bk-21502-MT** |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON INTERIM STIPULATION WITH SECURED CREDITOR AUTHORIZING USE OF CASH COLLATERAL AND CONTINUING HEARING ON DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
**Office of the United States Trustee: ustpregion16.wh.ecf@usdoj.gov**
**United States Trustee Katherine Bunker: kate.bunker@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| | |
|---|---|
| **Debtor:**<br>The Andalucia Project, LLC<br>Arthur Aslanian<br>14900 Ventura Blvd., #220<br>Sherman Oaks, CA 91403 | Attorney for Secured Creditor NAT:<br>Susan Vaage<br>500 N. Brand Blvd., #1030<br>Glendale, CA 91203 |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page