| | |
|---|---|
| 1 | **PETER C. ANDERSON**<br>**UNITED STATES TRUSTEE** |
| 2 | Jennifer L. Braun, No. 130932<br>Assistant U.S. Trustee |
| 3 | Katherine C. Bunker, No. 240593<br>Trial Attorney for the U.S. Trustee |
| 4 | **OFFICE OF THE UNITED STATES TRUSTEE**<br>21051 Warner Center Lane, Suite 115 |
| 5 | Woodland Hills, California 91367<br>Telephone: (818) 610-2376 |
| 6 | Facsimile: (818) 716-1576<br>Email: jennifer.l.braun@usdoj.gov |
| 7 |       kate.bunker@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. SV 09-21502 MT |
| | ) | Chapter 11 |
| **THE ANDALUCIA PROJECT, LLC**, | ) | **NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT OR DISMISS WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREOF** |
| Debtor. | ) | Date: October 26, 2009<br>Time: 10:00 a.m.<br>Ctrm: 302 |

NOTICE IS HEREBY GIVEN that the Office of the U.S. Trustee's Motion to Convert or Dismiss Case Pursuant to 11 U.S.C. § 1112(b) due to the Debtor's failure to comply with the requirements of the U.S. Trustee's Chapter 11 Notices and Guides and/or Local Bankruptcy Rules, filed on September 10, 2009, is hereby withdrawn.

Date: October 13, 2009        OFFICE OF THE UNITED STATES TRUSTEE

By:  /s/ *Katherine C. Bunker*
      Katherine C. Bunker
      Trial Attorney for the U.S. Trustee

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:



☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.



☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.



☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____
*Date*                  *Type Name*                                  *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

| In re: | CHAPTER: |
| --- | --- |
| Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**