David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Proposed Attorneys for Debtor
and Debtor-In-Possession,
The Andalucia Project, LLC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

| | |
|---|---|
| In re:<br><br>THE ANDALUCIA PROJECT, LLC<br><br>Debtor. | Case No. 1:09-21502-MT<br><br>Chapter 11<br><br>**DEBTOR'S OPPOSITION TO RELIEF FROM STAY MOTION FILED BY NAT REAL ESTATE MANAGEMENT GROUP, INC.**<br><br>Date: October 28, 2009<br>Time: 1:00 p.m.<br>Ctrm: 302<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367 |

Debtor opposes the motion of NAT Real Estate Management Group, Inc. ("NAT") seeking relief from stay.

The sole basis for relief identified in the motion is §362(d)(1), a lack of adequate protection. NAT makes two arguments: that there is no equity cushion, and that the value is declining without payments being made.

Debtor does not contest the first point, i.e. that there is no equity cushion. In fact Debtor agrees that the value of the property is less than the amount owed to NAT. A lack of equity is not, however, sufficient to grant the motion. If it were,

§362(d)(2) which requires BOTH a lack of equity <u>and</u> that the property not be necessary for reorganization, would be moot.

NAT's alternative ground, i.e. that the value is declining, is unsupported by any evidence. There is no evidence of the property value as of the petition date (Mr. Tempkin's report is dated 8 months earlier), or of the value 25 days later (the date of the motion). The Declaration of Pooneh Tanaeim, to the extent it is admissible,[1] demonstrates that there are, <u>AND HAVE BEEN</u> problems with maintaining the property for some time. There is no evidence that such problems have worsened. To the contrary, if the hearsay evidence is to be considered, it demonstrates that the Debtor has taken steps to correct problems and maintain the property.

Finally, it is not even clear that NAT is the holder of the note. Exhibit 3 notwithstanding, NAT has produced no endorsement of the Note from First Regional Bank to itself as required by the California Commercial Code. <u>See</u> CA Commercial Code §3201(b):

> (b) if an instrument is payable to an identified person, negotiation requires transfer of possession of the instrument and its indorsement by the holder. If an instrument is payable to bearer, it may be negotiated by transfer of possession alone.

As set forth in CA Commercial Code § 3204

> 3204. (a) "Indorsement" means a signature, . . ., that alone or accompanied by other words is made **on an instrument** for the purpose of (1) negotiating the instrument .... For the purpose of determining whether a signature is made **on an instrument**, a paper affixed to the instrument is a part of the instrument. [Emphasis added].

If the Court nonetheless concludes that the value of the property is declining and that NAT is entitled to adequate

---

[1] Debtor is contemporaneously filing an evidentiary objection to the Declaration of Pooneh Tanaeim.

protection, Debtor, with the assistance of its principal, is prepared to make an offer of adequate protection.

Based on the foregoing, Debtor respectfully requests that the motion be denied.

Dated: October 14, 2009

LAW OFFICES OF DAVID A. TILEM

By: /s/ David A. Tilem
DAVID A. TILEM, Proposed
Attorneys for Debtor and
Debtor-In-Possession

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as DEBTOR'S OPPOSTITION TO RELIEF FROM STAY MOTION FILED BY NAT REAL ESTATE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/14/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Katherine Bunker:  kate.bunker@usdoj.gov
United States Trustee (SV):  ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage:  svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 10/14/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/14/09 | Marcy Carman | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

NAT Real Estate Investment Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                          F 9013-3.1