David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Attorneys for Debtor
and Debtor-In-Possession,
The Andalucia Project, LLC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re:<br><br>THE ANDALUCIA PROJECT, LLC<br><br><br><br><br><br>Debtor. | Case No. 1:09-21502-MT<br><br>Chapter 11<br><br>**DEBTOR'S REPLY TO OPPOSITION FILED BY NAT REAL ESTATE MANAGEMENT GROUP, INC. TO MOTION FOR USE OF CASH COLLATERAL**<br><br>Date: October 28, 2009<br>Time: 1:00 p.m.<br>Ctrm: 302<br>   21041 Burbank Blvd.<br>   Woodland Hills, CA 91367 |

NAT Real Estate Management Group, Inc. ("NAT") opposes Debtor's motion for use of cash collateral on several grounds. In part the opposition is based on wishful thinking. The balance is based on maintenance problems which could be resolved if the Court authorizes the use of cash collateral.

NAT argues first that it is owed more than the value of the property so no reorganization is possible. As pointed out in response to NAT's relief from stay motion (to be heard concurrently), Congress has decided that a lack of equity and utility for reorganization are not synonymous. See Bankruptcy Code

§362(d)(2) requiring that both be shown. To suggest at this early stage of the case that reorganization is infeasible is simply wishful thinking on the part of NAT.

NAT's second argument is that there is no evidence the funds will be used to maintain the property. In fact the Declaration of Arthur Aslanian, which is attached to the moving papers, contains a budget showing how the Debtor proposes to use cash collateral and an offer to turn over any remaining cash collateral to NAT. That offer has been all but ignored by NAT.

As mentioned in response to NAT's relief from stay motion, it is not clear that NAT is the "holder" of the Promissory Note because there is no indorsement of the Note from First Regional Bank ("Bank") to NAT.

NAT is not the original lender. Instead, NAT contends that it acquired the Promissory Note and Deed of Trust in June, 2009, well after the real estate market decline was universally acknowledged and with full knowledge that Bank had appraised the property for $1.5 million. One can only speculate what NAT paid Bank, but apparently even NAT believes the value of the property to be more than $1.5 million.

There is simply no evidence that allowing the use of cash collateral to maintain the property will do anything other than protect or enhance its value. Based on the foregoing, Debtor respectfully requests that its motion asking for leave to use cash collateral be granted.

Dated: October 15, 2009

LAW OFFICES OF DAVID A. TILEM

By: _____
DAVID A. TILEM, Proposed
Attorneys for Debtor and
Debtor-In-Possession

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as DEBTOR'S REPLY TO OPPOSTITION FILED BY NAT REAL ESTATE TO MOTION FOR USE OF CASH COLLATERAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/15/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Katherine Bunker:   kate.bunker@usdoj.gov
United States Trustee (SV):   ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage:   svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 10/15/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/15/09 | Marcy Carman | /s/ Marcy Carman |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

NAT Real Estate Investment Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1