David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone:(818) 507-6000
Facsimile:(818) 507-6800

Proposed Attorneys for Debtor
and Debtor-In-Possession,
The Andalucia Project, LLC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re: | ) Case No. 1:09-21502-MT |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) **EVIDENTIARY OBJECTIONS TO** |
| | ) **DECLARATION OF POONEH TANAEIM** |
| | ) **FILED IN OPPOSITION TO MOTION** |
| THE ANDALUCIA PROJECT, LLC | ) **FOR USE OF CASH COLLATERAL** |
| | ) |
| | ) Date: October 28, 2009 |
| | ) Time: 1:00 p.m. |
| | ) Ctrm: 302 |
|           Debtor. | )     21041 Burbank Blvd. |
| | )     Woodland Hills, CA 91367 |

Under the Federal Rules of Evidence, Debtor hereby objects to the Declaration of Pooneh Tanaeim filed in opposition to Debtor's motion for use of cash collateral. The specific objections are set forth on Exhibit "A".

Debtor asks that the objections be sustained and that the inadmissible portions of the Declaration be stricken.

Dated: October 15, 2009

LAW OFFICES OF DAVID A. TILEM

By: _____
DAVID A. TILEM, Proposed
counsel for Debtor

EXHIBIT "A" TO EVIDENTIARY OBJECTIONS

TO DECLARATION OF POONEH TANAEIM

| NO | OBJECTIONABLE TEXT | LOCATION | BASIS FOR OBJECTION | ARGUMENT | Stricken |
|----|--------------------|----------|---------------------|----------|----------|
| 1 | Movant is the Assignee of First Regional Bank ("Bank") and is the current owner and holder of Promissory Note and Deed of Trust which is the subject matter of Movant's Motion for Relief from Stay. | Page 1, par 1, lines 20-21 | FRE 702, improper opinion testimony, Declarant not qualified as expert | The Declarant offers his legal opinion regarding the ownership of the Promissory Note and Deed of Trust. This is improper opinion testimony by a lay person and no effort is made to qualify the Declarant as an expert in the law of negotiable instruments. | Yes ___ No ___ |
| 2 | At the time of the assignment of the Promissory Note, the Bank represented and warranted that its account information was accurate, and our due diligence investigation/audit of the Bank's records confirmed such. | Page 1-2, par 2, lines 28-3 | FRE 802, hearsay | This is an out-of-Court statement offered to prove the truth of the matter stated. The Court and the parties are entitled to the details and scope of any representation or warranty which may exist. | Yes ___ No ___ |

| | | | | |
|---|---|---|---|---|
| 3 | The Debtor has defaulted in that it has failed to pay the October 1, 2008 payment and has failed to make any further payments on the Note. On May 12, 2009 Regional Bank recorded the Notice of Default. | Page 3, par. 11, lines 25-27 | FRE 602, lack of personal knowledge; FRE 802, hearsay | Declarant works for Movant, not First Regional Bank. He has no personal knowledge of the loan history prior to the involvement of NAT. His testimony is based on information he obtained from others and is, therefore, hearsay. | Yes _____  No _____ |
| 4 | Prior to the Bank assigning the Promissory Note to Movant, the Bank through its normal course of business had the Subject Property appraised on January 19, 2009. | Page 4, par. 13, lines 2-3 | FRE 602, lack of personal knowledge; FRE 802, hearsay | Declarant works for Movant, not First Regional Bank. He has no personal knowledge of the loan history prior to the involvement of NAT. His testimony is based on information he obtained from others and is, therefore, hearsay. | Yes _____  No _____ |
| 5 | The appraised value of the Subject property was $1,600,000.00. | Page 4, par. 13, lines 3-4 | FRE 702, improper opinion testimony, Declarant not qualified as expert; FRE 802, hearsay | Declarant offers an opinion regarding the property value. This is improper lay opinion testimony and no effort is made to qualify the Declarant as an expert appraiser. Declarant acknowledges that he is merely repeating the statement of another. | Yes _____  No _____ |

| # | Statement | Location | Objection | Explanation | Ruling |
|---|-----------|----------|-----------|-------------|--------|
| 6 | The attached photographs are evidence of the Debtors failure to maintain the building in a habitable manner and has created a dangerous condition for the residents of the Apartment on the Subject Property. | Page 5, par 20, lines 2-4 | FRE 401, 402 | The pictures show what they show. Efforts to characterize what is shown is argument and not evidence. | Yes ——<br>No —— |
| 7 | The blatant neglect by the Debtor is in clear violation health, safety and welfare standards. | Page 5, par 20, lines 4-5 | FRE 702, improper opinion testimony, Declarant not qualified as expert | The Declarant offers his legal opinion regarding alleged violations of certain legal standards. This is improper opinion testimony by a lay person and no effort is made to qualify the Declarant as an expert in the applicable law. | Yes ——<br>No —— |

| | | | | |
|---|---|---|---|---|
| 8 | When I have visited the apartment building I have spoken with residents who complained of utility outages and a total lack of attention by Debtor to address any maintenance issues and ongoing failure to return tenant's calls. One resident is having wiring issues whereby sparks shoot out of outlets when something is plugged into it. | Page 5, par 21, lines 6-9 | FRE 802, hearsay | Declarant acknowledges that he is merely repeating the statements of others. | Yes \_\_\_\_<br><br>No \_\_\_\_ |
| 9 | I have contacted the Building and Safety office in September of 2009 and have been advised the violations have not been cured. | Page 5, par 22, lines 14-15 | FRE 802, hearsay | Declarant acknowledges that he is merely repeating the statements of others. | Yes \_\_\_\_<br><br>No \_\_\_\_ |
| 10 | I am concerned that if these violations are not addressed, the Subject Property may be placed in the City of Los Angeles' Rent Escrow Account Program ("REAP"). | Page 5, par 22, lines 15-18 | FRE 401, 402 | Improper speculation and argument, not evidence. | Yes \_\_\_\_<br><br>No \_\_\_\_ |

| # | Statement | Location | Objection | Response | Ruling |
|---|-----------|----------|-----------|----------|--------|
| 11 | The Preliminary Title Report of June 24, 2009 (Page 6, Paragraph 12) shows that a Notice of Building, Structures, or Premises Places into The Rent Escrow Account Program (REAP) was recorded on June 10, 2008 against the Subject Property. A true and correct copy of the Preliminary Title Report is attached as Exhibit "13". | Page 5, par 22, lines 18-22 | FRE 802, hearsay; FRE 401, 402 relevance | Declarant acknowledges that he is merely repeating statements contained in a Title Report. The item referenced is out of date. Unless that notice is still in effect, it is not relevant except to show that the condition of the property was poor before the case was filed and has not further deteriorated since the case was filed. | Yes ____  No ____ |
| 12 | I was informed that there are presently two bills outstanding in the amount of $897.49 and second one is for $683.01 for months of May and July 2009. No utilities have been paid for over four months. | Page 5, par 23, lines 24-26 | FRE 802, hearsay | Declarant acknowledges that he is merely repeating statements of others. | Yes ____  No ____ |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Further, Debtor has failed to maintain continuous insurance coverage for the Subject Property. | Page 5, par 24, lines 27-28 | FRE 602, lack of personal knowledge | Declarant received a notice that insurance would be cancelled if the premium was not paid. There is no evidence that the insurance ever lapsed or that the Debtor would have permitted the insurance to lapse. | Yes ___ No ___ |
| 14 | Debtor presently has an insurance policy in place, but when I contacted the Accord Insurance to verify the policy was in place, I was told the policy was in effect, but no premium payment had been made. | Page 6, par 26, lines 6-8 | Hearsay FRE 802 | Declarant acknowledges that he is merely repeating statements of others. | Yes ___ No ___ |
| 15 | Due to Debtor's payment default, foreclosure proceedings were commenced and a Trustee's Sale was set for September 2, 2009 | Page 6, par 28, lines 9-10 | FRE 602, lack of personal knowledge; FRE 802, hearsay | Declarant works for Movant, not First Regional Bank. He has no personal knowledge of the loan history prior to the involvement of NAT. His testimony is based on information he obtained from others and is, therefore, hearsay. | Yes ___ No ___ |

| | | | | Yes ——— |
|---|---|---|---|---|
| 16 | ...based on the the foregoing Debtor will be unable to successfully reorganize. | Page 6, par 31, lines 18-19 | FRE 702, improper opinion testimony, Declarant not qualified as expert | The Declarant offers his legal opinion regarding the Debtor's ability to reorganize. This is improper opinion testimony by a lay person and no effort is made to qualify the Declarant as an expert in bankruptcy law. | No ——— |
| 17 | Further, the Debtor has an inability and disregard for managing the Subject Property and has exposed the Subject Property's tenants to severe health, safety and welfare issues. | Page 6, par 31, lines 19-21 | FRE 401, 402 | The statement contains no facts, only argument which is not evidence. | Yes ——— No ——— |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as <u>EVIDENTIARY OBJECTIONS TO DECLARATION OF POONEH TANAEIM FILED IN OPPOSITION TO MOTION FOR USE OF CASH COLLATERAL</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/15/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Katherine Bunker    kate.bunker@usdoj.gov
United States Trustee (SV):    ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage:    svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u> (indicate method for each person or entity served)**:
On 10/15/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☑ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u> (indicate method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/15/09 | Marcy Carman | _Marcy Carman_ |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

NAT Real Estate Investment Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 9013-3.1