1  David A. Tilem (Bar No. 103825)
   LAW OFFICES OF DAVID A. TILEM
2  206 N. Jackson Street, Suite 201
   Glendale, California 91206
3  Telephone:(818) 507-6000
   Facsimile:(818) 507-6800
4
   Attorneys for Debtor
5  and Debtor-In-Possession,
   The Andalucia Project, LLC.
6

7                 **UNITED STATES BANKRUPTCY COURT**

8                 **CENTRAL DISTRICT OF CALIFORNIA**

9                   **WOODLAND HILLS DIVISION**

10

11 In re:                              ) Case No. 1:09-21502-MT
                                       )
12                                     ) Chapter 11
                                       )
13                                     ) **DECLARATION OF ARTHUR ASLANIAN**
                                       ) **IN SUPPORT OF DEBTOR'S**
14 THE ANDALUCIA PROJECT, LLC          ) **OPPOSITION TO RELIEF FROM STAY**
                                       ) **MOTION FILED BY NAT REAL ESTATE**
15                                     ) **MANAGEMENT GROUP, INC.**
                                       )
16                                     ) Date: October 28, 2009
                                       ) Time: 1:00 p.m.
17            Debtor.                  ) Ctrm: 302
   _____)       21041 Burbank Blvd.
18                                             Woodland Hills, CA 91367

19      I, Arthur Aslanian, hereby declare and state as follows:

20      1.   I make this declaration based on my personal knowledge

21 and from the records of The Andalucia Project, LLC ("Debtor") which

22 are maintained on a contemporaneous basis, used and relied upon in

23 the ordinary course of our business.

24      2.   I am the Debtor's managing member, and I am familiar with

25 its business income, expenses, assets, liabilities and ordinary day

26 to day operations.

27      3.   On October 1, 2009 I received a letter, attached as

28 Exhibit "A", from the Los Angeles Housing Department advising the

1 property know as 4235-4243 Fulton Avenue ("the property") was in
2 compliance with the orders that placed the property in the Rent
3 Escrow Account Program ("REAP").

4  4. On October 21, 2009 I received a certified letter of
5 compliance from the Los Angeles Housing Department, attached as
6 Exhibit "B", advising "the property" had been inspected and the
7 violations cited had been corrected.

8  I declare under penalty of perjury under the laws of the
9 United States of America that the foregoing is true and correct and
10 that this declaration was executed on October 21, 2009 at
11 _Sherman Oaks_____, California.

          Arthur Aslanian





COMPLIANCE DIVISION · REAP/UMP
Los Angeles Housing Department
**LAHD**
1200 West Seventh Street, 1st Floor, Los Angeles, CA 90017
tel 866.557.7368 | fax 213.808.8810
lahd.lacity.org

Antonio R. Villaraigosa, Mayor
Rushmore D. Cervantes, Interim General Manager

**October 1, 2009**

**ANDALUSIA PROJECT LLC/ DIANA CHING**
**14900 VENTURA BLVD #220**
**SHERMAN OAKS, CA  91403**

Property Address:
**4235 N FULTON AVE**

APN: **2360011006**
REAP Case No. **166737**

RE: REAP Removal - Outstanding Orders and Balances Due

The Los Angeles Housing Department has determined that, as of the date of this letter, the above referenced property is in compliance with the orders that placed the property in REAP. To remove the property from REAP, LAHD is required to verify that there are no other outstanding orders issued by LAHD and the following agencies:

| | ENFORCEMENT AGENCY | CONTACT NUMBER |
|---|---|---|
| ☐ | County of Los Angeles Department of Health Services | (213) 351-7896 |
| ☐ | County of Los Angeles Department of Health Services TASK FORCE | (213) 351-7995 |
| ☐ | Los Angeles Department of Building & Safety | (213) 252-3900 |
| ☒ | **Los Angeles Department of Water & Power** | **(800) 342-5397** |
| ☐ | Los Angeles Fire Department | (213) 978-3569 |
| ☐ | Other LAHD Cases: _____ | (213) 808-8500 |

Pursuant to our verification, LAHD and/or the agency that has a check mark next to its name, has indicated that there is an outstanding order or, in the case of DWP, an outstanding balance owed. Please contact LAHD at (213) 808-8500 after resolving the issue with the above referenced agency.

Thank you for your attention.

Los Angeles Housing Department
Rent Escrow Account Program

# EXHIBIT A







Antonio R. Villaraigosa, Mayor
Rushmore D. Cervantes, Interim General Manager

ANDALUSIA PROJECT LLC
14900 VENTURA BLVD #NO 220
SHERMAN OAKS , CA 91403

**Date:** October 21, 2009
**Case#:** 166737
**APN:** 2360011006

## Letter of Compliance

An inspection of the premises located at 4235 N FULTON AVE was conducted on September 15, 2009, which revealed you have corrected the violations cited on the Notice and Order to Comply dated February 22, 2008.

Please be informed that although you have corrected the violations on this Order, you may also be required to fulfill requirements of other enforcement programs, which may be applicable to your case; such as the Property Management Training Program, Rent Escrow Account Program, Urgent Repair Program and Utility Maintenance Program, or any fees due in order to conclude this matter.

Please also be informed that a reminder notice of your next systematic inspection of your property will be sent approximately 30 days prior to the scheduled inspection. Report any change in your mailing address or phone number so we may use the information to contact you for the next inspection.

We congratulate you on your efforts to maintain your property free from conditions that would constitute violations of the Los Angeles Municipal Code. For additional information, visit our office, call us, or find us online at www.lacity.org/lahd

The Los Angeles Housing Department would like to thank you for your cooperation in complying with the habitability requirements of the Los Angeles Municipal Code.

Sincerely,

DOMINGO BAUCEDA
Director of Enforcement Operations
Code Enforcement Division

# EXHIBIT B

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the City of Los Angeles

Custodian of Records
City of Los Angeles Housing Department
Code Enforcement Unit

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as DECLARATION OF ARTHUR ASLANIAN IN SUPPORT OF DEBTOR'S OPPOSITION TO RELIEF FROM STAY MOTION FILED BY NAT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/21/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Katherine Bunker:    kate.bunker@usdoj.gov
United States Trustee (SV):    ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage:    svaage@grahamvaagelaw.com
Miguel A Ortiz    mortiz@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 10/21/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/21/09 | Marcy Carman | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**