David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone:(818) 507-6000
Facsimile:(818) 507-6800

Attorneys for Debtor
and Debtor-In-Possession,
The Andalucia Project, LLC.

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WOODLAND HILLS DIVISION

| | |
|---|---|
| In re: | ) Case No. 1:09-21502-MT |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) **SUPPLEMENTAL DECLARATION OF** |
| | ) **ARTHUR ASLANIAN IN SUPPORT OF** |
| THE ANDALUCIA PROJECT, LLC | ) **DEBTOR'S REPLY TO OPPOSITION TO** |
| | ) **USE OF CASH COLLATERAL FILED BY** |
| | ) **NAT REAL ESTATE MANAGEMENT** |
| | ) **GROUP, INC.** |
| | ) |
| | ) Date: October 28, 2009 |
| Debtor. | ) Time: 1:00 p.m. |
| | ) Ctrm: 302 |
| | )     21041 Burbank Blvd. |
| _____ | )     Woodland Hills, CA 91367 |

I, Arthur Aslanian, hereby declare and state as follows:

1. I make this declaration based on my personal knowledge and from the records of The Andalucia Project, LLC ("Debtor") which are maintained on a contemporaneous basis, used and relied upon in the ordinary course of our business. The facts set forth in this declaration are personally known to me to be true and correct and if called upon to do so, I could and would testify competently thereto.

2. I am the Debtor's managing member, and I am familiar with

its business income, expenses, assets, liabilities and ordinary day to day operations.

3. Attached as Exhibit "A" are preliminary terms for construction financing from International Investment Strategies, Inc.

4. Attached as Exhibit "B" is a letter from tenant Namir Hanna attesting to her experience living at the property know as 4235-4243 Fulton Avenue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 22, 2009 at Sherman Oaks, California.

Arthur Aslanian

# INTERNATIONAL INVESTMENT STRATEGIES INC.

2085 East Colorado Blvd. Pasadena, CA 91107
Office- (626)638-3479 Fax- (626)638-3812

## PRELIMINARY TERMS AND CONDITIONS

### CONSTRUCTION FINANCING

The following outline represents Non-Binding terms under which financing will be considered by International Investment Strategies, Inc. This proposal is proprietary to the Lender and may not be disclosed to any third party without the prior <u>written</u> consent of the Lender.

**Please note that this proposal is not a contract or commitment from a Lender. A commitment would require formal credit approval and is subject to normal underwriting criteria for construction financing. In the approval process, the terms and conditions of this proposal may change.**

| | |
|---|---|
| 1. APPLICANT: | The Andalucia Project, LLC, a California limited liability company and Aslanian Development Corporation (ADC) |
| 2. GUARANTORS: | Mr. Arthur R. Aslanian |
| 3. LOAN AMOUNT: | A Non-Revolving Construction financing of $6,540,000 for a 30-unit condominium project located at 4235-4246 Fulton Avenue., Sherman Oaks, California. *The Loan is subject to an appraisal to be ordered by Lender.* The following loan-to-value rations shall apply: The total Loan amount is not to exceed 75% of the Aggregate Retail Value or 85% of the "Bulk Sale" Value, whichever is lower. |
| 4. INTEREST RATE: | 10.5% fixed for the term of the Loan<br><br>Interest only shall be payable monthly and calculated on a 365/360-day per year basis. |
| 5. LOAN FEES: | 3% of the loan amount, payable at loan closing. |
| 6. TERM: | Eighteen (18) months.<br><br>Provided: a) the Applicant and Guarantor are not in default under any document evidencing, securing or providing for the disbursement of the Loan; b) there is no material deterioration of the financial position of the Applicant or Guarantors; c) with Lender's approval, the Loan may be extended for one (6) six-month period for an extension fee of 1.00%. |

# EXHIBIT A

# INTERNATIONAL INVESTMENT STRATEGIES INC.

2085 East Colorado Blvd. Pasadena, CA 91107
Office- (626)638-3479 Fax- (626)638-3812

7. SECURITY:

The Loan is to be secured by:

1st Trust Deed on subject 30- unit condominium project located at 4235-4246 Fulton Avenue., Sherman Oaks, California.

8. RELEASE PROVISION: 80% of appraised value or 100% net escrow proceeds per unit, whichever is higher.

9. EQUITY:

The initial equity is 25.1% or $1,638,746 of total cost from the developer prior to any disbursement under the loan.

10. COST BREAKDOWN:

Prior to the closing of the Loan, Lender is to be furnished with a full and complete cost breakdown acceptable to Lender. Any deficiency between the amount of the loan and the amount necessary to complete this phase of the project, including adequate interest reserves and soft costs, shall be provided by Applicant.

11. FUND CONTROL:

Loan funds will be disbursed through a builder's disbursement service acceptable to Lender. Borrower shall pay for builder's disbursement service. Any shortfall in the loan fund shall be deposited by the Borrower prior to loan funding.

12. FINANCIAL STATEMENTS:

Applicant shall furnish Lender with *current financial statements, profit and loss statements, signed tax returns*, and *cash flow projections*.

**Applicant's financial condition, as well as the financial condition of related entities, must be acceptable to Lender.** Lender must be satisfied that the borrowing entity and the principal(s) has(have) sufficient liquidity and the financial strength to support properties held.

13. INSURANCE:

Applicant agrees to furnish to Lender, prior to closing, general liability (minimum of $2,000,000 occurrence), on behalf of the Borrowing Entity and the Contractor, fire and casualty (at replacement value, including soft costs and financing costs), workmen's compensation and insurance in such amount and written by such companies acceptable by Lender.

14. FINAL PLANS & SPECIFICATIONS:

Applicant shall furnish to Lender signed and dated final plans specifications for review and approval prior to recording of the Deed of Trust and the beginning of construction.

# INTERNATIONAL INVESTMENT STRATEGIES INC.

2085 East Colorado Blvd. Pasadena, CA 91107
Office- (626)638-3479 Fax- (626)638-3812

15. DOCUMENTATION:　　All documentation will be prepared by and be acceptable to Lender and will include, but not limited to, Promissory Norte, Construction First Deed of Trust, Construction Loan Agreement, Security Agreement and Fixture Filing, Financing Statement, ALTA Title Policy, Assignment of Contraction Contract, Assignment of Architect Contract, Guaranty of Completion and Performance, and Assignment of Plans and Specification.

16. ENVIORNMENTAL QUESTIONNAIRE:　　Applicant shall complete and return to Lender the attached Environmental Questionnaire.

17. SOILS REPORT:　　Applicant shall furnish to Lender a current Soils Report which addresses the formation of the soil and its ability to support the proposed project. The Solis Report must be acceptable to Lender.

18. PREPAYMENT:　　The Loan may be prepaid at any time, in part or in whole, without prior written notice.

19. EXPENSES:　　All expenses arising from this proposal letter, issuance of a commitment, closing of the Loan and making of advances there under shall be paid by the Applicant, including but not limited to appraisal, toxic and inspection reports, legal, credit check, escrow and closing fees.

20. ENVIRONMENTAL REPORT:　　Prior to closing, and upon receipt of the fee, Lender shall order an Environmental Report to be prepared by a firm acceptable to Lender. The Report must clear the site of any environmental problems to the satisfaction of the Lender.

21. APPRAISAL:　　An appraisal will be ordered by Lender from an appraiser acceptable to the lender.

A check in the amount of $10,000 as estimated for the Appraisal, Toxic and Credit reports is to be forwarded to Lender and made payable to Lender with Applicant's acceptance of this proposal. Should the cost of the required reports exceed $10,000, the Applicant will be advised accordingly.

22. CREDIT CHECK:　　Applicant's signature on the proposal letter will authorize Lender to obtain and release to credit reporting and credit granting organizations, selected by Lender, any information deemed necessary in connection with the processing of the proposed financing.

# INTERNATIONAL INVESTMENT STRATEGIES INC.

2085 East Colorado Blvd. Pasadena, CA 91107
Office- (626)638-3479 Fax- (626)638-3812

23. CONDITIONS:        1) Subject to satisfactory site inspection by Lender Representative.

By: Erick Verduyn
    International Investment Strategies, Inc.
    Senior Vice President
    (323) 351-6346 cell

October 21, 2009

To LJ Properties Management,

Since I moved into 4241 ½  N. Fulton Ave. my stay has been a happy one.  I just wanted to drop you a note to say that while your building may be older it is comfortable, the neighbors are nice and your management company maintains the building well.  The apartment I'm in suits me so well and I am looking forward to a long stay.

Thanks for everything!


Namir Hanna

**EXHIBIT B**

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as  SUPP DECLARATION OF  ASLANIAN IN SUPPORT  OF DEBTOR'S REPLY TO OPPOSITION TO USE OF CASH COLLATERAL FILED BY NAT    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  10/22/09    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

    Katherine Bunker    kate.bunker@usdoj.gov
    United States Trustee (SV):    ustpregion16.wh.ecf@usdoj.gov
    Susan L Vaage    svaage@grahamvaagelaw.com
    Miguel A Ortiz    mortiz@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  10/23/09    I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/22/09 | Marcy Carman | *Marcy Carman* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                       **F 9013-3.1**