| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David A. Tilem (State Bar No. 103825)<br>Law Offices of David A. Tilem<br>206 N. Jackson Street, Suite 201<br>Glendale, CA 91206<br>(818) 507-6000<br><br>*Attorney for* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>THE ANDALUCIA PROJECT, LLC<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 1:09-21502-MT<br><br>(No Hearing Required) |
|---|---|

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
*(File with Application for Employment)*

1. Name, address and telephone number of the professional ("the Professional") submitting this Statement:
   Michael Abergel
   Abergel & Associates
   26560 Agoura Road, Suite 203
   Calabasas, CA 91302
   (818) 225-6131

2. The services to be rendered by the Professional in this case are *(specify)*:
   Appraisal of property known as 4235-4243 Fulton Avenue to determine its as is market value.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
   Inclusive fee of $7,500 to be paid 50% due upon acceptance of proposed retainer and 50% due upon delivery of completed appraisal.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
   $3,750 is a non-refundable retainer due upon the acceptance of proposed retainer.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2014-1

Statement of Disinterestedness for Employment of Professional Person - Page 2      F 2014-1

In re THE ANDALUCIA PROJECT, LLC

CHAPTER 11

Debtor    CASE NUMBER 1:09-21502-MT

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):

6. The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):
None

7. The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (specify, attaching extra pages as necessary):
None

8. The Professional is not and was not an investment banker for any outstanding security of the debtor.

9. The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10. The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):
None

12. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):
Michael Abergel, 26560 Agoura Road, Suite 203, Calabasas, CA 91302
Phone: (818) 225-6131

13. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):
None

14. Total number of attached pages of supporting documentation: 0

15. After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the ___6___ day of ___November___ 20_09_ at Calabasas, California.

Michael Abergel
Type Name of Professional

Signature of Professional

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2003

F 2014-1

Statement of Disinterestedness for Employment of Professional Person - *Page 3*    **F 2014-1**

In re THE ANDALUCIA PROJECT, LLC

CHAPTER 11

Debtor.    CASE NUMBER 1:09-21502-MT

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201, Glendale, CA 91201

A true and correct copy of the foregoing document described as STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMNET OF PROFESSIONAL PERSON UNDER FRBP 2014 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/10/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Katherine Bunker: kate.bunker@usdoj.gov
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage: svaage@grahamvaagelaw.com
Miguel A Ortiz: mortiz@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/10/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/09 | Marcy Carman | *Marcy Carman* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 2014-1

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364


Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436


Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403


Athens Services
P.O. Box 60009
City Of Industry, CA 91716-0009


Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326


City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012


Department Of Water And Power
P.O. Box 30808
Los Angeles, CA 90030-0808


Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423


Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423


JMBM
1900 Avenue Of The Stars
Los Angeles, CA 90067-4308

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

John R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406

Kristi Jansma
13311 Woodbridge Avenue.
Sherman Oaks, CA 91423

Loreno Gonzalez
4243 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Namir
4241 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

Oscar Monarrez
4241 N. Fulton Avenue
Sherman Oaks, CA 91423

Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355

Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411

Roya Alamdari
13319 Woodbridge Avenue.
Sherman Oaks, CA 91423

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356

Sammy Montero
13315 Woodbridge Avenue.
Sherman Oaks, CA 91423

Shahin Sharpar & Panteha Nikain
4243 N. Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202

Teresa Garcia
4237 N. Fulton Avenue
Sherman Oaks, CA 91423

Susan L. Vaage
500 N. Brand #1030
Glendale, CA 91203

NAT Real Estate Investment Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

First Regional Bank
Steven J. Sweeney
1801 Century Park East, #800
Los Angeles, CA 90067

The Andalucia Project
Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1