David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Attorneys for Debtor
and Debtor-In-Possession,
The Andalucia Project, LLC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re:<br><br>THE ANDALUCIA PROJECT, LLC<br><br><br><br><br>        Debtor. | ) Case No. 1:09-21502-MT<br>)<br>) Chapter 11<br>)<br>) **NOTICE OF MOTION AND MOTION FOR**<br>) **ORDER AUTHORIZING DEBTOR TO**<br>) **EMPLOY APPRAISER, MICHAEL**<br>) **ABERGEL OF ABERGEL & ASSOCIATES**<br>)<br>)<br>) Date:<br>) Time:<br>) Ctrm:<br>)<br>) No hearing required<br>)<br>)<br>) |

**TO THE UNITED STATES TRUSTEE, SECURED CREDITORS AND ALL OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that debtor and debtor-in-possession, THE ANDALUCIA PROJECT, LLC, ("Debtor") moves the Court for leave to employ Michael Abergel of Abergel & Associates ("Abergel") as its appraiser.

The Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the declaration of Arthur Aslanian and

such additional matters as may be considered by the Court at the time the Motion is heard.

As provided by Local Bankruptcy Rule 9013-1(f):

> "Unless otherwise ordered by the Court, each interested party opposing, joining, or responding to the motion must file and serve on the moving party and the United States trustee not later than 14 days before the date designated for hearing either: (1) A complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and any responding memorandum of points and authorities. The opposing papers must advise the adverse party that any reply to the opposition shall be filed with the Court and served on the opposing party not later than 7 days prior to the hearing on the motion; or (2) A written statement that the motion will not be opposed."

Please take notice that, pursuant to Local Bankruptcy Rule 9013-1(o) this matter may be determined upon notice of opportunity to request a hearing. Further, under Local Bankruptcy Rule 9013-1(o)(1), any response and request for hearing must be filed with the court and served on the movant and the United States trustee within 15 days from the date of service of the notice.

Dated: October 29, 2009

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem,
Attorneys for Debtor

## MEMORANDUM OF POINTS AND AUTHORITIES

THE ANDALUCIA PROJECT, LLC, is the debtor and debtor-in-possession ("Debtor") in the above-captioned case. Debtor seeks leave to employ Michael Abergel of Abergel & Associates ("Abergel") as its appraiser and in support of its request, represents as follows:

1. A Voluntary Petition was filed pursuant to Chapter 11 of Title 11 of the United States Code on September 1, 2009

2. Pursuant to an Order of the court entered October 9, 2009, Debtor was authorized to employ the services of the Law Offices of David A. Tilem ("Tilem") as its general bankruptcy counsel.

3. Debtor must have an outside appraiser to determine the as is market value of its sole asset, the property known as 4235-4243 Fulton Avenue.

4. Subject to approval of the Court, Bankruptcy Code sections 327 and 1108 authorize Debtors, as a debtors-in-possession, to employ professionals at the expense of the estate.

5. The specific terms of employment between Debtor and Abergel, including the scope of the proposed engagement, are contained in a written retainer letter. A copy of the retainer letter is attached hereto as Exhibit "A" and incorporated herein by this reference.

6. Pursuant to the retainer agreement between Debtor and Abergel and subject to the approval of the Court, Debtor has agreed to pay a flat fee of $7,500 for the appraisal from its general revenue. 50% due upon acceptance of proposed retainer agreement and 50% due upon delivery of the completed appraisal.

7. The proposed employment of an outside appraiser is

necessary and appropriate. Abergel is competent and qualified to serve in this capacity. Attached as Exhibit "B" is a true and correct copy of his resume.

8. Upon request of a creditor or party in interest, Debtor's counsel will provide a copy of this application for employment. Such requests should be sent to the Law Offices of David A. Tilem, 206 N. Jackson Street, Suite 201, Glendale, CA 91206.

WHEREFORE, Debtor prays as follows:

a. For an Order authorizing Debtor to employ Abergel as of the date on which this motion is filed on the terms and conditions set forth in the retainer letter; and

b. For such other and further relief as this Court deems just and proper.

Dated: October 29, 2009

LAW OFFICES OF DAVID A. TILEM

By: /s/ David A. Tilem
David A. Tilem,
Attorneys for Debtor

## DECLARATION OF ARTHUR ASLANIAN

I, Arthur Aslanian, declare:

1. I am the President of THE ANDALUCIA PROJECT, LLC, ("Debtor"), the debtor and debtor-in-possession in the above-entitled case. Except as stated upon information and belief, the facts set forth in this declaration are personally know to me to be true and if called upon to do so, I could and would testify competently thereto.

2. Prior to execution this Declaration, I met with Michael Abergel of Abergel & Associates ("Abergel") regarding appraising Debtor's assets.

3. Based on my discussions with Mr. Abergel, his resume attached hereto as Exhibit "B", and the representations set forth in this employment motion, I believe that Abergel is well qualified to act as Debtor's appraiser.

4. Debtor and Abergel have agreed on terms and conditions of employment which are reflected in a retainer letter. A copy of that letter is attached hereto as Exhibit "A" and incorporated herein by this reference.

///
///
///
///
///
///
///
///
///

1      5.   I am not aware of any prior connection, relationship or representation between Debtor and Abergel, an to the best of my knowledge, Abergel holds no claims against the estate.

    I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on the 29th day of October, 2009 at Sherman Oaks, California.

By: _____
Arthur Aslanian, President
Of The Andalucia Project,
LLC



# ABERGEL & ASSOCIATES
*Real Estate Appraisal & Consulting*

November 9, 2009

Arthur R. Aslanian, President
Cobra Enterprises, Inc.
14900 Ventura Blvd., Ste#220
Sherman Oaks, CA 91403

Re: Appraisal of a multi-family site for a proposed condominium development located at 4235-4243 Fulton Avenue

Dear Mr. Aslanian,

In accordance with your request, we wish to submit to you our proposal to prepare a restricted/summary appraisal of the above referenced property. The purpose of the report will be to estimate the As Is Market Value, as of a current date. In addition, a prospective market value of the proposed condominium development will also be provided.

The property will be appraised on the basis of a Fee Simple Estate. As always, our appraisal reports will be prepared in conformity with, and subject to, the Code of Professional Ethics and Standards as set forth by the Appraisal Institute.

It is our understanding that a narrative appraisal report in a summarized format will be required and the function of our appraisal is to serve as a market value indication as of the date value for legal proceedings involving the property.

Based on the above, the all inclusive fee to prepare the appraisal reports will be $7,500, with a 50% ($3,750) non-refundable retainer due upon acceptance of this proposal with the balance ($3,750) due upon delivery of the completed appraisal. This fee does not include any court testimony, depositions, or any other court proceedings. The fee is for preparation of the appraisals only. All additional time required in regards to the report will be billed at an hourly rate of $350 per hour, to be paid in advance of services rendered.

The completed assignment, assuming mutual agreement to proceed with the completion of the appraisal, will be no later than October 9, 2009. Our delivery date is contingent upon receiving all necessary items to complete the assignment. This would include access to the buildings, necessary operating information (including any existing leases in place well as operating expenses), copies (or access) to building plans, and any other items necessary to complete the assignment.

26560 Agoura Road, Suite 203, Calabasas, CA 91302 Phone (818) 225-6131 Fax (818) 225-6134
mike@abergel.com

**EXHIBIT A**

Payment of the appraisal fee is not contingent upon the following: (a) the final value conclusion, (b) obtaining financing, (c) if financing is involved, waiting until the property has closed and has been funded and (d) if the property is sold, waiting until after the property has closed to new ownership and funds have either been received or placed in escrow, and (e) completion of bankruptcy court proceedings.

This proposal is void if not accepted within 5 days. If the terms and conditions of this proposal are acceptable to you, please sign and return it to this office along with the required retainer.

We wish to thank you for utilizing the services of our firm, and for the confidence you have demonstrated in our ability to perform this assignment.

Respectfully submitted,

*ABERGEL & ASSOCIATES, INC.*


Michael Abergel, MAI
Principal



Accepted by:

_____
Arthur R. Aslanian, President
Cobra Enterprises, Inc.

## QUALIFICATIONS

### MICHAEL ABERGEL, MAI

| | |
|---|---|
| **EDUCATION** | University of Southern California, Bachelor of Science, Business Administration, Emphasis: Real Estate Finance |
| **REAL ESTATE COURSES** | Urban Real Estate, Real Estate Valuation, Real Estate Finance and Investment, Real Estate Law, Principles of Real Estate, and Real Estate Practice |
| **APPRAISAL INSTITUTE** | Standards of Professional Practice, Real Estate Appraisal Principles, Basic Valuation Procedures, Capitalization Theory & Techniques A and B, Case Studies in Real Estate Valuation, and Valuation Analysis & Report Writing |
| **LICENSES/MEMBERSHIPS** | Appraisal Institute MAI Designation (10253)<br>California Certified General Real Estate Appraiser (AGO14772) |
| **PROFESSIONAL AFFILIATIONS** | USC Real Estate Association<br>USC Real Estate Alumni and Friends (REAF)<br>Los Angeles Junior Chamber of Commerce |
| **EXPERIENCE** | Abergel & Associates - 1994 to Present<br>Koeppel, Tenner, Riguardi Inc. - 1991 to 1994<br>American Appraisal Associates - 1990 to 1991<br>Fuller & Associates - 1990 |
| **CLIENTS** | Banks, Insurance Companies, Mortgage Bankers, Law Firms, Private and Institutional Investors, Developers and Property Owners, Mortgage Brokers, and Cities and Municipalities |
| **INTERESTS APPRAISED** | Fee Simple Interest, Leased Fee Interest, Leasehold Interest, Sandwich Interest, and Fractional Interest |
| **FUNCTIONS OF APPRAISALS** | Acquisition, Construction Loans, Refinancing, Bankruptcy, Bond Financing, Condemnation, Disposition, Divorce Settlement, Donation, Estate Settlement, Excess Land, Exchanges, Foreclosure, Lease Renewal, Highest and Best Use Analysis, Investment Analysis, Review Appraisal, Lease Negotiations, Lease Renewals, Litigation Support, Negotiation, Partnership Dissolution, Portfolio Evaluation, Property Tax Appeal, and Expert Witness |

# EXHIBIT B

Case 1:09-bk-21502-MT    Doc 39    Filed 11/10/09    Entered 11/10/09 11:13:52    Desc
                         Main Document    Page 10 of 14

## QUALIFICATIONS (CONTINUED)

**PROPERTIES APPRAISED**

| | |
|---|---|
| RETAIL | Regional Malls, Factory Outlet Malls, Power Centers, Neighborhood Shopping Centers, Strip Centers, Stand Alone Retail, and Fast Food Restaurants |
| OFFICE AND MEDICAL | High-Rise Office Buildings, Corporate Headquarter Offices, Mid-Rise Office Buildings, Low-Rise Office Buildings, Garden-Style Office Buildings, Office Condominiums, Convalescent Hospitals, Medical Office Buildings, Medical Office Condominiums, and Bank Branches |
| INDUSTRIAL | Business Parks, Industrial Parks, Distribution Buildings, Manufacturing Buildings, Research and Development Buildings, and Mini-Warehouses |
| RESIDENTIAL SUBDIVISION | Completed Lots and Raw Acreage, Partially Completed and Proposed Lots, High-end Production Homes, Existing and Proposed Condominiums, Single Family Proposed Lots, and Condominium Proposed Lots |
| VACANT LAND | Agricultural Land, Commercial Lots and Acreage, Estate Home Lots, Industrial Lots and Acreage, Master-Planned Developments, Residential Lots and Acreage, and Proposed Developments |
| RESIDENTIAL | Estate Homes, Condominium Developments, Apartments, Hotels, Motels, Mobile Home Parks, Single Family Residences, Low Income Housing, and Senior (Section 8) Housing |
| SPECIAL PURPOSE | Automobile Dealerships, Automobile Repair Facilities, Car Washes, Gas Service Stations, Ground Lease and Partial Interests, Ranches, Parking Structures, Church Buildings, and University Campuses |
| OTHER SERVICES | In addition to basic appraisal services we also provide specialized client services such as market trend studies, feasibility studies, trade area surveys, due diligence and portfolio analysis, and many other related functions as requested by our clients. |

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY APPRAISER MICHAEL ABERGEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/10/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Katherine Bunker:    kate.bunker@usdoj.gov
United States Trustee (SV):    ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage:    svaage@grahamvaagelaw.com
Miguel A Ortiz    mortiz@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/10/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/09 | Marcy Carman | *Marcy Carman* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

## ADDITIONAL SERVICE INFORMATION (if needed):

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364


Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436


Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403


Athens Services
P.O. Box 60009
City Of Industry, CA 91716-0009


Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326


City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012


Department Of Water And Power
P.O. Box 30808
Los Angeles, CA 90030-0808


Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423


Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423


JMBM
1900 Avenue Of The Stars
Los Angeles, CA 90067-4308

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

## ADDITIONAL SERVICE INFORMATION (if needed):

John R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406


Kristi Jansma
13311 Woodbridge Avenue.
Sherman Oaks, CA 91423


Loreno Gonzalez
4243 1/2  N. Fulton Avenue
Sherman Oaks, CA 91423


Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012


Namir
4241 1/2  N. Fulton Avenue
Sherman Oaks, CA 91423


NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212


Oscar Monarrez
4241 N. Fulton Avenue
Sherman Oaks, CA 91423


Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355


Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411


Roya Alamdari
13319  Woodbridge Avenue.
Sherman Oaks, CA 91423

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

## ADDITIONAL SERVICE INFORMATION (if needed):

Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356

Sammy Montero
13315 Woodbridge Avenue.
Sherman Oaks, CA 91423

Shahin Sharpar & Panteha Nikain
4243 N. Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202

Teresa Garcia
4237 N. Fulton Avenue
Sherman Oaks, CA 91423

Susan L. Vaage
500 N. Brand #1030
Glendale, CA 91203

NAT Real Estate Investment Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

First Regional Bank
Steven J. Sweeney
1801 Century Park East, #800
Los Angeles, CA 90067

The Andalucia Project
Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1