David A. Tilem (Bar No. 108325)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Attorneys for
The Andalucia Project, LLC

FILED & ENTERED

NOV 17 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re:<br><br>**THE ANDALUCIA PROJECT, LLC,**<br><br>    Debtor. | Case No. 1:09-21502-MT<br>Chapter 11<br><br>**INTERIM ORDERS REGARDING: (1) DEBTOR'S MOTION FOR USE OF CASH COLLATERAL; AND (2) MOTION BY NAT REAL ESTATE MANAGEMENT GROUP, INC. FOR RELIEF FROM STAY**<br><br>Date: October 28, 2009<br>Time: 1:00 p.m.<br>Ctrm: 302<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367 |

The motion by NAT REAL ESTATE MANAGEMENT GROUP, INC. ("NAT") seeking relief from stay and the motion filed by Debtor-in-Possession THE ANDALUCIA PROJECT, LLC ("Debtor") seeking leave to use cash collateral both came on for hearing at the date, time and place set forth above.

NAT appeared by its counsel of record, Susan Vaage of Graham Vaage LLP. Debtor appeared by its counsel of record, David A. Tilem of the Law Offices of David A. Tilem. There were no other appearances.

After consideration of the moving and responding papers, the arguments of counsel and good cause appearing therefore:

IT IS HEREBY ORDERED:

1. Final evidentiary hearings on both NAT's motion seeking relief from stay and Debtor's motion for leave to use cash collateral are set for December 7, 2009 at 11:00 a.m.

2. The parties are advised that the issues to be considered are the value and condition of the real property.

3. Unless the parties are able to agree on, and stipulate to a value for the real property, both parties are directed to have their appraisers present at the hearing for direct, and cross-examination.  The parties may have other witnesses present as they deem appropriate

4. The parties shall exchange expert witness reports and witness lists no later than the close of business on November 30, 2009.

5. Debtor shall make the property available for inspection by NAT's agents or representatives upon reasonable notice which notice shall respect the rights of the tenants to reasonable notice prior to entry into their places of residence.

6. Pursuant to Section 362(e), the automatic stay shall remain in effect pending completion of the hearing on December 7, 2009.

7. The parties have previously entered into a stipulation for the use of cash collateral which was approved by the Court in an Order entered September 22, 2009.  The stipulation contained a budget (Exhibit "A") restricting the use of cash collateral for certain purposes.  The Debtor is authorized to continue using cash

collateral subject to the limitations set forth on Exhibit "A" through completion of the hearing on December 7, 2009.

8. Debtor shall provide to NAT a bi-weekly accounting of all cash collateral used.

9. Debtor shall further provide evidence that funds intended to pay for utility service during the months of September, October and November have actually been transmitted to the utility service provider.

10. Debtor shall turn over to NAT any funds remaining after payment of expenses authorized under Exhibit "A" which Debtor received from the September, 2009 and October, 2009 rents.

11. From the rental income due on November 1, 2009 and December 1, 2009 and actually received by the Debtor (the "November and December Rents") and after payment by the Debtor of those expenses authorized pursuant to Exhibit "A", Debtor shall remit all remaining November and December Rents to NAT as and for adequate protection.

DATED: November 17, 2009

_____
United States Bankruptcy Judge

| In re:<br>THE ANDALUCIA PROJECT, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:09-bk-21502-MT |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described **INTERIM ORDERS REGARDING: (1) DEBTOR'S MOTION FOR USE OF CASH COLLATERAL' AND (2) MOTION BY NAT REAL ESTATE MANAGEMENT GROUP, INC. FOR RELIEF FROM STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/30/09** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Katherine Bunker: kate.bunker@usdoj.gov
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage: svaage@grahamvaagelaw.com
Miguel A Ortiz: mortiz@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **10/30/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606
```

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 30, 2009 | Marcy Carman | /s/ Marcy Carman |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| **In re:** THE ANDALUCIA PROJECT, LLC<br>                                   Debtor | **CHAPTER:** 11<br><br>**CASE NUMBER:** 1:09-bk-21502-MT |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **INTERIM ORDERS REGARDING: (1) DEBTOR'S MOTION FOR USE OF CASH COLLATERAL' AND (2) MOTION BY NAT REAL ESTATE MANAGEMENT GROUP, INC. FOR RELIEF FROM STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **10/30/09**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Katherine Bunker:  kate.bunker@usdoj.gov
United States Trustee (SV):  ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage:  svaage@grahamvaagelaw.com
Miguel A Ortiz:  mortiz@grahamvaagelaw.com
David A Tilem:  davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page