UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
| --- | --- |
| The Andalucia Project, LLC | Case Number:  1:09-bk-21502-MT |
|  | Operating Report Number:  1 |
| Debtor(s). | For the Month Ending:  30-Sep-09 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. WELLS FARGO BANK GENERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 0.00

3.  BEGINNING BALANCE: — 0.00

4.  RECEIPTS DURING CURRENT PERIOD: — 8,147.32

5.  BALANCE: — 8,147.32

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 12.50

7.  ENDING BALANCE: — 8,134.82

8.  Wells Fargo General DIP Acct Number:    9048

Depository Name & Location:
Wells Fargo Bank
P.O. Box 6995
Portland, OR  97228-6995

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
*** This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM WELLS FARGO GENERAL DIP ACCT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/4/2009 | EFT | Wells Fargo Bank | Check Card Rewards Original Fee | 12.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 12.50 |

## WELLS FARGO GENERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date:    9/30/2009            Balance on Statement:            $8,134.82

Plus deposits in transit (a):

|                | Deposit Date | Deposit Amount |
| -------------- | ------------ | -------------- |
|                |              |                |
|                |              |                |
|                |              |                |
|                |              |                |
|                |              |                |

TOTAL DEPOSITS IN TRANSIT                                              0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| ------------ | ---------- | ------------ |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |

TOTAL OUTSTANDING CHECKS:                                              0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              $8,134.82

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number:             1:09-bk-21502-MT |
| | Operating Report Number: 1 |
| | For the Month Ending:    30-Sep-09 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. WELLS FARGO BANK CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                                0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                                     0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                                   0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                                  8,147.00

5.  BALANCE:                                                                         8,147.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD                                     12.50

7.  ENDING BALANCE:                                                                  8,134.50

8.  WFB Pre Petition Money Market Acct Number:            9055

Depository Name & Location:        Wells Fargo Bank
                                   P.O. Box 6995
                                   Portland, OR  97228-6995

\*    All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WFB CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/4/2009 | EFT | Wells Fargo Bank | Check Card Rewards Original Fee | 12.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 12.50 |

## WFB CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date:  __9/30/2009__      Balance on Statement:      __$8,134.50__

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-                    _____

ADJUSTED BANK BALANCE:                                    | $8,134.50 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| NAT Real Estate Invest | Monthly | 6,641.00 | 1  0✔ | 6,641.00 |
| LA County Tax Collector | Bi-Annually | 16,784.10 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 6,641.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Scottsdale Insurance Co | 1,000,000.00 | 9/29/2010 | 9/30/2009 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Other Property Insur. | Scottsdale Insurance Co | 935,000.00 | 9/29/2101 | 9/30/2009 |

## I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

*(Provide a copy of of montly account statements for each of the below)*

| | |
|---|---|
| Wells Fargo General DIP Account: | 8,134.82 |
| Wells Fargo Cash Collateral DIP Account: | 8,134.50 |
| Tax Account: | |

*Other Accounts:

*Other Monies:

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                                  16,269.32

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |

**TOTAL PETTY CASH TRANSACTIONS:**                          0.00

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2009 | 25.00 | 325.00 | | | 325.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:

    No ✓    Yes ___

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:

    No ✓    Yes ___

3.  State what progress was made during the reporting period toward filing a plan of reorganization

4.  Describe potential future developments which may have a significant impact on the case:

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6.  Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.

    No ___    Yes ✓

I, Arthur Aslanian
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_11/15/09_
Date

Page 16 of 16

Principal for debtor-in-possession

<u>SUPPLEMENT TO MONTHLY OPERATING REPORT</u>

XI.

QUESTIONNAIRE

3.    Progress During Preceding Month

This is the Debtor's first month in Chapter 11.  During this period of time, Debtor completed and filed with the Court its Schedules, Statement of Financial Affairs and other basic case commencement documents.  Debtor also prepared and filed with the Office of the United States Trustee those documents required by the 7-Day package.

Debtor has also opened discussions with two possible buyers for the principal real estate asset of the estate.  Debtor has also opened discussions with the principal secured creditor.

Debtor also filed its cash collateral motion.  The emergency hearing was mooted by achievement of an interim cash collateral stipulation with the secured creditor which has been approved by the Court.


4.    Future Developments Which May Have Impact

The lender has filed a relief from stay motion.  Both the relief from stay motion and the final hearing on Debtor's cash collateral motion are set for 10/28 at 1:00 p.m.  Obviously the outcome of those hearings will have a significant impact on the outcome of the case.

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as <u>MONTHLY OPERATING REPORT #1</u> _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On <u>11/24/09</u> _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

    Katherine Bunker    kate.bunker@usdoj.gov
    United States Trustee (SV):    ustpregion16.wh.ecf@usdoj.gov
    Susan L Vaage:    svaage@grahamvaagelaw.com
    Miguel A Ortiz    mortiz@grahamvaagelaw.com

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served): On <u>11/24/09</u> _____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| <u>11/24/09</u> | Marcy Carman | _Marcy Carman_ (signature) |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                      **F 9013-3.1**