UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 1:09-bk-21502-MT<br>Operating Report Number: 2<br>For the Month Ending: 31-Oct-09 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. WELLS FARGO BANK GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     8,147.32

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     12.50

3. BEGINNING BALANCE:     8,134.82

4. RECEIPTS DURING CURRENT PERIOD:     0.00

5. BALANCE:     8,134.82

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     15.18

7. ENDING BALANCE:     8,119.64

8. Wells Fargo General DIP Acct Number:     .9048

Depository Name & Location:
Wells Fargo Bank
P.O. Box 6995
Portland, OR  97228-6995

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, take whom, terms, and date of Court Order or Report of Sale.
\*\*\* This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM WELLS FARGO GENERAL DIP ACCT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/20/2009 | EFT | Wells Fargo Bank | Service Charge | 15.18 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 15.18 |

## WELLS FARGO GENERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date:  __10/31/2009__          Balance on Statement:          __$8,119.64__

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-                                          _____

ADJUSTED BANK BALANCE:                                          | $8,119.64 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

WELLS
FARGO

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 2
Account Number:              32,617        (CO114)
Statement Start Date:                      9048
Statement End Date:                        10/01/09
                                           10/31/09

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION
CH 11, CASE 09-21502, (CCA)
GENERAL OPERATAING ACCOUNT
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

**For Customer Assistance:**
**Call 800-225-5935 (1-800-CALL-WELLS).**

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| Analyzed Business Services Package 9048 | 8,134.82 | 0.00 | - 15.18 | 8,119.64 |

### News from Wells Fargo

Effective December 1, 2009, the following changes amend your Business Account Agreement.

In the section of the Agreement titled "ATM Cards And Check Cards," the sub-section titled "Illegal Transactions" is deleted and replaced with the following:

**Illegal Transactions**
Each person to whom a Card is issued (a "Cardholder") agrees not to use his or her Card or any credit or deposit account linked to his or her Card (each, a "Linked Account") for any transaction that is illegal under applicable law, including, but not titled to, "restricted transactions" as defined in the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG issued thereunder. In addition, we reserve the right to deny transactions or authorizations from merchants apparently engaging in the Internet gambling business or identifying themselves through the Card transactions record or otherwise as engaged in such business.

In the section of the Agreement titled "Miscellaneous," after the sub-section "Reordering Checks," the following is added:

**Restricted Transactions**
You acknowledge and agree that "restricted transactions" as defined in the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG issue thereunder are prohibited from being processed through your account or any relationship between you and the Bank. In the event we identify a suspected restricted transaction, we may block or otherwise prevent or prohibit such transaction and further we may close the Account or end the relationship.

Continued on next page



The Andalucia Project, Llc
Debtor In Possession

Page 2 of 2
                              32,618
Account Number:                    ?9048
Statement End Date:          10/31/09

## Debits
### Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Oct 20 | 15.18 | Client Analysis Srvc Chrg 091019 Svc Chge 0909 0000000000 9048 |
| | | 15.18 | Total Electronic Debits/ Bank Debits |
| | | 15.18 | Total Debits |

### Daily Ledger Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Sep 30 | 8,134.82 | Oct 20 | 8,119.64 | | |
| Average Daily Ledger Balance | | | 8,128.94 | | |

Wells Fargo has innovative solutions designed to meet your business needs:

- Credit Services
- Business Payroll Services
- Equipment Finance
- Treasury Management Services
- International Trade Services
- Corporate Finance

For more information on our products and services,
please contact your Wells Fargo representative or visit us online at **wellsfargo.com**.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

*Thank you for banking with Wells Fargo.*

Member FDIC

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  1:09-bk-21502-MT<br>Operating Report Number: 2<br>For the Month Ending:  31-Oct-09 |
|---|---|

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. WELLS FARGO BANK CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 8,147.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 12.50

3. BEGINNING BALANCE: — 8,134.50

4. RECEIPTS DURING CURRENT PERIOD: — 8,920.63

5. BALANCE: — 17,055.13

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 545.58

7. ENDING BALANCE: — 16,509.55

8. WFB Pre Petition Money Market Acct Number: — 9055

Depository Name & Location:
Wells Fargo Bank
P.O. Box 6995
Portland, OR  97228-6995

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WFB CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/12/2009 | 1002 | Los Angeles Housing Dept | Housing Department Penalty Fee | 201.50 |
| 10/21/2009 | 1003 | U.S. Trustee | Quarterly Fees | 325.00 |
| | | | | |
| 10/20/2009 | EFT | Wells Fargo Bank | Service Charge | 19.08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 545.58 |

## WFB CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _10/31/2009_        Balance on Statement: _____ $16,509.55

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                             | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-                               _____

ADJUSTED BANK BALANCE:                                      | $16,509.55 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

**WELLS FARGO**

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 3

Account Number:                    9055
Statement Period:        Oct 1, 2009-
                         Oct 31, 2009
Image Count:                         2

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION
CH 11, CASE 09-21502, (CCA)
CASH COLLATERAL ACCOUNT
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

**For Customer Assistance:**
Call 800-225-5935 (1-800-CALL-WELLS).

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| Analyzed Business Services Package 9055 | 8,134.50 | 8,920.63 | - 545.58 | 16,509.55 |

## News from Wells Fargo

Effective December 1, 2009, the following changes amend your Business Account Agreement.

In the section of the Agreement titled "ATM Cards And Check Cards," the sub-section titled "Illegal Transactions" is deleted and replaced with the following:

**Illegal Transactions**
Each person to whom a Card is issued (a "Cardholder") agrees not to use his or her Card or any credit or deposit account linked to his or her Card (each, a "Linked Account") for any transaction that is illegal under applicable law, including, but not titled to, "restricted transactions" as defined in the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG issued thereunder. In addition, we reserve the right to deny transactions or authorizations from merchants apparently engaging in the Internet gambling business or identifying themselves through the Card transactions record or otherwise as engaged in such business.

In the section of the Agreement titled "Miscellaneous," after the sub-section "Reordering Checks," the following is added:

**Restricted Transactions**
You acknowledge and agree that "restricted transactions" as defined in the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG issue thereunder are prohibited from being processed through your Account or any relationship between you and the Bank. In the event we identify a suspected restricted transaction, we may block or otherwise prevent or prohibit such transaction and further we may close the Account or end the relationship.

Continued on next page



Page 2 of 3

The Andalucia Project, Llc
Debtor In Possession

Account Number: 46853                9055
Statement End Date:          10/31/09

## Credits
### Deposits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Oct 05 | 5,857.63 | Deposit |
| | Oct 13 | 1,663.00 | Deposit |
| | Oct 21 | 1,400.00 | Deposit |
| | | 8,920.63 | Total Deposits |
| | | 8,920.63 | Total Credits |

## Debits
### Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Oct 20 | 19.08 | Client Analysis Srvc Chrg 091019 Svc Chge 0909 |
| | | | 0(            )055 |
| | | 19.08 | Total Electronic Debits/ Bank Debits |

### Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1002 | Oct 21 | 201.50 | 1003 | Oct 26 | 325.00 | | | |
| | | | | 526.50 | Total Checks Paid | | | |
| | | | | 545.58 | Total Debits | | | |

### Daily Ledger Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Sep 30 | 8,134.50 | Oct 13 | 15,655.13 | Oct 21 | 16,834.55 |
| Oct 05 | 13,992.13 | Oct 20 | 15,636.05 | Oct 26 | 16,509.55 |
| **Average Daily Ledger Balance** | | | 14,610.55 | | |

Wells Fargo has innovative solutions designed to meet your business needs:

- Credit Services
- Business Payroll Services
- Equipment Finance
- Treasury Management Services
- International Trade Services
- Corporate Finance

For more information on our products and services,
please contact your Wells Fargo representative or visit us online at **wellsfargo.com.**

Continued on next page



The Andalucia Project, Llc
Debtor In Possession

*Page 3 of 3*

Account Number:                  46854
Statement End Date:              *2055*
                                 10/31/09

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

*Thank you for banking with Wells Fargo.*

**Member FDIC**

## Check Images

Statement period:    Oct 01-Oct 31, 2009
Account number:                .9055
Image page:    1      of      1





REF#8316473736 CK# 1002      201.50





REF#8416865595 CK# 1003      325.00



6

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| NAT Real Estate Invest | Monthly | 6,641.00 | 2 | 13,282.00 |
| LA County Tax Collector | Semi-Annually | 16,784.10 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 13,282.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Scottsdale Insurance Co | 1,000,000.00 | 9/29/2010 | 10/31/2009 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Other Property Insur. | Scottsdale Insurance Co | 935,000.00 | 9/29/2010 | 10/31/2009 |

## I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

*(Provide a copy of of montly account statements for each of the below)*

| | |
|---|---|
| Wells Fargo General DIP Account: | 8,119.64 |
| Wells Fargo Cash Collateral DIP Account: | 16,509.55 |
| Tax Account: | |

*Other Accounts:

*Other Monies:

| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:** 24,629.19

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |

**TOTAL PETTY CASH TRANSACTIONS:** 0.00

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2009 | 25.00 | 325.00 | 21-Oct-2009 | 325.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

Page 7 of 8

## XI. QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:

   No ✓   Yes ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:

   No ✓   Yes ___

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.

   No ✓   Yes ___

I, [enter your name and title here], Arthur Aslanian declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

---
11/11/09
Date

Page 8 of 8

Principal for debtor-in-possession

SUPPLEMENT TO MONTHLY OPERATING REPORT

XI.

QUESTIONNAIRE

3.    Progress During Preceding Month

     This is the Debtor's second month in Chapter 11.  During
this period of time, Debtor has filed a motion to employ it's
appraiser and received an appraisal report regarding the proposed
condominium development.

     At the hearing held on 10/28 regarding the use of cash
collateral it was stipulated that debtor would turn over all
collected rents less operating expenses set forth in the cash
collateral stipulation.

4.    Future Developments Which May Have Impact

     The lender has filed a relief from stay motion.  Both the
relief from stay motion and the final hearing on Debtor's cash
collateral motion were heard on 10/28 at 1:00 p.m.  Both hearings
have been continued until 12/7 at 11:00 a.m.  Obviously the
outcome of those hearings will have a significant impact on the
outcome of the case.

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as <u>MONTHLY OPERATING REPORT #2</u>
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On <u>11/24/09</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

  Katherine Bunker   kate.bunker@usdoj.gov
  United States Trustee (SV):   ustpregion16.wh.ecf@usdoj.gov
  Susan L Vaage:   svaage@grahamvaagelaw.com
  Miguel A Ortiz   mortiz@grahamvaagelaw.com

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served):
On <u>11/24/09</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| <u>11/24/09</u> | Marcy Carman | *Marcy Carman* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                            **F 9013-3.1**