1  David A. Tilem (Bar No. 103825)
   LAW OFFICES OF DAVID A. TILEM
2  206 N. Jackson Street, Suite 201
   Glendale, California 91206
3  Telephone:(818) 507-6000
   Facsimile:(818) 507-6800
4
   Attorneys for Debtor
5  and Debtor-In-Possession,
   The Andalucia Project, LLC.
6

7                     UNITED STATES BANKRUPTCY COURT

8                     CENTRAL DISTRICT OF CALIFORNIA

9                        WOODLAND HILLS DIVISION

10

11 In re:                          ) Case No. 1:09-21502-MT
                                    )
12                                  ) Chapter 11
                                    )
13                                  ) **CASE STATUS REPORT**
                                    )
14 THE ANDALUCIA PROJECT, LLC       )
                                    ) Date: February 1, 2010
15                                  ) Time: 10:00 a.m.
                                    ) Ctrm: 302
16                                  )       21041 Burbank Blvd.
                Debtor.            )       Woodland Hills, CA 91367
17 _____ )

18      In anticipation of the Case Status Conference set for

19 hearing on February 1, 2010, Debtor submits the following case

20 status report.

21      1.   Debtor has filed all required schedules, Statement of

22 Financial Affairs and other bankruptcy commencement documents.

23      2.   Debtor has satisfied all initial filing requirements

24 set forth by the Office of the United States Trustee.

25      3.   Debtor has employed counsel and other professionals as

26 necessary.

27      4.   Debtor has filed Monthly Operating Reports through

28 November, 2009.  The December, 2009 report is due by January 15,

1  2009.

2       5.    The Court has conducted hearings on Debtor's cash

3  collateral motion and on the secured creditor's relief from stay

4  motion and issued final orders with respect to each of those

5  matters.

6  Dated: January 11, 2010          LAW OFFICES OF DAVID A. TILEM

7

8                                   By: _____

9                                       DAVID A. TILEM, Proposed
                                        Attorneys for Debtor and
                                        Debtor-In-Possession
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re: | CHAPTER: 11 |
| --- | --- |
| The Andalucia Project, LLC | CASE NUMBER: 1:09-bk-21502 MT |
| Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: The Law Offices of David A. Tilem, 206 N. Jackson St., Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as **CASE STATUS REPORT** in Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **1/11/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
*   **Katherine Bunker      kate.bunker@usdoj.gov**
*   **Miguel A Ortiz      mortiz@grahamvaagelaw.com**
*   **David A Tilem      davidtilem@tilemlaw.com,**
**malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com**
*   **United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov**
*   **Susan L Vaage      svaage@grahamvaagelaw.com**

☐          Service information continued on attached page

**II.  <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u> (indicate method for each person or entity served):**
On **1/11/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:
**The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606**

x          Service information continued on attached page

**III.  <u>SERVED BY FACSIMILE TRANSMISSION OR EMAIL</u> (indicate method for each person or entity served):** Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐          Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/11/10 | Lorena Diaz | |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

## ADDITIONAL SERVICE INFORMATION (if needed):

Via US Mail:

Debtor:
The Andalucia Project, LLC
Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

United States Trustee
Katherine Bunker
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

Creditors:

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364


Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436


Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403


Athens Services
P.O. Box 60009
City Of Industry, CA 91716-0009


Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326


City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012


Department Of Water And Power
P.O. Box 30808
Los Angeles, CA 90030-0808

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Via US Mail:

Gary Garver
13317 Woodbridge Avenue
Sherman Oaks, CA 91423


Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue
Sherman Oaks, CA 91423


JMBM
1900 Avenue Of The Stars
Los Angeles, CA 90067-4308


John R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406


Kristi Jansma
13311 Woodbridge Avenue
Sherman Oaks, CA 91423


Loreno Gonzalez
4243 1/2 Fulton Avenue
Sherman Oaks, CA 91423


Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012


Namir
4241 1/2 Fulton Avenue
Sherman Oaks, CA 91423


NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212


Oscar Monarrez
4241 Fulton Avenue
Sherman Oaks, CA 91423

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| In re: THE ANDALUCIA PROJECT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Via US Mail:

Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355


Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411


Roya Alamdari
13319 Woodbridge Avenue
Sherman Oaks, CA 91423


Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356


Sammy Montero
13315 Woodbridge Avenue
Sherman Oaks, CA 91423

Shahin Sharpar & Panteha Nikain
4243 Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202

Teresa Garcia
4237 Fulton Avenue
Sherman Oaks, CA 91423

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                            **F 9013-3.1**