LAW OFFICES
GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD
SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX (818) 547-3100
**Susan L. Vaage, SBN 83125**
**Miguel A. Ortiz, SBN 245137**

Attorneys for NAT Real Estate Investments Management Group Inc.

FILED & ENTERED
JAN 13 2010
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WOODLAND HILLS DIVISION**

In re:

THE ANDALUCIA PROJECT, LLC

Debtor

**CASE NO. 1:09-bk-21502-MT**

**Chapter 11**

**FINDINGS OF FACT AND ORDER RE CREDITOR NAT'S MOTION FOR RELIEF FROM STAY**

**Date: December 21, 2009**
**Time: 9:00 AM**
**Ctrm: 302**

Creditor NAT Real Estate Investments Management Group, Inc.'s ("NAT") Motion for Relief from the Automatic Stay came on for continued hearing on December 21, 2009, at 9:00 AM. Susan L. Vaage of Graham • Vaage LLP appeared on behalf of creditor NAT; David A. Tilem of the Law Offices of David A. Tilem appeared on behalf of Debtor.

After consideration of the moving and responding pleadings, the testimony of expert and other witnesses, and argument of counsel, the court made the following findings pertaining to the real property located at 4235-4241 Fulton Avenue Sherman Oaks, California 91423 (Hereinafter "Subject Property"):

1. The court finds that the value of the Subject Property is $1.4 million.

2. There is a dispute about whether the Subject Property will decline in value after

January 1, 2010.

3. The evidence as presented is not persuasive that the Subject Property has declined in value between the date of filing (September 1, 2009) and the hearing date.

IT IS THEREFORE ORDERED

1. That debtor file its chapter 11 plan and disclosure statement on or before by no later than January 21, 2010.

2. That a hearing on the disclosure statement will be set for March 8, 2010 at 10:00 AM.

3. If no plan is confirmed by April 19, 2010, that the automatic stay is lifted and creditor may proceed with foreclosure on the Subject Property and its contractual and legal remedies.

4. This order is without prejudice to creditor's rights to bring another motion for relief from the automatic stay based on debtor's failure to comply with adequate protection payments, including failure to tender rents as they are received by the 10th of each month and provide accountings, or on any other change in facts and circumstances as the same may affect creditor's rights or the Subject Property.

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX (818) 547-3100

5. In order for the stay to remain in effect pending hearing on the disclosure statement and plan, the debtor must provide adequate protection payments by paying over all net rents generated by the Subject Property as they are received or by no later than the 10th of each month after deductions of expenses as outlined in the budget previously proposed and agreed upon by the parties, must maintain current insurance on the Subject Property, must provide a bi-weekly accounting of all cash collateral used, must pay all utilities current and provide proof of same, must maintain the Subject Property in its current condition, and pay all property taxes current.

###

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX (818) 547-3100

DATED: January 13, 2010

United States Bankruptcy Judge

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX (818) 547-3100

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

500 N. Brand Blvd., Ste. 1030

Glendale, CA 91203

A true and correct copy of the foregoing document described **FINDINGS OF FACT AND ORDER RE CREDITOR NAT'S MOTION FOR RELIEF FROM STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 28,2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Attorney for Debtor David Tilem davidtilem@tilemlaw.com

Attorney for U.S. Trustee Katharine Bunker kate.bunker@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On December 28, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

The Andalucia Project

14900 Ventura Blvd., #220

Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/28/09 | LIZ MARQUEZ | /S/ LIZ MARQUEZ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX (818) 547-3100

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX (818) 547-3100

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **FINDINGS OF FACT AND ORDER RE CREDITOR NAT'S MOTION FOR RELIEF FROM STAY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>December 28, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Attorney for Debtor David Tilem davidtilem@tilemlaw.com

Attorney for U.S. Trustee Katharine Bunker kate.bunker@usdoj.gov

Attorney for Movant Susan L. Vaage savage@grahamvaagelaw.com

☐Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Andalucia Project

14900 Ventura Blvd., #220

Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

# CERTIFICATE OF NOTICE

District/off: 0973-1 User: admin Page 1 of 1 Date Rcvd: Jan 13, 2010
Case: 09-21502 Form ID: pdf031 Total Noticed: 9

The following entities were noticed by first class mail on Jan 15, 2010.

db +The Andalucia Project, LLC, 14900 Ventura Blvd., #220, Sherman Oaks, CA 91403-5942
aty +David A Tilem, 206 North Jackson Street Ste 201, Glendale, CA 91206-4330
aty +David A Tilem, Law Offices of David A Tilem, 206 N Jackson St Ste 201, Glendale, CA 91206-4330
aty +Katherine Bunker, 21051 Warner Center Lane Ste 115, Woodland Hills, CA 91367-6550
aty +Miguel A Ortiz, 500 N Brand Blvd, Ste 1030, Glendale, CA 91203-3941
aty +Susan L Vaage, 500 N Brand Blvd Ste 1030, Glendale, CA 91203-3941
ust +United States Trustee (SV), 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367-6550
app +Michael Abergel, Abergel & Associates Inc, 26560 Agoura Rd Ste 203, Calabasas, CA 91302-1955
cr +NAT Real Estate Investments Management Group Inc., 500 N. Brand Blvd., Ste. 1030, Glendale, CA 91203-3941

The following entities were noticed by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2010** **Signature:** Joseph Speetjens