David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800
Email: DavidTilem@TilemLaw.com

Attorneys for
The Andalucia Project, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

| | |
|---|---|
| In re:<br><br>THE ANDALUCIA PROJECT, LLC.<br><br>Debtor. | Case No. 1:09-bk-21502-MT<br><br>Chapter 11<br><br>NOTICE OF MOTION AND MOTION FOR ORDER MODIFYING SCHEDULING ORDER OF JANUARY 13, 2010 (PACER DOCKET #57); DECLARATION OF DAVID A. TILEM<br><br>[NO HEARING REQUIRED] |

TO THE UNITED STATES TRUSTEE, CREDITORS AND ALL OTHER INTERESTED PARTIES:

**NOTICE IS HEREBY GIVEN** that, debtor, THE ANDALUCIA PROJECT, LLC., ("Debtor") will move the Court for leave to modify the Court's Order entered January 13, 2010 (PACER Docket #57) on the basis that the dates set by the Court do not permit compliance with applicable Federal Rules of Bankruptcy Procedure. Debtor requests that the April 19, 2010 deadline be extended to May 31, 2010.

The Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the Declaration of David A. Tilem, and such additional matters as may be considered by the Court at the

time the Motion is considered.

As provided by Local Bankruptcy Rule 9013-1(f):

> "Unless otherwise ordered by the Court, each interested party opposing, joining, or responding to the motion must file and serve on the moving party and the United States trustee not later than 14 days before the date designated for hearing either: (1) A complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and any responding memorandum of points and authorities. The opposing papers must advise the adverse party that any reply to the opposition shall be filed with the Court and served on the opposing party not later than 7 days prior to the hearing on the motion; or (2) A written statement that the motion will not be opposed."

Please take notice that, pursuant to Local Bankruptcy Rule 9013-1(o) this matter may be determined upon notice of opportunity to request a hearing. Further, under Local Bankruptcy Rule 9013-1(o)(1), any response and request for hearing must be filed with the court and served on the movant and the United States Trustee within 14 days from the date of service of the notice.

Dated: January 18, 2010

LAW OFFICES OF DAVID A. TILEM

By: _____
DAVID A. TILEM
Attorneys

## MEMORANDUM OF POINTS AND AUTHORITIES

The Andalucia Project, LLC. is the debtor and debtor-in-possession ("Debtor") in the above-captioned case.

On January 13, 2010 the Court entered an Order setting a hearing on Debtor's Disclosure Statement for March 8, 2010, and a deadline of April 19, 2010 by which Debtor must confirm its Chapter 11 plan of reorganization. For reasons set forth below, compliance with various provisions of the Federal Rules of Bankruptcy Procedure and reasonable notice requirements make it impossible to comply with this Schedule. Accordingly, Debtor seeks to modify the Court's Order by extending the April 19, 2010 deadline to May 31, 2010.

As noted above, the Court has set the initial hearing on Debtor's Disclosure Statement for Monday, March 8, 2010 at 10:00 a.m. Assuming that the Court approves Debtor's Disclosure Statement on that day, an Order can theoretically be lodged the following day - March 9, 2010. It is more reasonable to expect, however, that lodging the Order will require two or three days and that the Court will require a few days to process that Order. That suggests that an Order will not be entered until the week of March 15, 2010. While the Order will not be final for 14 days thereafter (see Fed.R.Bcy.Proc. 8002) Debtor could nonetheless send out notice of the proposed Order, together with the "approved" Disclosure Statement, proposed Plan and a ballot. Debtor requests one week, from March 15 until March 22, 2010 for this purpose.

The Court has discretion to set the time for creditors and interest holders to vote (see Fed.R.Bcy.Proc 3017(c)), however, allowing less than 14 days for this purpose would seem

1 unreasonable. As such, the voting deadline could be as early as
2 April 5, 2010 but not earlier. Once voting is completed, Debtor's
3 counsel requests a period of two weeks to prepare and file the
4 motion for plan confirmation. The motion would be filed by April
5 19, 2010.

6     Pursuant to Fed.R.Bcy.Proc. 2002(b). Creditors are entitled to
7 no less than 28 days notice of the plan confirmation hearing
8 (Fed.R.Bcy.Proc. 2002(b). Accordingly, the earliest possible date
9 for a confirmation hearing would be May 17, 2010.

10     WHEREFORE, Debtor prays as follows:

11     a.  For modification of the Court's Order entered January 13,
12 2010 (PACER docket #57) extending the plan confirmation and related
13 deadlines from April 19, 2010 to May 31, 2010.

14     b.  For such other and further relief as the Court deems just
15 and proper.

16 Dated: January 18, 2010            LAW OFFICES OF DAVID A. TILEM

18                                          By:
19                                          DAVID A. TILEM
                                         Attorneys

20
21
22
23
24
25
26
27
28

<u>DECLARATION OF DAVID A. TILEM</u>

I, David A. Tilem, hereby declare and state as follows:

1. I am an attorney at law licensed to practice and practicing before this Court and the Courts of the State of California. The facts set forth in this declaration are personally known to me to be true and correct and if called upon to do so, I could and would testify competently thereto.

2. I am the principal of the LAW OFFICES OF DAVID A. TILEM which serves counsel of record for debtor and debtor-in-possession THE ANDALUCIA PROJECT, LLC. ("Debtor") in this Chapter 11 case.

3. On January 13, 2010 the Court entered an Order fixing April 19, 2010 as the last date for Debtor to confirm its plan of reorganization. A true and correct copy of this Order which I obtained from the Court's on-line system is attached as Exhibit "A".

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on the /8 day of January, 2010 at Glendale, California.

_____
DAVID A. TILEM

# EXHIBIT "A"

LAW OFFICES
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800   FAX (818) 547-3100

Susan L. Vaage, SBN 83125
Miguel A. Ortiz, SBN 245137

Attorneys for NAT Real Estate
Investments Management Group Inc.

**FILED & ENTERED**

JAN 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, WOODLAND HILLS DIVISION

In re:

THE ANDALUCIA PROJECT, LLC

Debtor

CASE NO. 1:09-bk-21502-MT

Chapter 11

**FINDINGS OF FACT AND ORDER RE CREDITOR NAT'S MOTION FOR RELIEF FROM STAY**

Date:   December 21, 2009
Time:   9:00 AM
Ctrm:   302

Creditor NAT Real Estate Investments Management Group, Inc.'s ("NAT") Motion for Relief from the Automatic Stay came on for continued hearing on December 21, 2009, at 9:00 AM. Susan L. Vaage of Graham • Vaage LLP appeared on behalf of creditor NAT; David A. Tilem of the Law Offices of David A. Tilem appeared on behalf of Debtor.

After consideration of the moving and responding pleadings, the testimony of expert and other witnesses, and argument of counsel, the court made the following findings pertaining to the real property located at 4235-4241 Fulton Avenue Sherman Oaks, California 91423 (Hereinafter "Subject Property"):

1. The court finds that the value of the Subject Property is $1.4 million.
2. There is a dispute about whether the Subject Property will decline in value after

1

January 1, 2010.

3. The evidence as presented is not persuasive that the Subject Property has declined in value between the date of filing (September 1, 2009) and the hearing date.

IT IS THEREFORE ORDERED

1. That debtor file its chapter 11 plan and disclosure statement on or before by no later than January 21, 2010.

2. That a hearing on the disclosure statement will be set for March 8, 2010 at 10:00 AM.

3. If no plan is confirmed by April 19, 2010, that the automatic stay is lifted and creditor may proceed with foreclosure on the Subject Property and its contractual and legal remedies.

4. This order is without prejudice to creditor's rights to bring another motion for relief from the automatic stay based on debtor's failure to comply with adequate protection payments, including failure to tender rents as they are received by the 10th of each month and provide accountings, or on any other change in facts and circumstances as the same may affect creditor's rights or the Subject Property.

5. In order for the stay to remain in effect pending hearing on the disclosure statement and plan, the debtor must provide adequate protection payments by paying over all net rents generated by the Subject Property as they are received or by no later than the 10th of each month after deductions of expenses as outlined in the budget previously proposed and agreed upon by the parties, must maintain current insurance on the Subject Property, must provide a bi-weekly accounting of all cash collateral used, must pay all utilities current and provide proof of same, must maintain the Subject Property in its current condition, and pay all property taxes current.

###

DATED: January 13, 2010

*/s/ Maureen A. Tighe*
United States Bankruptcy Judge

3

ORDER RE RELIEF FROM STAY

| In re: | CHAPTER: 11 |
|---|---|
| The Andalucia Project, LLC | CASE NUMBER: 1:09-bk-21502 MT |
| Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: The Law Offices of David A. Tilem, 206 N. Jackson St., Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as **Notice of Motion and Motion for Order Modifying Scheduling Order pf January 13, 2010 (Pacer Docket #57); Declaration of Davod A. Tilem** in Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/19/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
* Katherine Bunker    kate.bunker@usdoj.gov
* Miguel A Ortiz    mortiz@grahamvaagelaw.com
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
* Susan L Vaage    svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **1/19/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:
**The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606**

x    Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/19/10 | Lorena Diaz | /s/ Lorena Diaz |
|---|---|---|
| Date | Type Name | Signature |

| In re: | CHAPTER: 11 |
|---|---|
| The Andalucia Project, LLC | CASE NUMBER: 1:09-bk-21502 MT |
| Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION (if needed):**

The Andalucia Project
Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

Office of U.S. Trustee
Katherine Bunker
21051 Warner Center Lane #115
Woodland Hills, CA 91367

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364

Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436

Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

Athens Services
P.O. Box 60009
City Of Industry, CA 91716-0009

Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326

City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012

Department Of Water And Power
P.O. Box 30808
Los Angeles, CA 90030-0808

Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423

Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423


JMBM
1900 Avenue Of The Stars
Los Angeles, CA 90067-4308


ohn R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406


Kristi Jansma
13311 Woodbridge Avenue.
Sherman Oaks, CA 91423


Loreno Gonzalez
4243 1/2  N. Fulton Avenue
Sherman Oaks, CA 91423


Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012


Namir
4241 1/2  N. Fulton Avenue
Sherman Oaks, CA 91423


NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212


Oscar Monarrez
4241 N. Fulton Avenue
Sherman Oaks, CA 91423


Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355


Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411

Roya Alamdari
13319 Woodbridge Avenue.
Sherman Oaks, CA 91423

Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356

Sammy Montero
13315 Woodbridge Avenue.
Sherman Oaks, CA 91423

Shahin Sharpar & Panteha Nikain
4243 N. Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202

Teresa Garcia
4237 N. Fulton Avenue
Sherman Oaks, CA 91423

Susan L. Vaage
500 N. Brand #1030
Glendale, CA 91203

NAT Real Estate Investment Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

First Regional Bank
Steven J. Sweeney
1801 Century Park East, #800
Los Angeles, CA 90067