# EXHIBIT "A"

025

Exhibit "A"

# SCHEDULE OF SECURED CREDITORS

| # | NAME | ADDRESS | POC AMOUNT | PRIORITY | PROPOSED TREATMENT |
|---|------|---------|------------|----------|--------------------|
| 1 | Los Angeles County Tax Collector | P.O. Box 54018, Los Angeles, CA 90054-0018 | 19,400.00 | 1 | Current balance due paid on or before the Effective Date. Future taxes paid when due. |
| 2 | NAT Real Estate Management Group, Inc. | c/o Susan Vaage, Esq., Graham Vaage, LLP, 500 N. Brand Blvd., #1030, Glendale, CA 91203 | 2,264,312.24 | 2 | Initial payment of $300,000 due within 10 business days of Effective Date. Subsequent payments due per terms of modified Note. All payments to be paid from capital contributions by Debtor's principals which shall be applied to costs, advances, legal fees, interest (through the Effective Date) and principal (in that order). Debtor shall execute a new promissory note ("the Plan Note") for the remaining balance due bearing interest (commencing as of the Effective Date) at the same rate as the pre-confirmation Note ("the Old Note") held by creditor. The Old Note shall be deemed satisfied in full. Interest only payments shall commence under the Plan Note on the first business day of the first calendar month which is at least 20 days after the Effective Date and continue for a period of 60 months. The Plan Note shall be all due and payable on the fifth anniversary of the Effective Date. All other terms of the Plan Note shall be the same as the Old Note. |

026

# EXHIBIT "B"

Exhibit "B"

## SCHEDULE OF TENANTS WITH SECURITY DEPOSITS

| # | NAME | ADDRESS | POC | AMOUNT | PROPOSED TREATMENT |
|---|---|---|---|---|---|
| 1 | Gary Garver | 4235-4241 N. Fulton Ave., #13317, Los Angeles, CA 91423 | | 500.00 | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| 2 | Jamie LeBlanc & Jennifer Hansom | 4235-4241 N. Fulton Ave., #13309, Los Angeles, CA 91423 | | 1,000.00 | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| 3 | Kristi Jansma | 4485-1/2 Hazeltine Ave., Sherman Oaks, CA 91423 | yes | 750.00 | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| 4 | Loreno Gonzalez | 4235-4241 N. Fulton Ave., #4243.5, Los Angeles, CA 91423 | | unknown and disputed | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| 5 | Namir Hanna | 4235-4241 N. Fulton Ave., #4241.5, Los Angeles, CA 91423 | | unknown and disputed | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| 6 | Oscar Monarrez | 4235-4241 N. Fulton Ave., #4241, Los Angeles, CA 91423 | | 1,000.00 | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| 7 | Roya Alamdari | 4235-4241 N. Fulton Ave., #13319, Los Angeles, CA 91423 | | 750.00 | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| 8 | Sammy Montero | 4235-4241 N. Fulton Ave., #13315, Los Angeles, CA 91423 | | 850.00 | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| 9 | Shahin Sharpar & Panteha Nikain | 4235-4241 N. Fulton Ave., #4243, Los Angeles, CA 91423 | | 750.00 | Amount needed to pay claims in full will be deposited into non-interest bearing escrow account and held pending termination of tenancy of each individual tenant. Claim will be paid upon termination of lease subject to any claims by landlord for damage, repair or maintenance to the Property |
| | | | | 5,600.00 | |

# EXHIBIT "C"

029

Exhibit "C"

## SCHEDULE OF GENERAL UNSECURED CREDITORS

| | NAME | ADDRESS | POC AMOUNT | PROPOSED TREATMENT |
|---|---|---|---|---|
| 1 | City of Los Angeles | 200 N. Spring St., Rm 721, Los Angeles, CA 90012 | 182.59 | Subject to any objections, paid in full within 90 days of Effective Date |
| 2 | Department of Water and Power | P.O. Box 30808, Los Angeles, CA 90030-0808 | 897.49 | Subject to any objections, paid in full within 90 days of Effective Date |
| 3 | Jeffer, Mangels, Butler & Marmaro, LLP | 1900 Avenue of Stars, #700, Los Angeles, CA 90067 | 10,000.00 | Subject to any objections, paid in full within 90 days of Effective Date |
| 4 | John R. Hanzlik Associates, Inc. | 7100 Hayvenhurst Ave., #301, Van Nuys, CA 91406 | 2,000.00 | Subject to any objections, paid in full within 90 days of Effective Date |
| 5 | Overland Traffic Consultants | 27201 Tourney Rd., #206, Santa Clarita, CA 91355 | 1,500.00 | Subject to any objections, paid in full within 90 days of Effective Date |
| 6 | Reliable Graphics | 15013 Califa St, Van Nuys, CA 91411 | 152.09 | Subject to any objections, paid in full within 90 days of Effective Date |
| 7 | Sam Aslanian | 19951 Turnberry Dr., Tarzana, CA 91356 | 14,700.00 | Subject to any objections, paid in full within 90 days of Effective Date |
| 8 | Tax and Business Consulting Group | 1211 N. Pacific Ave., Glendale, CA 91202 | 2,152.50 | Subject to any objections, paid in full within 90 days of Effective Date |

31,584.67

030

# EXHIBIT "D"

031

SUPPLEMENTAL DECLARATION OF ARTHUR ASLANIAN

I, Arthur Aslanian, declare and state as follows:

1. I am the Managing Member of The Andalucia Project, LLC, ("Debtor") the debtor and debtor-in-possession in the above-entitled Chapter 11 case.

2. This declaration is based on my personal knowledge. If called upon to do so, I could and would testify to the matters set forth below.

3. This declaration is filed in support of the Disclosure Statement and Plan of Reorganization ("DS & Plan") filed by the Debtor in this case.

4. My wife and I are Debtor's sole members.

5. The DS & Plan requires me and my wife, as the principals of Debtor, to contribute approximately $400,000 to the Debtor's capital so that the Debtor can make certain payments no more than 90 days after the Effective Date.

6. We have the resources to make this contribution.

7. In addition to being the Managing Member of Debtor, I am also the majority shareholder and President of Cobra Enterprises, Inc. ("Cobra"). I am able to use funds held by Cobra to meet obligations under the proposed DS & Plan.

8. Attached hereto as Exhibits D-1 are copies of bank statements which evidence that Cobra has the necessary funds on hand to meet the cash requirements of the DS & Plan.

9. We agree to the terms of the DS & Plan and we intend to make the necessary contribution on a timely basis so that the

/ / /
/ / /

1 | Debtor can meet its obligations imposed under the DS & Plan.
2 | I declare, under penalty of perjury under the laws of the
3 | United States of America, that the foregoing statements are true
4 | and correct and that this Declaration was signed on January 21,
5 | 2010 at Sherman Oaks, California.

ARTHUR ASLANIAN

# EXHIBIT "D-1"

034

Exhibit D-1
p.1 of 2



WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 2
Account Number: 6,713
Statement Start Date: 12/01/09
Statement End Date: 12/31/09

COBRA ENTERPRISES, INC.
DBA LAURELWOOD CONSTRUCTION
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

**For Customer Assistance:**
Call 800-225-5935 (1-800-CALL-WELLS).

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| Business Cash Management Account | 270,233.66 | 0.00 | - 10,538.15 | 259,695.51 |

**News from Wells Fargo**

**Debits**
**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2805 | Dec 07 | 840.00 | 2826* | Dec 18 | 500.00 | 2828 | Dec 21 | 2,798.15 |
| 2823* | Dec 10 | 600.00 | 2827 | Dec 24 | 5,000.00 | 2829 | Dec 24 | 800.00 |

*Gap in check sequence

10,538.15   Total Checks Paid

10,538.15   Total Debits

**Daily Ledger Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Nov 30 | 270,233.66 | Dec 10 | 268,793.66 | Dec 21 | 265,495.51 |
| Dec 07 | 269,393.66 | Dec 18 | 268,293.66 | Dec 24 | 259,695.51 |

Average Daily Ledger Balance    266,414.96

---

Wells Fargo has innovative solutions designed to meet your business needs:
- Credit Services
- Treasury Management Services
- Business Payroll Services
- International Trade Services
- Equipment Finance
- Corporate Finance

For more information on our products and services,
please contact your Wells Fargo representative or visit us online at **wellsfargo.com**.

Continued on next page

035

*Exhibit D-1*
*P. 2 of 2*



**Business High Yield Savings**
Account number: ▉▉▉▉
December 1, 2009 - December 31, 2009    Page 1 of 3


WELLS FARGO

COBRA ENTERPRISES, INC.
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)
TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo
Discover Wells Fargo's online educational resources, including audio and video content, newsletters and articles that provide information, strategies and actionable tips to help your business navigate today's challenging environment. To find out more visit wellsfargo.com/biz/education.

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $275,624.92 |
| Deposits/Credits | 99.53 |
| Withdrawals/Debits | - 80,000.0 |
| **Ending balance on 12/31** | **$195,724.45** |
| Average ledger balance this period | $234,334.59 |

Account number: ▉▉▉▉
**COBRA ENTERPRISES, INC.**
California account terms and conditions apply
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $99.53 |
| Average collected balance | $234,334.59 |
| Annual percentage yield earned | 0.50% |
| Interest earned this statement period | $99.53 |
| Interest paid this year | $764.45 |



(114)
Sheet Seq = 0192060
Sheet 00001 of 00002

036

# EXHIBIT "E"

037

Exhibit "E"

# SCHEDULE OF ASSETS

| | DESCRIPTION | VALUE | METHOD OF VALUATION |
|---|---|---|---|
| 1 | Real Property located at 4235-4241 Fulton Ave., Los Angeles, CA 91423 | 1,400,000.00 | Determined by Bankruptcy Court in Order entered January 13, 2010 |
| 2 | Cash on deposit | to be determined | On line bank statement - to be determined as of confirmation date |
| 3 | Office furniture & supplies | 1,500.00 | Estimated by Debtor's principals |
| | | 1,401,500.00 | |

038