# EXHIBIT "F"

039

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2007, or tax year beginning _____ , 2007,
ending _____ , 20 ___
► See separate instructions.

OMB No. 1545-0099

**2007**

| A  Principal business activity | Use the IRS label. Other-wise, print or type. | THE ANDALUCIA PROJECT LLC 14900 VENTURA BLVD. STE 220 SHERMAN OAKS, CA 91403 | D  Employer identification number |
|---|---|---|---|
| CONSTRUCTION | | | 20-8740418 |
| B  Principal product or service | | | E  Date business started |
| DEVELOPMENT | | | 8/18/2006 |
| C  Business code number | | | F  Total assets (see instrs) |
| 236110 | | | $ 3,238,678. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ► _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year .................... ► 2

**J** Check if Schedule M-3 attached .................... ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**INCOME**

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | | |
| b | Less returns and allowances | 1b | | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)* | | | 4 |
| 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* | | | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* | | | 6 |
| 7 | Other income (loss) *(attach statement)* | | | 7 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 |

**DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS)**

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | 1,600. |
| 15 | Interest | 15 | |
| 16a | Depreciation *(if required, attach Form 4562)* | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 | Retirement plans, etc | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions *(attach statement)* | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 1,600. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -1,600. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

TAXPAYERS COPY

Signature of general partner or limited liability company member manager      Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | ARMIK AGHAKHANI, CPA | Date 10/11/08 | Check if self-employed ☐ | Preparer's SSN or PTIN P00288886 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | TAX & BUSINESS CNSLTG GRP AN ACCOUNTANCY CORP 1010 N CENTRAL AVE. GLENDALE, CA 91202-2937 | | EIN ► 02-0591675 | |
| | | | Phone no. (818) 662-8880 | |

**BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

PTPA0105L 12/27/07      Form **1065** (2007)

040

Form **1065** (2007)  THE ANDALUCIA PROJECT LLC 20-8740418                                                Page **2**

| **Schedule A** | **Cost of Goods Sold** (see the instructions) | | |
|---|---|---|---|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases less cost of items withdrawn for personal use | **2** | |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach statement) | **4** | |
| **5** | Other costs (attach statement) | **5** | |
| **6** | **Total.** Add lines 1 through 5 | **6** | |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | |

**9a** Check all methods used for valuing closing inventory:

    **(i)** ☐ Cost as described in Regulations section 1.471-3

    **(ii)** ☐ Lower of cost or market as described in Regulations section 1.471-4

    **(iii)** ☐ Other (specify method used and attach explanation)

  **b** Check this box if there was a writedown of 'subnormal' goods as described in Regulations section 1.471-2(c) ► ☐

  **c** Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐

  **d** Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership?  ☐ Yes  ☐ No

  **e** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?  ☐ Yes  ☐ No

    If 'Yes', attach explanation.

| **Schedule B** | **Other Information** | | Yes | No |
|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | |
| | **a** ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | | |
| | **c** ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | | |
| | **e** ☐ Foreign partnership    **f** ☐ Other ► | | | |
| **2** | Are any partners in this partnership also partnerships? | | | X |
| **3** | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If 'Yes,' see instructions for required attachment | | | X |
| **4** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | | X |
| **5** | Does this partnership meet all three of the following requirements? | | | |
| | **a** The partnership's total receipts for the tax year were less than $250,000; | | | |
| | **b** The partnership's total assets at the end of the tax year were less than $600,000; and | | | |
| | **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1 | | | X |
| **6** | Does this partnership have any foreign partners? If 'Yes,' the partnership may have to file Forms 8804, 8805 and 8813. See the instructions. | | | X |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | | X |
| **8** | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | | X |
| **9** | At any time during calendar year 2007, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If 'Yes,' enter the name of the foreign country. ► | | | X |
| **10** | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520. See the instructions. | | | X |
| **11** | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If 'Yes,' you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership in the instructions | | | X |
| **12** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ► | 0 | | |

**Designation of Tax Matters Partner** (see the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ► | ARTHUR ASLANIAN | Identifying number of TMP ► | ████████ |
|---|---|---|---|
| Address of designated TMP ► | 14900 VENTURA BLVD. STE 220 SHERMAN OAKS, CA 91403 | | |

Form **1065** (2007)

PTPA0112L 12/27/07

Form **1065** (2007)    THE ANDALUCIA PROJECT LLC 20-8740418    Page **3**

| **Schedule K** | **Partners' Distributive Share Items** | | | | **Total amount** |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | | | **1** | −1,600. |
| | **2** Net rental real estate income (loss) *(attach Form 8825)* | | | **2** | −216,851. |
| | **3a** Other gross rental income (loss) | | **3a** | | |
| | **b** Expenses from other rental activities *(attach stmt)* | | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | | **3c** | |
| | **4** Guaranteed payments | | | **4** | |
| | **5** Interest income | | | **5** | |
| | **6** Dividends: **a** Ordinary dividends | | | **6a** | |
| | **b** Qualified dividends | | **6b** | | |
| | **7** Royalties | | | **7** | |
| | **8** Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* | | | **8** | |
| | **9a** Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* | | | **9a** | |
| | **b** Collectibles (28%) gain (loss) | | **9b** | | |
| | **c** Unrecaptured section 1250 gain *(attach statement)* | | **9c** | | |
| | **10** Net section 1231 gain (loss) *(attach Form 4797)* | | | **10** | |
| | **11** Other income (loss) *(see instructions)*    Type ▶ | | | **11** | |
| **Deductions** | **12** Section 179 deduction *(attach Form 4562)* | | | **12** | |
| | **13a** Contributions | | | **13a** | |
| | **b** Investment interest expense | | | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶ _____ **(2)** Amount ▶ | | | **13c (2)** | |
| | **d** Other deductions *(see instructions)*    Type ▶ | | | **13d** | |
| **Self-Employment** | **14a** Net earnings (loss) from self-employment | | | **14a** | −1,584. |
| | **b** Gross farming or fishing income | | | **14b** | |
| | **c** Gross nonfarm income | | | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | | | **15a** | |
| | **b** Low-income housing credit (other) | | | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | | | **15c** | |
| | **d** Other rental real estate credits *(see instructions)*    Type ▶ | | | **15d** | |
| | **e** Other rental credits *(see instructions)*    Type ▶ | | | **15e** | |
| | **f** Other credits *(see instructions)*    Type ▶ | | | **15f** | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶ | | | | |
| | **b** Gross income from all sources | | | **16b** | |
| | **c** Gross income sourced at partner level | | | **16c** | |
| | *Foreign gross income sourced at partnership level* | | | | |
| | **d** Passive category ▶ _____ **e** General category ▶ _____ **f** Other | | | **16f** | |
| | *Deductions allocated and apportioned at partner level* | | | | |
| | **g** Interest expense ▶ _____ **h** Other | | | **16h** | |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | | | | |
| | **i** Passive category ▶ _____ **j** General category ▶ _____ **k** Other | | | **16k** | |
| | **l** Total foreign taxes (check one): ▶ Paid ☐    Accrued ☐ | | | **16l** | |
| | **m** Reduction in taxes available for credit *(attach statement)* | | | **16m** | |
| | **n** Other foreign tax information *(attach statement)* | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | | | **17a** | |
| | **b** Adjusted gain or loss | | | **17b** | |
| | **c** Depletion (other than oil and gas) | | | **17c** | |
| | **d** Oil, gas, and geothermal properties — gross income | | | **17d** | |
| | **e** Oil, gas, and geothermal properties — deductions | | | **17e** | |
| | **f** Other AMT items *(attach stmt)* | | | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | | | **18a** | |
| | **b** Other tax-exempt income | | | **18b** | |
| | **c** Nondeductible expenses | | | **18c** | |
| | **19a** Distributions of cash and marketable securities | | | **19a** | |
| | **b** Distributions of other property | | | **19b** | |
| | **20a** Investment income | | | **20a** | |
| | **b** Investment expenses | | | **20b** | |
| | **c** Other items and amounts *(attach stmt)* | | | | |

**BAA**    Form **1065** (2007)

PTPA0134L  06/25/07

042

Form **1065** (2007)    THE ANDALUCIA PROJECT LLC 20-8740418    Page **4**

## Analysis of Net Income (Loss)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . | | | | | **1** | -218,451. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners . . . | | | | | | |
| b Limited partners . . . | | -218,451. | | | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash . . . . . . . . . . . . . . . . . . . . . . | | 6,245. | | 310. |
| 2a Trade notes and accounts receivable . . . . . . | | | | |
| b Less allowance for bad debts . . . . . . . . | | | | |
| 3 Inventories . . . . . . . . . . . . . . . . . . . | | | | |
| 4 U.S. government obligations . . . . . . . . . . | | | | |
| 5 Tax-exempt securities . . . . . . . . . . . . . | | | | |
| 6 Other current assets (attach stmt) . . . SEE ST 1. | | 7,880. | | |
| 7 Mortgage and real estate loans . . . . . . . . . | | | | |
| 8 Other investments (attach stmt) . . . . . . . . | | | | |
| 9a Buildings and other depreciable assets . . . . | 969,000. | | 1,001,237. | |
| b Less accumulated depreciation . . . . . . . . | 7,345. | 961,655. | 43,700. | 957,537. |
| 10a Depletable assets . . . . . . . . . . . . . . | | | | |
| b Less accumulated depletion . . . . . . . . . | | | | |
| 11 Land (net of any amortization) . . . . . . . . | | 2,261,000. | | 2,261,000. |
| 12a Intangible assets (amortizable only) . . . . . . | 20,775. | | 20,775. | |
| b Less accumulated amortization . . . . . . . . | 189. | 20,586. | 944. | 19,831. |
| 13 Other assets (attach stmt) . . . . . . . . . . | | | | |
| 14 Total assets . . . . . . . . . . . . . . . . . | | 3,257,366. | | 3,238,678. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable . . . . . . . . . . . . . . . | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year . . | | | | |
| 17 Other current liabilities (attach stmt) . . SEE ST 2 | | 11,700. | | |
| 18 All nonrecourse loans . . . . . . . . . . . . . | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more . . | | 2,125,000. | | 2,125,000. |
| 20 Other liabilities (attach stmt) . . . . . . . . | | | | |
| 21 Partners' capital accounts . . . . . . . . . . | | 1,120,666. | | 1,113,678. |
| 22 Total liabilities and capital . . . . . . . . . | | 3,257,366. | | 3,238,678. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . | -218,451. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest . . . $ _____ | |
| | _____ | | | _____ | |
| 3 | Guaranteed pmts (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation . . . . . . $ _____ | |
| a | Depreciation . . . . $ _____ | | | _____ | |
| b | Travel and entertainment . . _____ | | 8 | Add lines 6 and 7 . . . . . . . . . | |
| 5 | Add lines 1 through 4 . . . . . . | -218,451. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . | -218,451. |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . | 1,120,666. | 6 | Distributions: a Cash . . . . . . . . | |
| 2 | Capital contributed: a Cash . . . | 211,463. | | b Property . . . . . . | |
| | b Property . . . | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books . . . | -218,451. | | _____ | |
| 4 | Other increases (itemize): | | | | |
| | _____ | | 8 | Add lines 6 and 7 . . . . . . . . | |
| 5 | Add lines 1 through 4 . . . . . . | 1,113,678. | 9 | Balance at end of year. Subtract line 8 from line 5 . | 1,113,678. |

PTPA0134L  06/25/07                                          Form **1065** (2007)

043

Form **8825**

(Rev December 2006)

Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation

► See instructions.
► Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

Name
THE ANDALUCIA PROJECT LLC

Employer identification number
20-8740418

**1** Show the kind and location of each property. See page 2 to list additional properties.

**A** RESIDENTIAL RENTAL PROPERTY
4235-41 FULTON AVENUE SHERMAN OAKS

**B**

**C**

**D**

| Rental Real Estate Income | | Properties | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **2** Gross rents | 2 | 101,959. | | | |
| **Rental Real Estate Expenses** | | | | | |
| **3** Advertising | 3 | 22. | | | |
| **4** Auto and travel | 4 | | | | |
| **5** Cleaning and maintenance | 5 | 2,247. | | | |
| **6** Commissions | 6 | | | | |
| **7** Insurance | 7 | 1,606. | | | |
| **8** Legal and other professional fees | 8 | 25,470. | | | |
| **9** Interest | 9 | 177,747. | | | |
| **10** Repairs | 10 | 1,133. | | | |
| **11** Taxes | 11 | 39,766. | | | |
| **12** Utilities | 12 | 4,735. | | | |
| **13** Wages and salaries | 13 | | | | |
| **14** Depreciation (see instructions) | 14 | 36,355. | | | |
| **15** Other (list) ► | | | | | |
| SEE STATEMENT 3 | 15 | 29,729. | | | |
| **16** Total expenses for each property. Add lines 3 through 15 | 16 | 318,810. | | | |

| | | |
|---|---|---|
| **17** Total gross rents. Add gross rents from line 2, columns A through H | 17 | 101,959. |
| **18** Total expenses. Add total expenses from line 16, columns A through H | 18 | -318,810. |
| **19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| **20 a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |
| **b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed: | | |

**(1)** Name                                    **(2)** Employer identification number

| | | |
|---|---|---|
| **21** Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on: | 21 | -216,851. |
| • **Form 1065 or 1120S:** Schedule K, line 2, or | | |
| • **Form 1065-B:** Part I, line 4 | | |

**BAA   For Paperwork Reduction Act Notice, see the separate instructions.**

Form **8825** (12-2006)

651107

**Schedule K-1**
(Form 1065)

**2007**

For calendar year 2007, or tax
year beginning _____ , 2007
ending _____

Department of the Treasury
Internal Revenue Service

□ Final K-1      □ Amended K-1      OMB No. 1545-0099

**Partner's Share of Income, Deductions, Credits, etc.**

► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

## Part I   Information About the Partnership

**A** Partnership's employer identification number
20-8740418

**B** Partnership's name, address, city, state, and ZIP code

THE ANDALUCIA PROJECT LLC
14900 VENTURA BLVD. STE 220
SHERMAN OAKS, CA 91403

**C** IRS Center where partnership filed return
OGDEN, UT

**D** □ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's identifying number
████████

**F** Partner's name, address, city, state, and ZIP code

ARTHUR ASLANIAN
14900 VENTURA BLVD. STE 220
SHERMAN OAKS, CA 91403

**G** ☒ General partner or LLC member-manager   □ Limited partner or other LLC member

**H** ☒ Domestic partner   □ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 99 % | 99 % |
| Loss | 99 % | 99 % |
| Capital | 99 % | 99 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ 2,103,750. |
| Qualified nonrecourse financing | $ |
| Recourse | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 1,109,459. |
| Capital contributed during the year | $ 209,348. |
| Current year increase (decrease) | $ -216,266. |
| Withdrawals and distributions | $ |
| Ending capital account | $ 1,102,541. |

☒ Tax basis   □ GAAP   □ Section 704(b) book
□ Other (explain)

| # | | |
|---|---|---|
| 1 | Ordinary business income (loss) | -1,584. |
| 2 | Net rental real estate income (loss) * | -214,682. |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | A   -1,584. |

| # | | |
|---|---|---|
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule **K-1** (Form 1065) 2007

PARTNER 1

PTPA0312L  12/31/07

045

Schedule **K-1** (Form 1065) 2007    THE ANDALUCIA PROJECT LLC    20-8740418    Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.



**1  Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2  Net rental real estate income (loss)**  See the Partner's Instructions
**3  Other net rental income (loss)**
   Net income  Schedule E, line 28, column (g)
   Net loss  See the Partner's Instructions
**4  Guaranteed payments**  Schedule E, line 28, column (j)
**5  Interest income**  Form 1040, line 8a
**6 a Ordinary dividends**  Form 1040, line 9a
**6 b Qualified dividends**  Form 1040, line 9b
**7  Royalties**  Schedule E, line 4
**8  Net short-term capital gain (loss)**  Schedule D, line 5, column (f)
**9 a Net long-term capital gain (loss)**  Schedule D, line 12, column (f)
**9 b Collectibles (28%) gain (loss)**  28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
**9 c Unrecaptured section 1250 gain**  See the Partner's Instructions
**10  Net section 1231 gain (loss)**  See the Partner's Instructions
**11  Other income (loss)**
  **Code**
  **A**  Other portfolio income (loss)  See the Partner's Instructions
  **B**  Involuntary conversions  See the Partner's Instructions
  **C**  Section 1256 contracts and straddles  Form 6781, line 1
  **D**  Mining exploration costs recapture  See Pub 535
  **E**  Cancellation of debt  Form 1040, line 21 or Form 982
  **F**  Other income (loss)  See the Partner's Instructions
**12  Section 179 deduction**  See the Partner's Instructions
**13  Other deductions**
  **A**  Cash contributions (50%)
  **B**  Cash contributions (30%)
  **C**  Noncash contributions (50%)
  **D**  Noncash contributions (30%)  See the Partner's Instructions
  **E**  Capital gain property to a 50% organization (30%)
  **F**  Capital gain property (20%)
  **G**  Investment interest expense  Form 4952, line 1
  **H**  Deductions — royalty income  Schedule E, line 18
  **I**  Section 59(e)(2) expenditures  See the Partner's Instructions
  **J**  Deductions — portfolio (2% floor)  Schedule A, line 23
  **K**  Deductions — portfolio (other)  Schedule A, line 28
  **L**  Amounts paid for medical insurance  Schedule A, line 1 or Form 1040, line 29
  **M**  Educational assistance benefits  See the Partner's Instructions
  **N**  Dependent care benefits  Form 2441, line 14
  **O**  Preproductive period expenses  See the Partner's Instructions
  **P**  Commercial revitalization deduction from rental real estate activities  See Form 8582 Instructions
  **Q**  Pensions and IRAs  See the Partner's Instructions
  **R**  Reforestation expense deduction  See the Partner's Instructions
  **S**  Domestic production activities information  See Form 8903 Instructions
  **T**  Qualified production activities income  Form 8903, line 7
  **U**  Employer's W-2 wages  Form 8903, line 15
  **V**  Other deductions  See the Partner's Instructions
**14  Self-employment earnings (loss)**
**Note.** *If you have a section 179 deduction or any partner level deductions, see the Partner's Instructions before completing Schedule SE.*
  **A**  Net earnings (loss) from self-employment  Schedule SE, Section A or B
  **B**  Gross farming or fishing income  See the Partner's Instructions
  **C**  Gross non-farm income  See the Partner's Instructions
**15  Credits**
  **A**  Low-income housing credit (section 42(j)(5))
  **B**  Low-income housing credit (other)
  **C**  Qualified rehabilitation expenditures (rental real estate)  See the Partner's Instructions
  **D**  Other rental real estate credits
  **E**  Other rental credits
  **F**  Undistributed capital gains credit  Form 1040, line 70; check box a
  **G**  Credit for alcohol used as fuel
  **H**  Work opportunity credit
  **I**  Welfare-to-work credit  See the Partner's Instructions
  **J**  Disabled access credit

| | Code | Report on |
|---|---|---|
| | **K** Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | **L** Credit for increasing research activities | |
| | **M** New markets credit | See the Partner's Instructions |
| | **N** Credit for employer social security and Medicare taxes | |
| | **O** Backup withholding | Form 1040, line 64 |
| | **P** Other credits | See the Partner's Instructions |

**16  Foreign transactions**
  **A**  Name of country or U.S. possession
  **B**  Gross income from all sources  Form 1116, Part I
  **C**  Gross income sourced at partner level
  *Foreign gross income sourced at partnership level*
  **D**  Passive category
  **E**  General category  Form 1116, Part I
  **F**  Other
  *Deductions allocated and apportioned at partner level*
  **G**  Interest expense  Form 1116, Part I
  **H**  Other  Form 1116, Part I
  *Deductions allocated and apportioned at partnership level to foreign source income*
  **I**  Passive category
  **J**  General category  Form 1116, Part I
  **K**  Other
  *Other information*
  **L**  Total foreign taxes paid  Form 1116, Part II
  **M**  Total foreign taxes accrued  Form 1116, Part II
  **N**  Reduction in taxes available for credit  Form 1116, line 12
  **O**  Foreign trading gross receipts  Form 8873
  **P**  Extraterritorial income exclusion  Form 8873
  **Q**  Other foreign transactions  See the Partner's Instructions
**17  Alternative minimum tax (AMT) items**
  **A**  Post-1986 depreciation adjustment
  **B**  Adjusted gain or loss  See the Partner's Instructions and the Instructions for Form 6251
  **C**  Depletion (other than oil & gas)
  **D**  Oil, gas, & geothermal — gross income
  **E**  Oil, gas, & geothermal — deductions
  **F**  Other AMT items
**18  Tax-exempt income and nondeductible expenses**
  **A**  Tax-exempt interest income  Form 1040, line 8b
  **B**  Other tax-exempt income  See the Partner's Instructions
  **C**  Nondeductible expenses  See the Partner's Instructions
**19  Distributions**
  **A**  Cash and marketable securities  See the Partner's Instructions
  **B**  Other property  See the Partner's Instructions
**20  Other information**
  **A**  Investment income  Form 4952, line 4a
  **B**  Investment expenses  Form 4952, line 5
  **C**  Fuel tax credit information  Form 4136
  **D**  Qualified rehabilitation expenditures (other than rental real estate)  See the Partner's Instructions
  **E**  Basis of energy property  See the Partner's Instructions
  **F**  Recapture of low-income housing credit (section 42(j)(5))  Form 8611, line 8
  **G**  Recapture of low-income housing credit (other)  Form 8611, line 8
  **H**  Recapture of investment credit  Form 4255
  **I**  Recapture of other credits  See the Partner's Instructions
  **J**  Look-back interest — completed long-term contracts  See Form 8697
  **K**  Look-back interest — income forecast method  See Form 8866
  **L**  Dispositions of property with section 179 deductions
  **M**  Recapture of section 179 deduction
  **N**  Interest expense for corporate partners
  **O**  Section 453(l)(3) information
  **P**  Section 453A(c) information
  **Q**  Section 1260(b) information  See the Partner's Instructions
  **R**  Interest allocable to production expenditures
  **S**  CCF nonqualified withdrawals
  **T**  Information needed to figure depletion — oil and gas
  **U**  Amortization of reforestation costs
  **V**  Unrelated business taxable income
  **W**  Other information

PTPA0312L  12/31/07

**PARTNER 1:  ARTHUR ASLANIAN    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**

THE ANDALUCIA PROJECT LLC 20-8740418

SCHEDULE K-1 (FORM 1065) 2007          **SUPPLEMENTAL INFORMATION**                              PAGE    3

**BOX 2**
**RENTAL REAL ESTATE ACTIVITIES**

| PROPERTY DESCRIPTION | GROSS INCOME | NET EXPENSES | NET INCOME | PASSIVE NONPASS | SEC. 1231 TOTAL |
|---|---|---|---|---|---|
| RESIDENTIAL RENTAL PROPERTY | 100,939. | 315,622. | $ -214,683. | PASSIVE | |
| ROUNDING OR SPECIALLY ALLOCATED NET INCOME (LOSS) ADJUSTMENT | | | 1. | | |
| | | TOTAL | $ -214,682. | | |

PARTNER 1:  ARTHUR ASLANIAN    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
SPSL1201L  07/31/03

047

651107

| Schedule K-1 | **2007** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1**
(Form 1065)

Department of the Treasury
Internal Revenue Service

For calendar year 2007, or tax
year beginning _____ 2007
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

► See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| # | Item | Amount |
|---|------|--------|
| 1 | Ordinary business income (loss) | -16. |
| 2 | Net rental real estate income (loss) | * -2,169. |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |

| 15 | Credits |
| 16 | Foreign transactions |
| 17 | Alternative minimum tax (AMT) items |
| 18 | Tax-exempt income and nondeductible expenses |
| 19 | Distributions |
| 20 | Other information |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
20-8740418

**B** Partnership's name, address, city, state, and ZIP code

THE ANDALUCIA PROJECT LLC
14900 VENTURA BLVD. STE 220
SHERMAN OAKS, CA 91403

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code

ANITA ASLANIAN
14900 VENTURA BLVD. STE 220
SHERMAN OAKS, CA 91403

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1 % | 1 % |
| Loss | 1 % | 1 % |
| Capital | 1 % | 1 % |

**K** Partner's share of liabilities at year end:

Nonrecourse ............................. $ 21,250.
Qualified nonrecourse financing ........ $
Recourse ................................. $

| 12 | Section 179 deduction |
| 13 | Other deductions |
| 14 | Self-employment earnings (loss) |

**L** Partner's capital account analysis:

Beginning capital account............ $ 11,207.
Capital contributed during the year... $ 2,115.
Current year increase (decrease)...... $ -2,185.
Withdrawals and distributions......... $
Ending capital account............... $ 11,137.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

048

Schedule K-1 (Form 1065) 2007    THE ANDALUCIA PROJECT LLC    20-8740418    Page **2**

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1  Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

|  | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | Schedule E, line 28, column (i) |
| Nonpassive income | Schedule E, line 28, column (k) |

**2  Net rental real estate income (loss)**    See the Partner's Instructions
**3  Other net rental income (loss)**

| Net income | Schedule E, line 28, column (g) |
|---|---|
| Net loss | See the Partner's Instructions |

**4  Guaranteed payments**    Schedule E, line 28, column (j)
**5  Interest income**    Form 1040, line 8a
**6 a  Ordinary dividends**    Form 1040, line 9a
**6 b  Qualified dividends**    Form 1040, line 9b
**7  Royalties**    Schedule E, line 4
**8  Net short-term capital gain (loss)**    Schedule D, line 5, column (f)
**9 a  Net long-term capital gain (loss)**    Schedule D, line 12, column (f)
**9 b  Collectibles (28%) gain (loss)**    28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
**9 c  Unrecaptured section 1250 gain**    See the Partner's Instructions
**10  Net section 1231 gain (loss)**    See the Partner's Instructions
**11  Other income (loss)**

Code
| A | Other portfolio income (loss) | See the Partner's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Partner's Instructions |
| C | Section 1256 contracts and straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

**12  Section 179 deduction**    See the Partner's Instructions
**13  Other deductions**

| A | Cash contributions (50%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Investment interest expense | Form 4952, line 1 |
| H | Deductions — royalty income | Schedule E, line 18 |
| I | Section 59(e)(2) expenditures | See the Partner's Instructions |
| J | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| K | Deductions — portfolio (other) | Schedule A, line 28 |
| L | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| M | Educational assistance benefits | See the Partner's Instructions |
| N | Dependent care benefits | Form 2441, line 14 |
| O | Preproductive period expenses | See the Partner's Instructions |
| P | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| Q | Pensions and IRAs | See the Partner's Instructions |
| R | Reforestation expense deduction | See the Partner's Instructions |
| S | Domestic production activities information | See Form 8903 Instructions |
| T | Qualified production activities income | Form 8903, line 7 |
| U | Employer's W-2 wages | Form 8903, line 15 |
| V | Other deductions | See the Partner's Instructions |

**14  Self-employment earnings (loss)**
**Note.** *If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.*

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15  Credits**

| A | Low-income housing credit (section 42(j)(5)) | |
|---|---|---|
| B | Low-income housing credit (other) | |
| C | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| D | Other rental real estate credits | |
| E | Other rental credits | |
| F | Undistributed capital gains credit | Form 1040, line 70; check box a |
| G | Credit for alcohol used as fuel | |
| H | Work opportunity credit | |
| I | Welfare-to work credit | See the Partner's Instructions |
| J | Disabled access credit | |

| Code | | Report on |
|---|---|---|
| K | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| L | Credit for increasing research activities | |
| M | New markets credit | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | Form 1040, line 64 |
| P | Other credits | See the Partner's Instructions |

**16  Foreign transactions**

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

*Foreign gross income sourced at partnership level*

| D | Passive category | |
|---|---|---|
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at partner level*

| G | Interest expense | Form 1116, Part I |
|---|---|---|
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at partnership level to foreign source income*

| I | Passive category | |
|---|---|---|
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*

| L | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

**17  Alternative minimum tax (AMT) items**

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**18  Tax-exempt income and nondeductible expenses**

| A | Tax-exempt interest income | Form 1040, line 8b |
|---|---|---|
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19  Distributions**

| A | Cash and marketable securities | See the Partner's Instructions |
|---|---|---|
| B | Other property | See the Partner's Instructions |

**20  Other information**

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest — completed long-term contracts | See Form 8697 |
| K | Look-back interest — income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | See the Partner's Instructions |
| R | Interest allocable to production expenditures | |
| S | CCF nonqualified withdrawals | |
| T | Information needed to figure depletion — oil and gas | |
| U | Amortization of reforestation costs | |
| V | Unrelated business taxable income | |
| W | Other information | |

PTPA0312L  12/31/07

PARTNER 2:  ANITA ASLANIAN    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

049

THE ANDALUCIA PROJECT LLC 20-8740418

SCHEDULE K-1 (FORM 1065) 2007                    **SUPPLEMENTAL INFORMATION**                              PAGE  3

**BOX 2**
**RENTAL REAL ESTATE ACTIVITIES**

| PROPERTY DESCRIPTION | GROSS INCOME | NET EXPENSES | NET INCOME | PASSIVE NONPASS | SEC. 1231 TOTAL |
|---|---|---|---|---|---|
| RESIDENTIAL RENTAL PROPERTY | 1,020. | 3,188. $ | -2,168. | PASSIVE | |
| ROUNDING OR SPECIALLY ALLOCATED NET INCOME (LOSS) ADJUSTMENT | | | -1. | | |
| | | TOTAL $ | -2,169. | | |

PARTNER 2:  ANITA ASLANIAN     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

SPSL1201L  07/31/03

050

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 **2007** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See separate instructions.   ► Attach to your tax return. | Attachment Sequence No. **67** |

Name(s) shown on return
**THE ANDALUCIA PROJECT LLC**

Business or activity to which this form relates
**FORM 8825, RENTAL REAL ESTATE - RESIDENTIAL RENTAL PROPERTY**

Identifying number
**20-8740418**

### Part I  Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $125,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 ► | 13 | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 | 17 | 35,232. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | VARIOUS | 32,237. | 27.5 yrs | MM | S/L | 1,123. |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV  Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 36,355. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**       FDIZ0812L 10/05/07       Form **4562** (2007)

051

Form **4562** (2007)    THE ANDALUCIA PROJECT LLC                                    20-8740418    Page **2**

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A — Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

**24a** Do you have evidence to support the business/investment use claimed? ........... [ ] Yes [ ] No **24b** If 'Yes,' is the evidence written? ......... [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special allowance for qualified Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1........... | **28** | |

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................... | | **29** |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners. | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2007 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2007 tax year ........... | | | | **43** | 755. |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report ........... | | | | **44** | 755. |

052

| 2007 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| | THE ANDALUCIA PROJECT LLC | 20-8740418 |

**STATEMENT 1**
**FORM 1065, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| RECEIVABLE - RYE | $    4,100. | $    0. |
| RECEIVABLE - SKY | 3,780. | 0. |
| TOTAL | $    7,880. | $    0. |

**STATEMENT 2**
**FORM 1065, SCHEDULE L, LINE 17**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| LOAN - ADC | $    7,300. | $    0. |
| LOAN - CPM | 4,400. | 0. |
| TOTAL | $   11,700. | $    0. |

**STATEMENT 3**
**FORM 8825, LINE 15**
**OTHER EXPENSES**

PROPERTY A: RESIDENTIAL RENTAL PROPERTY - 4235-41 FULTON AVENUE SHERMAN OAKS
PROPERTY B: -
PROPERTY C: -
PROPERTY D: -

| | PROPERTY A | PROPERTY B | PROPERTY C | PROPERTY D |
|---|---|---|---|---|
| AMORTIZATION | $      755. | | | |
| BANK SERVICE CHARGES | 11. | | | |
| CARPET | 1,138. | | | |
| DUES & SUBSCRIPTIONS | 50. | | | |
| GARDENING | 2,920. | | | |
| LICENSES AND PERMITS | 70. | | | |
| LOAN FEES | 13,032. | | | |
| MANAGEMENT FEES | 5,708. | | | |
| OFFICE EXP. | 717. | | | |
| PAINTING AND DECORATING | 1,822. | | | |
| PEST CONTROL | 580. | | | |
| POSTAGE | 55. | | | |
| PRINTING & REPRODUCTION | 817. | | | |
| SYSTEMATIC CODE ENF. | 597. | | | |
| TRASH REMOVAL | 1,457. | | | |
| TOTAL | $   29,729. | | | |

| 2007 | GENERAL WORKSHEETS | PAGE 1 |
|---|---|---|
| CLIENT 20102 | THE ANDALUCIA PROJECT LLC | 20-8740418 |
| 10/10/08 | | 11:26AM |

**COMPUTATION OF ENDING DEPRECIABLE ASSETS**
**FORM 1065, SCHEDULE L, LINE 9A**

| | | |
|---|---|---|
| BEGINNING DEPRECIABLE ASSETS | $ | 969,000. |
| DEPRECIABLE ASSETS PLACED IN SERVICE IN CURRENT YEAR | | 32,237. |
| DEPRECIABLE ASSETS SOLD DURING CURRENT YEAR | | 0. |
| ENDING DEPRECIABLE ASSETS | $ | 1,001,237. |

**COMPUTATION OF ENDING ACCUMULATED DEPRECIATION**
**FORM 1065, SCHEDULE L, LINE 9B**

| | | |
|---|---|---|
| BEGINNING ACCUMULATED DEPRECIATION | $ | 7,345. |
| CURRENT YEAR BOOK DEPRECIATION | | 36,355. |
| ACCUMULATED DEPRECIATION ON ASSETS SOLD THIS YEAR | | 0. |
| ENDING ACCUMULATED DEPRECIATION | $ | 43,700. |

**COMPUTATION OF ENDING ACCUMULATED AMORTIZATION**
**FORM 1065, SCHEDULE L, LINE 12B**

| | | |
|---|---|---|
| BEGINNING ACCUMULATED AMORTIZATION | $ | 189. |
| CURRENT YEAR BOOK AMORTIZATION | | 755. |
| ACCUMULATED AMORTIZATION ON ASSETS SOLD THIS YEAR | | 0. |
| ENDING ACCUMULATED AMORTIZATION | $ | 944. |

| 2007 | | | SELF-EMPLOYMENT WORKSHEET | | | | | PAGE 1 |
|---|---|---|---|---|---|---|---|---|
| **CLIENT 20102** | | | THE ANDALUCIA PROJECT LLC | | | | | 20-8740418 |
| 10/10/08 | | | NET EARNINGS (LOSS) FROM SELF-EMPLOYMENT CALCULATION | | | | | 11:26AM |

| Partner Number | General, Limited, or Member | Entity Type | Ordinary Income or (Loss) | Other Rental Income or (Loss) | Adjustments: 1. Plus Certain Rental RE Income 2. Plus Passthrough SE Income (Loss) 3. Less Passthrough Ord. Inc. (Loss) 4. Less 4797 Gain or (Loss) | Guaranteed Payments to Partners | Manual Self-Employment Adjustment | Net Earnings (Loss) From Self-Employment Schedule K-1 Box 14, Code A |
|---|---|---|---|---|---|---|---|---|
| 1 | MEM | IND | -1,584.<br>-1,584. | | | | | -1,584.<br>-1,584. |

PTPL0301L  11/12/04

**2007**

# SCHEDULE K-1 ALLOCATION SUMMARY

**PAGE 1**

**CLIENT 20102**

THE ANDALUCIA PROJECT LLC

20-8740418

10/10/08

11:26AM

PTR# NAME
1  ARTHUR ASLANIAN
2  ANITA ASLANIAN

| LINE | ITEM | TOTAL ON SCHEDULE K | PARTNER 1 | PARTNER 2 |
|------|------|--------------------|-----------|-----------|
| L | PROFIT SHARING ALLOC. PERCENTAGE | | 99.000000 | 1.000000 |
| L | LOSS SHARING ALLOC. PERCENTAGE | | 99.000000 | 1.000000 |
| 1 | ORDINARY BUSINESS INCOME (LOSS) | -1,600. | -1,584. | -16. |
| 2 | NET RENTAL REAL ESTATE INCOME ( | -216,851. | -214,682. | -2,169. |
| 14 | NET EARNINGS (LOSS) FROM S.E. | -1,584. | -1,584. | |

056

| 2007 | CAPITAL ACCOUNT RECONCILIATION | PAGE 1 |
|---|---|---|
| CLIENT 20102 | THE ANDALUCIA PROJECT LLC | 20-8740418 |
| 10/10/08 | | 11:27AM |

### FEDERAL ANALYSIS OF PARTNERS' CAPITAL ACCOUNTS

| Partner Number | Partner Name | Beginning Capital Account | Capital Contributed during the year | Partner's share of lines 3, 4, and 7 Fm 1065,Sch. M-2 | Withdrawals and Distributions | Ending Capital Account |
|---|---|---|---|---|---|---|
| 1 | ARTHUR ASLANIAN | 1,109,459. | 209,348. | -216,266. | | 1,102,541. |
| 2 | ANITA ASLANIAN | 11,207. | 2,115. | -2,185. | | 11,137. |
| | TOTALS | 1,120,666. | 211,463. | -218,451. | | 1,113,678. |

PTPL0501L  11/09/04

**2007**      **PARTNERS' ALLOCATION PERCENTAGES**      **PAGE 1**

**CLIENT 20102**      **THE ANDALUCIA PROJECT LLC**      **20-8740418**

10/10/08      11:27AM

| Partner Number | Partner Name | Partner Identification Number | Partner Percentage of Profit Sharing | Partner Percentage of Loss Sharing | Partner Percentage of Ownership of Capital |
|---|---|---|---|---|---|
| 1 | ARTHUR ASLANIAN | ███████ | 99.000000 | 99.000000 | 99.000000 |
| 2 | ANITA ASLANIAN | | 1.000000 | 1.000000 | 1.000000 |
| | | TOTALS | 100.000000 | 100.000000 | 100.000000 |

PTPL0401L  07/17/03

**12/31/07**    **2007 FEDERAL SUMMARY DEPRECIATION SCHEDULE**    **PAGE 1**

**CLIENT 20102**    **THE ANDALUCIA PROJECT LLC**    **20-8740418**

10/10/08    11:27AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| **RENTAL REAL ESTATE - RESIDENTIAL RENTAL PROPERTY** | | | | | | | | | | |
| AMORTIZATION | | | | | | | | | | |
| 5 | ESCROW FEES | 10/04/06 | | 20,775 | | | 189 | S/L | 27.5 | 755 |
| | TOTAL AMORTIZATION | | | 20,775 | | 0 | 189 | | | 755 |
| BUILDINGS | | | | | | | | | | |
| 1 | 4235 FULTON AVE-BLD | 10/04/06 | | 465,000 | | | 3,525 | S/L MM | 27.5 | 16,907 |
| 3 | 4241 FULTON AVE-BLD | 10/04/06 | | 504,000 | | | 3,820 | S/L MM | 27.5 | 18,325 |
| | TOTAL BUILDINGS | | | 969,000 | | 0 | 7,345 | | | 35,232 |
| IMPROVEMENTS | | | | | | | | | | |
| 6 | IMPROVEMENTS | VARIOUS | | 32,237 | | | | S/L MM | 27.5 | 1,123 |
| | TOTAL IMPROVEMENTS | | | 32,237 | | 0 | 0 | | | 1,123 |
| LAND | | | | | | | | | | |
| 2 | 4235 FULTON AVE-LND | 10/04/06 | | 1,085,000 | | | | | | 0 |
| 4 | 4241 FULTON AVE-LND | 10/04/06 | | 1,176,000 | | | | | | 0 |
| | TOTAL LAND | | | 2,261,000 | | 0 | 0 | | | 0 |
| | TOTAL DEPRECIATION | | | 3,262,237 | | 0 | 7,345 | | | 36,355 |
| | GRAND TOTAL AMORTIZATION | | | 20,775 | | 0 | 189 | | | 755 |
| | GRAND TOTAL DEPRECIATION | | | 3,262,237 | | 0 | 7,345 | | | 36,355 |

**12/31/07**

**CLIENT 20102**

10/10/08

# 2007 FEDERAL DEPRECIATION SCHEDULE

## THE ANDALUCIA PROJECT LLC

**PAGE 1**

20-8740418

11:27AM

RENTAL REAL ESTATE - RESIDENTIAL RENTAL PROPERTY

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR | PRIOR DEC. BAL DEPR | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AMORTIZATION | | | | | | | | | | | | | | | |
| 5 | ESCROW FEES | 10/04/06 | | 20,775 | | | | | | | 20,775 | 189 | S/L | 27.5 | | 755 |
| | TOTAL AMORTIZATION | | | 20,775 | | 0 | 0 | 0 | 0 | 0 | 20,775 | 189 | | | | 755 |
| | BUILDINGS | | | | | | | | | | | | | | | |
| 1 | 4235 FULTON AVE BLD | 10/04/06 | | 465,000 | | | 0 | 0 | 0 | 0 | 465,000 | 3,525 | S/L MM | 27.5 | .03636 | 16,907 |
| 3 | 4241 FULTON AVE BLD | 10/04/06 | | 504,000 | | | 0 | 0 | 0 | 0 | 504,000 | 3,820 | S/L MM | 27.5 | .03636 | 18,325 |
| | TOTAL BUILDINGS | | | 969,000 | | | 0 | 0 | 0 | 0 | 969,000 | 7,345 | | | | 35,232 |
| | IMPROVEMENTS | | | | | | | | | | | | | | | |
| 6 | IMPROVEMENTS | VARIOUS | | 32,237 | | | 0 | 0 | 0 | 0 | 32,237 | 0 | S/L MM | 27.5 | .03485 | 1,123 |
| | TOTAL IMPROVEMENTS | | | 32,237 | | | 0 | 0 | 0 | 0 | 32,237 | 0 | | | | 1,123 |
| | LAND | | | | | | | | | | | | | | | |
| 2 | 4235 FULTON AVE LND | 10/04/06 | | 1,085,000 | | | 0 | 0 | 0 | 0 | 1,085,000 | | | | | 0 |
| 4 | 4241 FULTON AVE LND | 10/04/06 | | 1,176,000 | | | 0 | 0 | 0 | 0 | 1,176,000 | | | | | 0 |
| | TOTAL LAND | | | 2,261,000 | | | 0 | 0 | 0 | 0 | 2,261,000 | 0 | | | | 0 |
| | TOTAL DEPRECIATION | | | 3,282,237 | | | 0 | 0 | 0 | 0 | 3,282,237 | 7,345 | | | | 36,355 |

**12/31/07**

**CLIENT 20102**

10/10/08

# 2007 FEDERAL DEPRECIATION SCHEDULE

## THE ANDALUCIA PROJECT LLC

**PAGE 2**

20-8740418

11:27AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL AMORTIZATION | | | 20,775 | | 0 | 0 | 0 | 0 | 0 | 20,775 | 189 | | | | 755 |
| | GRAND TOTAL DEPRECIATION | | | 3,262,237 | | 0 | 0 | 0 | 0 | 0 | 3,262,237 | 7,345 | | | | 36,355 |

061

# 12/31/07    2007 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE    PAGE 1

CLIENT 20102

THE ANDALUCIA PROJECT LLC

10/10/08    20-8740418    11:27AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR | REG. DEPR | OWN PCT | POST-86 DEPR ADJ | REAL PROP PREF | LEAS PER PROP PREF | 59 (E)(2) AMORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RENTAL REAL ESTATE - RESIDENTIAL RENTAL PROPERTY | | | | | | | | | | | | | | | |
| | BUILDINGS | | | | | | | | | | | | | | |
| 1 | 4235 FULTON AVE-BLD | 10/04/06 | | 455,000 | 3,525 | S/L MM | 27.5 | .03636 | 16,907 | 16,907 | | | | | 0 |
| 3 | 4241 FULTON AVE-BLD | 10/04/06 | | 504,000 | 3,820 | S/L MM | 27.5 | .03636 | 18,325 | 18,325 | | | | | 0 |
| | TOTAL BUILDINGS | | | 969,000 | 7,345 | | | | 35,232 | 35,232 | | 0 | 0 | 0 | 0 |
| | IMPROVEMENTS | | | | | | | | | | | | | | |
| 6 | IMPROVEMENTS | VARIOUS | | 32,237 | 0 | S/L MM | 27.5 | .03485 | 1,123 | 1,123 | | | | | 0 |
| | TOTAL IMPROVEMENTS | | | 32,237 | 0 | | | | 1,123 | 1,123 | | 0 | 0 | 0 | 0 |
| | LAND | | | | | | | | | | | | | | |
| 2 | 4235 FULTON AVE-LND | 10/04/06 | | 1,085,000 | | | | | 0 | 0 | | | | | 0 |
| 4 | 4241 FULTON AVE-LND | 10/04/06 | | 1,176,000 | | | | | 0 | 0 | | | | | 0 |
| | TOTAL LAND | | | 2,261,000 | 0 | | | | 0 | 0 | | 0 | 0 | 0 | |
| | TOTAL DEPRECIATION | | | 3,262,237 | 7,345 | | | | 36,355 | 36,355 | | 0 | 0 | 0 | 0 |
| | GRAND TOTAL DEPRECIATION | | | 3,262,237 | 7,345 | | | | 36,355 | 36,355 | | 0 | 0 | 0 | 0 |

| 2007 | FEDERAL INCOME TAX SUMMARY | PAGE 1 |
|---|---|---|
| | THE ANDALUCIA PROJECT LLC | 20-8740418 |

| | 2007 | 2006 | DIFF |
|---|---|---|---|
| **TRADE OR BUSINESS INCOME** | | | |
| TOTAL INCOME (LOSS) | 0 | 0 | 0 |
| **TRADE OR BUSINESS DEDUCTIONS** | | | |
| TAXES AND LICENSES | 1,600 | 0 | 1,600 |
| TOTAL DEDUCTIONS | 1,600 | 0 | 1,600 |
| **SCHEDULE K - INCOME** | | | |
| ORDINARY BUSINESS INCOME (LOSS) | -1,600 | 0 | -1,600 |
| NET RENTAL REAL ESTATE INCOME (LOSS) | -216,851 | -57,403 | -159,448 |
| **SCHEDULE K - SELF-EMPLOYMENT** | | | |
| NET EARN. (LOSS) FROM SELF-EMPLOYMENT | -1,584 | 0 | -1,584 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| BEGINNING ASSETS | 3,257,366 | 0 | 3,257,366 |
| BEGINNING LIABILITIES AND CAPITAL | 3,257,366 | 0 | 3,257,366 |
| ENDING ASSETS | 3,238,678 | 3,257,366 | -18,688 |
| ENDING LIABILITIES AND CAPITAL | 3,238,678 | 3,257,366 | -18,688 |

| 2007 | FEDERAL BALANCE SHEET SUMMARY | PAGE 1 |
| --- | --- | --- |
| | THE ANDALUCIA PROJECT LLC | 20-8740418 |

**ENDING ASSETS**

| | | |
| --- | --- | --- |
| CASH | | 310 |
| BUILDINGS AND OTHER ASSETS | 1,001,237 | |
| LESS ACCUMULATED DEPRECIATION | (43,700) | 957,537 |
| LAND | | 2,261,000 |
| INTANGIBLE ASSETS | 20,775 | |
| LESS ACCUMULATED AMORTIZATION | (944) | 19,831 |
| TOTAL ASSETS | | 3,238,678 |

**ENDING LIABILITIES & CAPITAL**

| | | |
| --- | --- | --- |
| LONG TERM NOTES PAYABLE | | 2,125,000 |
| PARTNERS' CAPITAL ACCOUNTS | | 1,113,678 |
| TOTAL LIABILITIES AND CAPITAL | | 3,238,678 |

**TAX & BUSINESS CNSLTG GRP AN ACCOUNTANCY CORP**
1010 N CENTRAL AVE.
GLENDALE, CA 91202-2937
(818) 662-8880

Client 20102
October 10, 2008

**THE ANDALUCIA PROJECT LLC**
**15303 VENTURA BLVD STE 1080**
**SHERMAN OAKS, CA 91403**

---

### FEDERAL FORMS

| | |
|---|---|
| Form 1065 | 2007 U.S. Return of Partnership Income |
| Schedule K-1 | Partner's Share of Income, Deductions, Credits |
| Form 4562 | Depreciation and Amortization |
| Form 8825 | Rental Real Estate Income and Expenses |
| | Depreciation Schedules |

---

### CALIFORNIA FORMS

| | |
|---|---|
| Form 568 | 2007 California LLC Return of Income |
| Schedule K-1 (568) | Member's Share of Income, Deductions, Credits |
| Form 3522 | Limited Liability Company Tax Voucher |
| Form 3885L | Depreciation and Amortization |
| Form 8825 | Rental Real Estate Income and Expenses |
| | California Depreciation Schedules |

---

### FEE SUMMARY

Preparation Fee

065