David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, #201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Attorneys for Debtors and
Debtors-In-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WOODLAND HILLS DIVISION

| | |
|---|---|
| In re: | Case No. 1:09-21502-MT |
| | Chapter 11 |
| THE ANDALUCIA PROJECT, LLC | **NOTICE OF HEARING ON DISCLOSURE STATEMENT FILED BY THE ANDALUCIA PROJECT, LLC.** |
| | Date: March 8, 2010 |
| | Time: 10:00 a.m. |
| Debtors. | Ctrm: 302 |
| | 21041 Burbank Blvd. |
| | Woodland Hills, CA 91367 |

**TO CREDITORS AND OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that at the date, time and place set forth above, the Court will conduct a hearing to consider the approval of the Disclosure Statement filed by Debtor.

A copy of the proposed Disclosure Statement may be obtained by sending a written request to Debtor's counsel at the following address:

David A. Tilem
Law Offices of David A. Tilem
206 N. Jackson Street, Suite 201
Glendale, CA 91206
Fax: (818) 507-6800
Email: LDiaz@TilemLaw.com

1    Copies of the proposed Disclosure Statement are also
2 available at the United States Bankruptcy Court, Woodland Hills
3 Division located at 21041 Burbank Blvd., Woodland Hills, CA
4 91367 or online through the Courts Pacer system at
5 http://pacer.psc.uscourts.gov/.
6    Pursuant to Local Bankruptcy Rule 3017-1(b), any objections
7 to the Disclosure Statement shall be filed with the Court and
8 served on Debtor's counsel not less than fourteen (14) days
9 before the hearing date set forth above.

Date: January 21, 2010            LAW OFFICES OF DAVID A. TILEM

                                  By: _____
                                  David A. Tilem, Attorneys for
                                  Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 206 N. Jackson Street, Suite 201, Glendale, CA 91206

true and correct copy of the foregoing document described as **NOTICE OF HEARING ON DISCLOSURE STATEMENT FILED BY THE ANDALUCIA PROJECT, LLC** in Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/21/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

* Katherine Bunker    kate.bunker@usdoj.gov
* Sylvia Ho    SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
* Miguel A Ortiz    mortiz@grahamvaagelaw.com
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
* Susan L Vaage    svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **1/21/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

The Andalucia Project
Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 21, 2010        Lorena Diaz        /s/ Lorena Diaz
Date                    Type Name          Signature

1

| In re:<br><br>Andalucia Project. LLC | CHAPTER: 11<br><br>Case Number: 1:09-21502 MT |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364


Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436


Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403


Athens Services
P.O. Box 60009
City Of Industry, CA 91716-0009


Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326


City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012

Department Of Water And Power
P.O. Box 30808
Los Angeles, CA 90030-0808


Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423


Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423

JMBM

27

| | |
|---|---|
| 1 | 1900 Avenue Of The Stars<br>Los Angeles, CA 90067-4308 |
| 2 | |
| 3 | ohn R. Hanzlik Associates, Inc.<br>7100 Hayvenhurst Avenue, Suite 301<br>Van Nuys, CA 91406 |
| 4 | |
| 5 | Kristi Jansma<br>13311 Woodbridge Avenue.<br>Sherman Oaks, CA 91423 |
| 6 | |
| 7 | |
| 8 | Loreno Gonzalez<br>4243 1/2 N. Fulton Avenue<br>Sherman Oaks, CA 91423 |
| 9 | |
| 10 | Los Angeles County Tax Collector<br>225 North Hill Street<br>Los Angeles, CA 90012 |
| 11 | |
| 12 | |
| 13 | Namir<br>4241 1/2 N. Fulton Avenue<br>Sherman Oaks, CA 91423 |
| 14 | |
| 15 | NAT Real Estate Investments Mgmt Gr<br>9190 West Olympic Blvd., #311<br>Beverly Hills, CA 90212 |
| 16 | |
| 17 | |
| 18 | Oscar Monarrez<br>4241 N. Fulton Avenue<br>Sherman Oaks, CA 91423 |
| 19 | |
| 20 | Overland Traffic Consultants<br>27201 Tourney Rd #206<br>Santa Clarita, CA 91355 |
| 21 | |
| 22 | |
| 23 | Reliable Graphics<br>15013 Califa Street<br>Van Nuys, CA 91411 |
| 24 | |
| 25 | Roya Alamdari<br>13319 Woodbridge Avenue.<br>Sherman Oaks, CA 91423 |
| 26 | |
| 27 | Sam Aslanian<br>19951 Turnberry Drive<br>Tarzana, CA 91356 |
| 28 | |

| | |
|---|---|
| 1 | Sammy Montero |
|   | 13315 Woodbridge Avenue. |
| 2 | Sherman Oaks, CA 91423 |
| 3 | Shahin Sharpar & Panteha Nikain |
|   | 4243 N. Fulton Avenue |
| 4 | Sherman Oaks, CA 91423 |
| 5 | Tax And Business Consulting Group |
|   | 1211 N. Pacific Avenue |
| 6 | Glendale, CA 91202 |
| 7 | Teresa Garcia |
|   | 4237 N. Fulton Avenue |
| 8 | Sherman Oaks, CA 91423 |
| 9 | Susan L. Vaage |
|   | 500 N. Brand #1030 |
| 10 | Glendale, CA 91203 |
| 11 | NAT Real Estate Investment Management Group |
|    | Arash Naghdi |
| 12 | 11111 Santa Monica Blvd., #1400 |
|    | Los Angeles, CA 90025 |
| 13 |  |
| 14 | First Regional Bank |
|    | Steven J. Sweeney |
| 15 | 1801 Century Park East, #800 |
|    | Los Angeles, CA 90067 |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |