LAW OFFICES
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
**GLENDALE, CALIFORNIA 91203**
(818) 547-4800  FAX (818) 547-3100

**Susan L. Vaage, SBN 83125**
**Miguel A. Ortiz, SBN 245137**

Attorneys for NAT Real Estate
Investments Management Group Inc.

FILED & ENTERED

FEB 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, WOODLAND HILLS DIVISION

In re:

THE ANDALUCIA PROJECT, LLC

Debtor

CASE NO. 1:09-bk-21502-MT

Chapter 11

**ORDER AFTER HEARING RE CREDITOR NAT'S AMENDED MOTION FOR RELIEF FROM STAY**

Date:    February 1, 2010
Time:   10:00 AM
Ctrm:   302

    Creditor NAT Real Estate Investments Management Group, Inc.'s ("NAT") Amended Motion for Relief from the Automatic Stay came on for continued hearing on February 1, 2010, at 10:00 AM.  Miguel A. Ortiz of Graham • Vaage LLP appeared on behalf of creditor NAT; David A. Tilem of the Law Offices of David A. Tilem appeared on behalf of Debtor.

    After consideration of the moving pleadings and argument of counsel, the court made the following findings pertaining to the real property located at 4235-4241 Fulton Avenue Sherman Oaks, California 91423 (Hereinafter "Subject Property"):

    IT IS THEREFORE ORDERED

    1.    The Status Conference is continued to March 8, 2010 at 10:00 am.

2. The Amended Relief from Stay Motion is continued to March 8, 2010 at 10:00 am.

3. Debtor is to file proof of payment of the property taxes no later than February 15, 2010.

4. Debtor is to pay Movant $1,750.00 for rent funds used to pay deposits for utility services to the Department of Water and Power on or before February 15, 2010.

5. Debtor is to pay Movant $5,000.00 if rent funds were used to pay for the roofing deposit. If Debtor is to reimburse Movant for the roofing deposit, payment shall be made on or before February 15, 2010.

###

DATED: February 11, 2010

*/s/ Maureen A. Tighe*
United States Bankruptcy Judge

2

ORDER RE AMENDED RELIEF FROM STAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
500 N. Brand Blvd., Ste. 1030
Glendale, CA 91203

A true and correct copy of the foregoing document described **ORDER AFTER HEARING RE CREDITOR NAT'S AMENDED MOTION FOR RELIEF FROM STAY**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 5, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Attorney for Debtor David Tilem          davidtilem@tilemlaw.com
Attorney for U.S. Trustee Katharine Bunker   kate.bunker@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 5, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Andalucia Project
14900 Ventura Blvd., #220
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/5/2010 | LIZ MARQUEZ | /S/ LIZ MARQUEZ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

GRAHAM . VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **FINDINGS OF FACT AND ORDER RE CREDITOR NAT'S MOTION FOR RELIEF FROM STAY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 5, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Attorney for Debtor David Tilem        davidtilem@tilemlaw.com
Attorney for U.S. Trustee Katharine Bunker    kate.bunker@usdoj.gov
Attorney for Movant Susan L. Vaage        savage@grahamvaagelaw.com
☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Andalucia Project
14900 Ventura Blvd., #220
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**GRAHAM . VAAGE LLP**
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

ORDER RE AMENDED RELIEF FROM STAY