David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Attorneys for Debtor
and Debtor-In-Possession,
The Andalucia Project, LLC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

| | |
|---|---|
| In re:<br><br>THE ANDALUCIA PROJECT, LLC<br><br><br><br><br><br>Debtor. | Case No. 1:09-21502-MT<br><br>Chapter 11<br><br>**DECLARATION OF ARTHUR ASLANIAN REGARDING PAYMENT OF PROPERTY TAXES, UTILITY DEPOSIT AND COSTS OF PROPERTY REPAIR**<br><br>Date: March 8, 2010<br>Time: 10:00 a.m.<br>Ctrm: 302<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367 |

I, Arthur Aslanian, hereby declare and state as follows:

1.  I make this declaration based on my personal knowledge and from the records of The Andalucia Project, LLC ("Debtor") which are maintained on a contemporaneous basis, used and relied upon in the ordinary course of our business.

2.  I am the Debtor's managing member, and I am familiar with its business income, expenses, assets, liabilities and ordinary day to day operations.

3.  On January 28, 2010 I caused to be paid all property taxes due for the Debtor's real property through December 31, 2009.

Main Document    Page 2 of 8

1. True and correct copies of website pages proving that payment has been made are attached hereto as Exhibit A. Rental income from the Debtor s real property was not used for this purpose.

4. On January 26, 2010 I caused to be paid a utility deposit of $1,750 requested by the Department of Water & Power. I used rental income to pay this obligation. Since that time, however, I have repaid the Debtor for the rental income used for this purpose. The repayment was made on February 1, 2010.

5. On January 26, 2010 I caused to be paid the sum of $5,000 for roof repairs on the Debtor s real property. Rental income from the Debtor s real property was not used for this purpose.

6. As of February 10, 2010, all rental income which has been received, other than what is allowed to be paid under the Court s Order entered January 13, 2010 has been transmitted to counsel for the mortgage holders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 11, 2010 at Sherman Oaks, California.

Arthur Aslanian

# EXHIBIT "A"



### Los Angeles County
### Treasurer and Tax Collector

**Property Tax Payment Inquiry**

Last updated Monday January 25, 2010

Assessor ID Number: 2360-011-006    Year: 09    Seq. No.: 000

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#: 19 2360 011 006 0    YEAR: 09    SEQUENCE: 000 1

| Installment 1 | | Installment 2 | |
|---|---|---|---|
| Tax Amount | $10,192.84 | Tax Amount | $10,192.83 |
| Penalty Amount | $1,019.28 | Pen/Cost Amount | $0.00 |
| Total Due | $11,212.12 | Total Due | $10,192.83 |
| Paid Amount | $0.00 | Paid Amount | $0.00 |
| Balance Due | $11,212.12 | Balance Due | $10,192.83 |
| Delinquent If Not Paid By | 12/10/2009 | Delinquent If Not Paid By | 04/12/2010 |

Message:

## Defaulted Tax Roll

Last updated Monday January 25, 2010

| AIN Number | 2360-011-006 | 5-Pay Account Number | |
|---|---|---|---|
| Default Year | 2009 | 5-Pay Status | |
| Redemption Amount | $0.00 | 5-Pay Installment Amount Due | |
| Monthly Penalty Amount | $0.00 | 5-Pay Due Date | |
| Amount Paid | $11,636.60 | 5-Pay Installment Paid | |
| Last Payment Date | 12/04/2009 | | |

**Message:**
STATE LAW REQUIRES THAT WE APPLY PAYMENTS TO COSTS, PENALTIES AND THE BALANCE TO TAXES. IF YOU HAVE QUESTIONS, PLEASE CALL US TOLL-FREE AT (888) 807-2111.

Tax Status: CURRENT

[ Select Another Parcel ]  [ Make a Payment ]

For telephone inquiries visit us at ttc.lacounty.gov for a list of telephone numbers
Our business hours are 8:00 a.m. to 5:00 p.m. (Pacific), Monday through Friday, excluding Los Angeles County holidays
Our office is located on the first floor at the Kenneth Hahn Hall of Administration, 225 North Hill Street, Los Angeles, CA 90012.

Terms of Use | Privacy & Security Policy

©2002-2009 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.

Print Preview

Thank you. Your payment has been approved and will post to your LA County Account effective today, pending successful settlement of your funds.
Your monthly statement will reflect this transaction as: LA County TTC Pay.
Please print this receipt and keep it for your records.

| No. | Account Number | Installment Key | Year/Sequence No. | Description | Payment Amount |
|---|---|---|---|---|---|
| 01 | ███████006 | 1 | 09000 | Current Secured Property Tax | $11,212.12 |

**Total Amount** $11,212.12

```
*********************************************************
```

Confirmation Number:            3521190021
Total Payment Amount:           $11,212.12
Payment Date and Time:          01/28/2010 02:21:16 PM
Account Number:                 ******5314
Account Holder's Name:          Lynette Holdings, LLC
Address Line 1:                 15303 Ventura Blvd Suite 1080
City:                           Sherman Oaks
State:                          CA
Zip Code:                       91403
Daytime Phone Number:           818-990-3301
Email Address:                  aida@lhprop.com

(1002800294)

[Print] [Close]

Page 1 of 1



Los Angeles County
Treasurer and Tax Collector

**Property Tax Payment Inquiry**

Last updated Monday January 25, 2010

**Assessor ID Number:** 2360-011-005   **Year:** 09   **Seq. No.:** 000

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
**ID#:** 19 2360 011 005 1   **YEAR:** 09   **SEQUENCE:** 000 1

| Installment 1 | | Installment 2 | |
|---|---|---|---|
| Tax Amount | $4,324.87 | Tax Amount | $4,324.86 |
| Penalty Amount | $432.48 | Pen/Cost Amount | $0.00 |
| Total Due | $4,757.35 | Total Due | $4,324.86 |
| Paid Amount | $0.00 | Paid Amount | $0.00 |
| Balance Due | $4,757.35 | Balance Due | $4,324.86 |
| Delinquent If Not Paid By | 12/10/2009 | Delinquent If Not Paid By | 04/12/2010 |

**Message:**

# Defaulted Tax Roll

Last updated Monday January 25, 2010

| | | | |
|---|---|---|---|
| AIN Number | 2360-011-005 | 5-Pay Account Number | |
| Default Year | 2009 | 5-Pay Status | |
| Redemption Amount | $0.00 | 5-Pay Installment Amount Due | |
| Monthly Penalty Amount | $0.00 | 5-Pay Due Date | |
| Amount Paid | $8,386.44 | 5-Pay Installment Paid | |
| Last Payment Date | 12/04/2009 | | |

**Message:**
STATE LAW REQUIRES THAT WE APPLY PAYMENTS TO COSTS, PENALTIES AND THE BALANCE TO TAXES. IF YOU HAVE
QUESTIONS, PLEASE CALL US TOLL-FREE AT (888) 807-2111.

Tax Status: CURRENT

[Select Another Parcel]  [Make a Payment]

For telephone inquiries visit us at ttc.lacounty.gov for a list of telephone numbers
Our business hours are 8:00 a.m. to 5:00 p.m. (Pacific), Monday through Friday, excluding Los Angeles County holidays
Our office is located on the first floor at the Kenneth Hahn Hall of Administration, 225 North Hill Street, Los Angeles, CA 90012.

Terms of Use  ;  Privacy & Security Policy

©2002-2009 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.

Print Preview

Thank you. Your payment has been approved and will post to your LA County Account effective today, pending successful settlement of your funds.
Your monthly statement will reflect this transaction as: **LA County TTC Pay.**
Please print this receipt and keep it for your records.

| No. | Account Number | Installment Key | Year/Sequence No. | Description | Payment Amount |
|-----|----------------|-----------------|-------------------|-------------|----------------|
| 01  | ▮▮▮▮1005      | 1               | 09000             | Current Secured Property Tax | $4,757.35 |

**Total Amount** $4,757.35

Confirmation Number: 3521190592
Total Payment Amount: $4,757.35
Payment Date and Time: 01/28/2010 02:35:02 PM
Account Number: ******5314
Account Holder's Name: Lynette Holdings, LLC
Address Line 1: 15303 Ventura Blvd Suite 1080
City: Sherman Oaks
State: CA
Zip Code: 91403
Daytime Phone Number: 818-990-3301
Email Address: auda@ljprop.com

(1002800300)

Print  Close

Page 1 of 1

| In re: | CHAPTER: 11 |
|---|---|
| The Andalucia Project, LLC | CASE NUMBER: 1:09-bk-21502 MT |
| Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: The Law Offices of David A. Tilem, 206 N. Jackson St., Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as **DECLARATION OF ARTHUR ASLANIAN REGARDING PAYMENT OF PROPERTY TAXES, UTILITY DEPOSIT AND COSTS OF PROPERTY REPAIR** in Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/12/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
* Katherine Bunker    kate.bunker@usdoj.gov
* Sylvia Ho    SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
* Miguel A Ortiz    mortiz@grahamvaagelaw.com
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
* Susan L Vaage    svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **2/12/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

The Andalucia Project
Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

x  Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/12/10 | Lorena Diaz | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |