David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800
Email: DavidTilem@TilemLaw.com

Attorneys for
The Andalucia Project, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WOODLAND HILLS DIVISION

In re:                                    ) Case No. 1:09-BK-21502-MT
                                          )
                                          ) Chapter 11
                                          )
                                          ) **DECLARATION RE MOTION FOR ORDER**
THE ANDALUCIA PROJECT, LLC.               ) **MODIFYING SCHEDULING ORDER OF**
                                          ) **JANUARY 13, 2010 (PACER DOCKET**
                                          ) **#57)**
                                          )
                                          )
                                          )
              Debtor.                     )
                                          ) [NO HEARING REQUIRED]
_____)


### DECLARATION OF DIANA CHAU

I, Diana Chau, state and declare as follows:

    1.    I am an assistant and a member of the firm of the Law Offices of David A. Tilem, counsel to The Andalucia Project, LLC ("Debtor"), the Debtor in the above entitled case.

    2.    On January 13, 2010, Debtor filed a motion for Order Modifying Scheduling Order.

    3.    The motion was served on all parties in interest.

    4.    More than fifteen days have passed since the service of the notice of the motion. I have reviewed the court's Docket on

1 | February 26, 2010 and no opposition to the motion has been
2 | received.
3 |     I declare under penalty of perjury of the law of the State of
4 | California that the foregoing is true and correct and that this
5 | declaration was signed by me on the 26th day of Fenruary, 2010 at
6 | Glendale, California.

Diana Chau

| In re: | CHAPTER: 11 |
|---|---|
| The Andalucia Project, LLC | CASE NUMBER: 1:09-bk-21502 MT |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: The Law Offices of David A. Tilem, 206 N. Jackson St., Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as **DECLARATION RE MOTION FOR ORDER MODIFYING SCHEDULING ORDER OF JANUARY 13, 2010 (PACER DOCKET #57)** in Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/26/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

* Katherine Bunker   kate.bunker@usdoj.gov
* Sylvia Ho   SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
* Miguel A Ortiz   mortiz@grahamvaagelaw.com
* David A Tilem   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
* United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
* Susan L Vaage   svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/26/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

The Andalucia Project
Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

**X** Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/26/10 | Diana Chau | [signature] |
|---|---|---|
| Date | Type Name | Signature |

| In re: | CHAPTER: 11 |
|---|---|
| The Andalucia Project, LLC | CASE NUMBER: 1:09-bk-21502 MT |
| Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Office of U.S. Trustee
Katherine Bunker
21051 Warner Center Lane #115
Woodland Hills, CA 91367

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364

Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436

Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

Athens Services
P.O. Box 60009
City Of Industry, CA 91716-0009

Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326

City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012

Department Of Water And Power
P.O. Box 30808
Los Angeles, CA 90030-0808

Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423

Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423

Case 1:09-bk-21502-MT    Doc 79    Filed 02/26/10    Entered 02/26/10 16:23:54    Desc
                        Main Document      Page 5 of 6

JMBM
1900 Avenue Of The Stars
Los Angeles, CA 90067-4308

John R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406

Kristi Jansma
13311 Woodbridge Avenue.
Sherman Oaks, CA 91423

Loreno Gonzalez
4243 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Namir
4241 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

Oscar Monarrez
4241 N. Fulton Avenue
Sherman Oaks, CA 91423

Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355

Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411

Roya Alamdari
13319 Woodbridge Avenue.
Sherman Oaks, CA 91423

Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356

Sammy Montero
13315 Woodbridge Avenue.
Sherman Oaks, CA 91423

Shahin Sharpar & Panteha Nikain
4243 N. Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202

Teresa Garcia
4237 N. Fulton Avenue
Sherman Oaks, CA 91423

Susan L. Vaage
500 N. Brand #1030
Glendale, CA 91203

NAT Real Estate Investment Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025


First Regional Bank
Steven J. Sweeney
1801 Century Park East, #800
Los Angeles, CA 90067