David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Tel: 818-507-6000 * Fax: 818-507-6800
Email: DavidTilem@TilemLaw.com

Attorneys for
The Andalucia Project, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re: | ) Case No. 1:09-BK-21502-MT |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) **DEBTOR'S RESPONSE TO FURTHER** |
| | ) **DECLARATION BY COUNSEL FOR** |
| THE ANDALUCIA PROJECT, LLC. | ) **SECURED CREDITOR RE CASE** |
| | ) **STATUS; FURTHER DECLARATION OF** |
| | ) **ARTHUR ASLANIAN AND** |
| | ) **DECLARATION OF JAMES WILLIAMS** |
| | ) **JR.** |
| | ) |
| Debtor. | ) Date: March 8, 2010 |
| | ) Time: 10:00 A.M. |
| _____ | CtRm: 303 |

Debtor has received and reviewed NAT's supplemental

argument which masquerades as "Declaration of Miguel A. Ortiz

in Support of NAT's Continued Motion for Relief From Stay" ("the

Ortiz Dec"). This is the Debtor's response.

In paragraphs 8-11, NAT raises a concern about the

disposition of $5,000. NAT concedes that this amount was

actually received from the Debtor (par. 8), but complains about

alleged inconsistent statements made by Mr. Aslanian (par. 9,

11). The statements are not in fact inconsistent and it is only

NAT's counsel who is confused. As set forth in the Further

1  Declaration of Arthur Aslanian ("the Aslanian Dec"), the Debtor

2  withheld (and actually wrote but did not send a check to a

3  contractor for) the sum of $5,000 to make roof repairs from

4  rental income.  At a subsequent hearing on the matter, the Court

5  made it clear that such repairs were to be made using outside

6  funds.  Following the hearing, the Debtor voided the check and

7  the funds were promptly turned over to NAT.  There are no

8  inconsistent statements and no discrepancies to be resolved.

9       Though only briefly mentioned in the Ortiz Dec, Debtor has

10  also reimbursed rental income for the $1,750 used to pay the

11  utility security deposit.  As directed by the Court, those funds

12  were turned over to NAT.

13      The Court directed Debtor to turn over all net rental

14  income as of the 10th of each month.  Debtor has sent the funds,

15  even if they were received by the 12th or 15th of the month.  As

16  set forth in the Declaration of James Williams ("the Williams

17  Dec"), all funds other than those which the Court has approved

18  for use in the budget, have been turned over to NAT.  This

19  specifically includes all funds which were on hand as of

20  February 10.  NAT wants to create issues where there exist.

21      On or about February 4, 2010, Debtor received from the Los

22  Angeles Housing Department ("LAHD") a punchlist dated February

23  2, 2010 of 45 items[1] to be corrected at the properties.  As the

24  Court and parties have previously noted, these are older

25  buildings.  It is not surprising, therefore, that they suffer

26  greater than average maintenance problems.  As set forth in the

27

28       [1]    The list contains exactly 45 items and not more as
asserted by NAT's counsel (see the Ortiz Dec, par. 12).

1  LAHD notice, Debtor has until March 9, 2010 to make the

2  necessary corrections with a re-inspection to be conducted on

3  March 10, 2010.[2]  Since receiving the punchlist, Debtor has moved

4  aggressively to address each and every item on the list.

5  Attached as Exhibit "A" to the Aslanian Dec is a copy of the

6  punchlist which has been marked with each correction item given

7  a number.  Attached as Exhibit "B" are copies of invoices

8  reflecting work done or payment made to correct each of the

9  punchlist items.  The invoices are marked to correspond with the

10  punchlist numbers.  Most of the items have already been

11  addressed.  The remaining items generally involve woodwork,

12  masonry or painting.  Those repairs are underway but not yet

13  completed.  It is anticipated that all items on the list will be

14  completed by the March 8 hearing date.  Once again, these

15  repairs are being made using funds other than rents from the

16  property.

17      NAT suggests that the rental income is not sufficient to

18  maintain the properties.  While that may be true, the

19  observation leads to two important conclusions: (1) Andalucia

20  and its principal have demonstrated their obvious commitment to

21  the property by investing approximately $100,000 in new capital

22  since the case began; and (2) NAT strenuously objected to

23  Debtor's alternative proposal to raze the property thereby

24  eliminating any habitability and maintenance problems.  Debtor

25  has made no secret of its intent to re-develop the property once

26  funding becomes available and that, in the interim, the property

27

28      [2]   NAT's letter from Mr. Ortiz which "demanded" that all of
the items be completed, added nothing.

1    is just being maintained.  Having invested about $100,000 in new

2    funds to maintain the property, Andalucia should be given every

3    opportunity to reorganize.

4        Debtor has turned over all rental income from the property

5    above and beyond what was allowed per the initial budget.  While

6    Debtor did get a late start in doing the reports, those reports

7    have now been done and are current.[3]

8        Most of the remaining portions of the Ortiz Dec are simply

9    unsubstantiated speculation and argument.  For example, in

10   paragraph 13, Mr. Ortiz speculates that Debtor will be unable to

11   make all of the required repairs.  From that speculation, he

12   somehow draws the conclusion that Debtor's plan is infeasible.

13   In paragraph 14 Mr. Ortiz speculates that Debtor cannot comply

14   with the Court's Order due to cash flow issues.[4]  Neither of

15   these "arguments" is supported by evidence, and neither belongs

16   in a Declaration.

17       NAT complains that it has been damaged because it had to

18   file an amended relief from stay motion.  The amended motion,

19   however, added nothing to the discussion.  There was already a

20   scheduled hearing on the original motion at which the Court

21   clarified its earlier Order.  Further, there is little doubt

22   that NAT will seek to add its legal fees for the unnecessary

23   motion to its demand.  Whether the Court agrees that those fees

24   are reasonable or result from overzealousness is an issue for

25

26       [3]    Copies are attached to the Williams Dec as Exhibit "C".

27       [4]    Debtor was ordered to pay net rents to NAT.  It is
     unclear how, or why Debtor's cash flow, regardless of what that
28   cash flow might be, would prevent compliance with the Court's
     Order.

1 | another day.

2 |     Finally, the Court has previously heard testimony in this

3 | relief from stay matter about a 50 unit condominium complex on

4 | Kester Avenue which is owned or controlled by Mr. Aslanian.  At

5 | the time of the evidentiary hearing, escrows on 40 of the units

6 | were delayed in closing due to legal problems.  Since that time,

7 | however, Mr. Aslanian's company has closed 26 of the 40 escrows

8 | and anticipates closing the remaining 14 escrows by the end of

9 | March.  The remaining 10 units are expected to be under contract

10 | by mid-April.

11 |     Whether Mr. Aslanian builds a good product or his units are

12 | priced correctly for the market, it is clear that Mr. Aslanian

13 | knows how to develop and sell condominiums even in this harsh

14 | economic climate.  The Andalucia project should be no less

15 | successful and the relief from stay motion should be denied.

16 | Dated: March 1, 2010

LAW OFFICES OF DAVID A. TILEM

By: _____
    David A. Tilem, Attorneys
    for Debtor

<u>DECLARATION OF ARTHUR ASLANIAN</u>

I, Arthur Aslanian, hereby declare and state as follows:

1.    I make this declaration based on my personal knowledge and from the records of The Andalucia Project, LLC ("Debtor") which are maintained on a contemporaneous basis, used and relied upon in the ordinary course of our business.

2.    I am the Debtor's managing member, and I am familiar with its business income, expenses, assets, liabilities and ordinary day to day operations.

3.    There seems to be some confusion about $5,000 which was the estimate for emergency roof repairs to the Debtor's property.  I thought that the Debtor could use rental income to pay for these emergency repairs.  Accordingly, I directed that a check, payable to a roofing contractor, be prepared.  The check was not sent out.

4.    At a later Court hearing the Court made it clear that the repairs were to be made using funds other than the rental income.  After the hearing, I had the check voided and I directed that the funds be turned over to NAT.

5.    So that the record is clear, I did direct the Debtor to use $1,750 of rental income as a deposit for utilities.  After that same hearing mentioned above, those funds were reimbursed to the Debtor and turned over to NAT.

6.    On or about February 4, 2010, I learned of a letter dated February 2, 2010 from the Los Angeles Housing Department ("LAHD") listing 45 items to be corrected at the property.  A true and correct copy of the LAHD punchlist is attached as Exhibit "A".  Each item on the list is hand numbered for

identification purposes.  The LAHD notice provides until March
9, 2010 for the specified items to be repaired and the property
is scheduled for re-inspection on March 10, 2010.

7.    These are older buildings.  It is not surprising that
they suffer greater than average maintenance problems.  Upon
receiving the punchlist, the Debtor has moved aggressively to
address each item on the list.  Attached as Exhibit "B" are
copies of invoices reflecting work done or payment made to
correct many of the punchlist items.  The invoices are marked to
correspond with the punchlist numbers.

8.    Most items have already been addressed.  The remaining
items generally involve woodwork, masonry or painting.  The
repairs are underway but not yet completed.  All items on the
list will be completed by the March 8 hearing date.  Once again,
these repairs are being made using funds other than rents from
the property.

9.    I have made no secret of our intent to re-develop the
property once commercial funding becomes available.  In the
interim, the property is just being maintained.

10.   Since this case has begun, I have invested about
$100,000 in new capital to protect and maintain the property.

11.   The Court has previously heard testimony in this case
about another one of my projects, a 50 unit complex on Kester
Avenue.  At the time of the hearing, escrows on 40 of the units
were delayed in closing due to legal problems.  Since that time,
however, I have closed 26 of the 40 escrows and I expect the
/ / /
/ / /

1  remaining 14 escrows to close by the end of March.  The other 10

2  units are expected to be under contract by mid-April.

3      I declare under penalty of perjury under the laws of the

4  United States of America that the foregoing is true and correct and

5  that this declaration was executed on March 1, 2010 at Sherman

6  Oaks, California.

7

8                                        Arthur Aspanian

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

03/01/2010 19:10   81890063550   THE UPS STORE 4165   PAGE 01

## DECLARATION OF JAMES WILLIAMS JR.

I, James Williams Jr., hereby declare and state as follows:

    1.     I make this declaration based on my personal knowledge and from the records of The Andalucia Project, LLC ("Debtor") which are maintained on a contemporaneous basis, used and relied upon in the ordinary course of our business.

    2.     I am the Debtor's Controller, and I am familiar with its business income, expenses, assets and liabilities.

    3.     Other than what is allowed by the budget approved by the Court, Andalucia has turned over all rental income from the property to NAT. This specifically includes the funds on hand as of February 10, 2010.

    4.     While I did get a late start in doing the reports ordered by the Court, those reports have now been done and are current. True and correct copies of all of the reports are attached as Exhibit "C".

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 1, 2010 at *Los Angeles* California.

James Williams Jr.

**EXHIBIT A**

*Joe | next week*

**LAHD**
Los Angeles Housing Department

6640 Van Nuys Blvd
Van Nuys, CA 91405
(818) 756-1473

February 02, 2010
Case Number: 276315
APN: 2360011005

Property Owner:   ANDALUSIA PROJECT LLC
Mailing Address:   14900 VENTURA BLVD #220
                   SHERMAN OAKS , CA 91403

In Addition Notify:
Mailing Address:

## NOTICE AND ORDER TO COMPLY
Sections 161.702 and 161.354, Los Angeles Municipal Code
Sections 17980 and 17980.6, California Health and Safety Code

Our records indicate you are the owner of the property located at **4241 N FULTON AVE** . An inspection of the premises has revealed conditions that affect the health and safety of the occupants and cause the building to be determined to be in violation of the City of Los Angeles Municipal Code. These conditions, their location on the premises, and the specific violation(s) of the Los Angeles Municipal Code (LAMC) and or California Health and Safety Code are described on the attached pages.

You, as the property owner, or responsible party, are ordered to eliminate all of the described conditions and diligently pursue the work necessary to eliminate any violations of the LAMC and Health and Safety Code on or before **3/9/2010**.

Some of the work required to repair the building may require that you obtain a permit and request related inspections from the Department of Building and Safety. We strongly urge you to seek the services of qualified installers, properly licensed by the State Contractors License Board.

A re-inspection of the premises will be conducted on **3/10/2010** between **10:00 AM** and **12:00 PM**. You or your representative must be present to escort the Housing Inspector. Any and all units are subject to re-inspection and require the same uniform compliance throughout the premises. You must provide notice to all affected tenants not less than 24 hours prior to the scheduled inspection. The entire premises must be in full compliance with the Los Angeles Municipal Code. Any questions you have may be directed to the office identified at the top of this notice. *Si tiene preguntas, favor de llamar al número que se encuentra al principio de esta notificación.*

Issuing Inspector: Hugo Garrido-Garza

Proof of Mailing -- On 2/2/2010 the undersigned mailed this notice by regular mail, postage prepaid, to the person(s) listed on the last equalized assessment roll.

Form/NOC/06/05

APN: 2360011005

11

## FIRE SAFETY

Failure to provide and maintain the required permanently wired, with battery back-up, smoke detectors at all sleeping rooms, and areas adjacent to sleeping rooms. Sections 91.310.9.1.1; 91.310.9.1.4; 91.310.9.1.5; 91.8603.1.1; 91.8603.1.2 L.A.M.C.; 17920.3(m) H.&S.C.)

1 - 4241 1/2 N FULTON AVE

LIVING ROOM, Note: 1) (LABC 310.9.1.4)(a) A permanently wired smoke detector with battery backup is required for the following: a) Sleeping Rooms b). Area giving access to Sleeping Room(s) c) a room open to a hallway serving a bedroom, and the hallway, provided that the ceiling of the room exceeds the hallway by 24 inches. 2) Replace defective/damaged/missing smoke detector. Smoke detectors must be hardwired w/battery backup.

2 - 4243 N FULTON AVE

HALL, Note: Replace defective/damaged/missing smoke detector. Smoke detectors must be hardwired w/battery backup.

3 - 4243 N FULTON AVE

BEDROOM1, Note: Replace defective/damaged/missing smoke detector. Smoke detectors must be hardwired w/battery backup.

4 - 4243 N FULTON AVE

BEDROOM2, Note: Replace defective/damaged/missing smoke detector. Smoke detectors must be hardwired w/battery backup.

## SANITATION

Failure to maintain the premises free from vermin and/or rodent infestations. Sections 91.8902.1.12; 91.8104 L.A.M.C.; 17920.3(j) H.&S.C.

5 - 4243 N FULTON AVE

ENTIRE UNIT, Note: Fumigate/exterminate as necessary to eliminate all vermin, rodent, and insect infestations (Reports of rodant infestation by tenats, contact tenants for details KITCHEN area under the sink and in kitchen cabinet areas)

Failure to maintain the required window and/or door insect screens. Sections. 91.8104.5 L.A.M.C.; 17920.3(c) H.&S.C.

6 - 4243 1/2 N FULTON AVE

LIVING ROOM, Note: Provide approved fly screens over all openable windows and sliding patio doors: 1) Provide and maintain approved screening (16 mesh or smaller) set in tight-fitting frames to all openable windows, and to all other openings in the exterior walls of buildings (L.A.C.C. 11.20.330). 2) 91.8104.5.2. Legally required insect screens should not be removed for other than repair or replacement.

7 - 4243 1/2 N FULTON AVE

BEDROOM1, Note: Provide approved fly screens over all openable windows and sliding patio doors: 1) Provide and maintain approved screening (16 mesh or smaller) set in tight-fitting frames to all openable windows, and to all other openings in the exterior walls of buildings (L.A.C.C. 11.20.330). 2) 91.8104.5.2. Legally required insect screens should not be removed for other than repair or replacement.

8 - 4243 1/2 N FULTON AVE

HALL BATH, Note: Provide approved fly screens over all openable windows and sliding patio doors: 1) Provide and maintain approved screening (16 mesh or smaller) set in tight-fitting frames to all openable windows, and to all other openings in the exterior walls of buildings (L.A.C.C. 11.20.330). 2) 91.8104.5.2. Legally required insect screens should not be removed for other than repair or replacement.

9 - 4243 1/2 N FULTON AVE

KITCHEN, Note: Provide approved fly screens over all openable windows and sliding patio doors: 1) Provide and maintain

12

approved screening (16 mesh or smaller) set in tight-fitting frames to all openable windows, and to all other openings in the exterior walls of buildings (L.A.C.C. 11.20.330). 2) 91.8104.5.2. Legally required insect screens should not be removed for other than repair or replacement.

10 – 4241 1/2 N FULTON AVE
ENTIRE UNIT, Note:  Provide approved fly screens over all openable windows and sliding patio doors: 1) Provide and maintain approved screening (16 mesh or smaller) set in tight-fitting frames to all openable windows, and to all other openings in the exterior walls of buildings (L.ACC. 11.20.330). 2) 91.8104.5.2. Legally required insect screens should not be removed for other than repair or replacement.

11 – 4243 N FULTON AVE
ENTIRE UNIT, Note:  Provide approved fly screens over all openable windows and sliding patio doors: 1) Provide and maintain approved screening (16 mesh or smaller) set in tight-fitting frames to all openable windows, and to all other openings in the exterior walls of buildings (L.A.C.C. 11.20.330). 2) 91.8104.5.2. Legally required insect screens should not be removed for other than repair or replacement.

12 – 4241 N FULTON AVE
KITCHEN, Note: KITCHEN VENT: Install where necessary, approved one quarter inch mesh screens over ALL vents, to prevent the entrance of rodents.

## WEATHER PROTECTION

Failure to paint all exposed building surfaces to maintain exterior weatherproofing. Section 91.8104.1 L.A.M.C. Attention: Buildings constructed prior to 1978 may contain lead-based paint. For more information with regard to your lead hazards responsibilities call the Los Angeles County Health Department at (800) 524-5323.

13 – 4243 1/2 N FULTON AVE
BEDROOM1, Note: Window Sills: Paint all exposed surfaces to maintain exterior weatherproofing. Buildings constructed prior to 1978 may contain lead paint. For more information with regards to your lead hazards responsibilities call the Los Angeles County Health Department (800) 524-5323

14 – 4243 1/2 N FULTON AVE
LIVING ROOM, Note: WINDOW SILLS: Paint all exposed surfaces to maintain exterior weatherproofing. Buildings constructed prior to 1978 may contain lead paint. For more information with regards to your lead hazards responsibilities call the Los Angeles County Health Department (800) 524-5323

## MAINTENANCE

Failure to maintain the existing building, structure, premises, or portion thereof in conformity with the code regulations and department approvals in effect at the time of construction. Section 91.8104 L.A.M.C.

15 – 4243 N FULTON AVE
KITCHEN, Note: SEAL ALL PENETRATIOS UNDER BASE KITCHEN CABINETS AND MAINTAIN PROPERLY SEAL AT ALL TIMES TO PREVENT THE ENTRANCE OF RODANTS.

Failure to maintain the counters/drain boards for kitchen sinks, bathroom lavatories, and adjacent wall and/or floor surfaces in a manner to prevent water damage, and/or in a clean and sanitary condition and free from dirty or foreign materials. Sections 91.8104.7 L.A.M.C.; 17920.3(a)13 H.&S.C.

16 – 4243 1/2 N FULTON AVE
KITCHEN, Note:  Regrout spaces between tiles in an approved manner. Repair/replace damaged tiles

Failure to properly maintain portions of the building that are dilapidated due to dry rot or insect infestation. Sections 91.8104.1 L.A.M.C.; 17920.3(a)13 H.&S.C.

17 – 4243 1/2 N FULTON AVE

13

HALL BATH, Note: FLOOR: Repair or replace the defective/damaged/deteriorated under floor decking and maintain in good repair at all times.

Failure to maintain windows, doors, cabinets, and frames operable, clean and sanitary and in good repair. Sections 91.8104.5 L.A.M.C.; 17920.3.a.13 H.&S.C.

4243 1/2 N FULTON AVE
ENTIRE UNIT, Note: 1) Maintain all windows and doors in proper open/shut/lock operation and replace and/or repair in an approved manner-include any/all damaged or missing hardware. 2) Sliding doors and windows shall be equipped with locking devices and shall be so constructed and installed that they remain intact and engaged when subjected to the tests specified in 91.6717.12 and 91.6717.2.



4243 1/2 N FULTON AVE
BEDROOM1, Note: 1) Maintain all windows and doors in proper open/shut/lock operation and replace and/or repair in an approved manner-include any/all damaged or missing hardware. 2) Sliding doors and windows shall be equipped with locking devices and shall be so constructed and installed that they remain intact and engaged when subjected to the tests specified in 91.6717.12 and 91.6717.2.

4241 N FULTON AVE
BEDROOM1, Note: 1) Maintain all windows and doors in proper open/shut/lock operation and replace and/or repair in an approved manner-include any/all damaged or missing hardware. 2) Sliding doors and windows shall be equipped with locking devices and shall be so constructed and installed that they remain intact and engaged when subjected to the tests specified in 91.6717.12 and 91.6717.2.

Failure to maintain safe and sanitary floor covering. Sections 91.8104.6 L.A.M.C.; 17920.3(a)13 H.&S.C.

4243 1/2 N FULTON AVE
HALL BATH, Note: Repair/replace any/all damaged flooring in approved manner.

Failure to maintain plaster/drywall walls/ceilings in a smooth and sanitary condition. Sections 91.8104; 91.8104.4; 91.8104.5.1 L.A.M.C.; 17920.3(a)13 H.&S.C.

4241 N FULTON AVE
KITCHEN, Note: Repair and repaint all damaged areas in approved manner-if spot repairs are done they shall be consistent with existing paint or paint entire surface.

4241 N FULTON AVE
HALL, Note: Repair and repaint all damaged areas in approved manner-if spot repairs are done they shall be consistent with existing paint or paint entire surface.

4241 N FULTON AVE
BEDROOM2, Note: Repair and repaint all damaged areas in approved manner-if spot repairs are done they shall be consistent with existing paint or paint entire surface.

4241 N FULTON AVE
HALL BATH, Note: Repair and repaint all damaged areas in approved manner-if spot repairs are done they shall be consistent with existing paint or paint entire surface.

4241 N FULTON AVE
LIVING ROOM, Note: Repair and repaint all damaged areas in approved manner-if spot repairs are done they shall be consistent with existing paint or paint entire surface.

---

## ELECTRICAL

Failure to maintain the electrical service, lines, switches, outlets, fixture coverings, and supports in good repair and free from broken, loose, frayed inoperative, defective or missing portions, or wiring that may be a danger to life, limb, health, safety, or welfare of the public, or the occupants of the premises. Sections 17920.3(d) H&SC; Sections 91.8104.8; 93.0104; 93.0311; 93.0314 L.A.M.C.

14

4241 N FULTON AVE
LIVING ROOM, Note: RESECURE THE LOOSE ELECTRICAL RECEPTACLE OUTLETS SERVING LIVING
ROOM AND MAINTAIN IN GOOD REPAIR AND IN WORKING CONDITION AT ALL TIMES.

## PLUMBING

Failure to maintain the plumbing system free from defective, damaged/leaking faucets or plumbing fixtures. Sections 91.8104.7;
94.0101.5.5; L.A.M.C.; 17920.3.c; 17920.3.e H.&S.C.

4241 N FULTON AVE
KITCHEN, Note:  Repair or replace damaged/leaking fixtures in an approved manner. INCLUDE: 1) Sink faucet.

4241 N FULTON AVE
HALL BATH, Note: UNDER SINK: Repair or replace damaged/leaking fixtures in an approved manner. INCLUDE:

Failure to provide and maintain a positive seal (caulk or grout) between plumbing fixtures at contact point with walls and/or floors.
Sections 91.8104.7; 94.0408.2 L.A.M.C.; 17920.3(c) H.&S.C.

4243 N FULTON AVE
HALL BATH, Note:  Recaulk, Note, Kill any/all mildew/mold in cavity when removing old caulking.

Failure to maintain a positive seal around all drain, water supply, and electrical conduits penetrating walls under all kitchen and
bathroom sinks. Sections 91.8104.7 L.A.M.C.; 17920.3(c) H.&S.C.

4243 N FULTON AVE
KITCHEN

Failure to properly secure loose plumbing fixtures. Sections 91.8104.7 L.A.M.C.; 17920.3(c) H.&S.C.

4241 N FULTON AVE
HALL BATH, Note: WATERCLOSET: Resecure loose water closet to existing floor and maintain all plumbing fixtures
properly caulked and in a secure condition at all times.

## STRUCTURAL HAZARDS

Failure to maintain building or structure(s) free from structural hazards and in conformity with the code regulations and department
approvals in effect at the time of construction. Section 91.8104 L.A.M.C.
EXTERIOR, Note: RESTORE DECKING MATERIAL AS CLOSE AS reasonably feasible BACK TO ITS ORIGINALLY
APPROVED CONDITION OR STATE AT STAIRWAY LANDING serving unit # 4243 1/2 (North/West Rear Unit) or obtain a
building permit and inspection approvals from LADBS for the alteration and/or new plywood decking or landing material.
4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

## FIRE SAFETY

Failure to maintain the building, structure, premises or portion thereof in conformity with the code regulations and department
approvals in effect at the time of construction. Section 91.8104 L.A.M.C.
GARAGE, Note: FLAMMABLES 1) Remove all flammable, combustible materials adjacent to gas fired appliance (water heater)
and maintain the adjacent areas clean and clear on all sides at all times. 2) Maintain a clear workspace of not less than 30 inches in
front of firebox. UPC.511.5
4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

15

## SANITATION

Failure to maintain the building, structure, premises or portion thereof in conformity with the code regulations and department approvals in effect at the time of construction. Section 91.8104 L.A.M.C.

EXTERIOR, Note: 1) Remove all open storage, trash, debris, appliances and similar materials from exterior yards and parking surfaces and maintain the exterior surfaces and premises thereof clean and free from accumulation of above articles. 2) Eliminate rodent harborage conditions such as piles of debris, excessive vegetation,

4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

Failure to provide and/or maintain the required foundation vent or under floor access screens. Sections 91.8104 L.A.M.C.; 17920.3 (c) H.&S.C.

EXTERIOR, Note: ATTIC AND FOUNDATION VENTS: Install where necessary, approved one quarter inch mesh screens over foundations vents, attic vents, and crawl holes to prevent the entrance of rodents.

4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

## WEATHER PROTECTION

Failure to paint all exposed building surfaces to maintain exterior weatherproofing. Section 91.8104.1 L.A.M.C. Attention: Buildings constructed prior to 1978 may contain lead-based paint. For more information with regard to your lead hazards responsibilities call the Los Angeles County Health Department at (800) 524-5323.

EXTERIOR, Note: EAVES/FASCIA BOARDS/WOOD RAILING/STAIRS/WINDOW SILLS/FASCIA DOOR JAMBS/FRAMES THRESHOLDS AND ALL OTHER APPLICABLE EXTERIOR SURFACES: 1) Paint all exposed surfaces to maintain exterior weatherproofing. Buildings constructed prior to 1978 may contain lead paint. For more information with regards to your lead hazards responsibilities call the Los Angeles County Health Department (800) 524-53232) Maintain the physical elements of the existing building by cleaning, painting, staining, refinishing or other restorative means; in a condition as close as reasonably feasible their originally approved state.

4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

EXTERIOR, Note: EAVES/FASCIA BOARD/DOORS/THRESHOLDS/DOOR AND WINDOW FRAMES/WINDOW SILLS: Paint all exposed surfaces to maintain exterior weatherproofing. Buildings constructed prior to 1978 may contain lead paint. For more information with regards to your lead hazards responsibilities call the Los Angeles County Health Department (800) 524-5323

4243 N FULTON AVE
4241 N FULTON AVE

## MAINTENANCE

Failure to maintain the existing building, structure, premises, or portion thereof in conformity with the code regulations and department approvals in effect at the time of construction. Section 91.8104 L.A.M.C.

EXTERIOR, Note: STAIRS/RAILING AND DECK/LANDING MATERIAL: Maintain the physical elements of the existing building by cleaning, painting, staining, refinishing or other restorative means; in a condition as close as reasonably feasible their originally approved state.

4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

Failure to maintain the decking, walkway, or stairway surfaces, and their physical elements in conformity with the code regulations and department approvals in effect at the time of construction. Sections 91.8104.1 L.A.M.C.; 17920.3.c H.&S.C.

EXTERIOR, Note: Repair damaged/peeling deck surfaces in an approved manner.

4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

EXTERIOR, Note: Repair damaged/peeling deck surfaces in an approved manner.

4243 N FULTON AVE
4241 N FULTON AVE

Failure to maintain fences in good repair; straight, uniform, painted and/or structurally sound. Sections 91.8104.13 L.A.M.C.; 17920.3 H.&S.C.

EXTERIOR, Note: Repair or replace the defective/damaged fence and/or fence material (BLOCKS MISSING) and maintain in good repair at all times.

4243 N FULTON AVE
4241 N FULTON AVE

## PLUMBING

Failure to obtain a permit and inspection approval for new plumbing work and/or the installation or replacement of new water heater (s). Sections 94.201; 94.0301 L.A.M.C.A $400.00 Administrative Investigation Fee (AIF) may be billed and would be payable to the Los Angeles Housing Department for the investigation related to construction performed without having first obtained the required permit(s). Authority is found in Section 161.902 L.A.M.C

EXTERIOR, Note: 94.103.1.1. General. Except as otherwise provided in this Code, no person shall add, alter, construct, install, move, reconstruct, relocate, remove, repair or replace any plumbing, fire sprinkler, rainwater piping, standpipe, subsurface drainage piping, swimming pool piping, reclaimed water piping, underground fire protection piping, or graywater piping system unless a plumbing or fire sprinkler permit for it has been obtained from the Department of Building and Safety. Obtain a plumbing permit and inspection approvals from LADBS for the new water heater units in side yard or their relocation to the exterior of the dwellings.

4243 N FULTON AVE
4241 N FULTON AVE

Failure to properly install/terminate water heater relief valve piping. Sections 94.608.5 L.A.M.C.; 17920.3(c); 17920.3(e) H.&S.C.

GARAGE, Note: Provide an approved T & P relief valve extension (copper or galvanized) shall discharge to an approved location 94.608.3 and 94.608.5

4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

## ACCESS FOR NEW UNIT INSPECTION

Make arrangements to provide access for inspection of all units that were not inspected on the initial inspection.Section 161.601L.A.M.C.

GARAGE, Note: GARAGE UNITS SOUTH & NORTH SIDE: This GARAGE units were not inspected. Provide access on re-inspection date and have all same violations as noted here-in corrected by compliance date.

4243 1/2 N FULTON AVE
4241 1/2 N FULTON AVE

| | |
|---|---|
| **Inspector Name** | Hugo Garrido-Garza |
| **Office Location** | 6640 Van Nuys Blvd<br>1st Floor<br>Van Nuys, CA 91405 |
| **Survey Date** | 1/29/2010 |

**WHERE INDICATED ABOVE, PLANS AND/OR A BUILDING PERMIT FROM THE DEPARTMENT OF BUILDING AND SAFETY IS REQUIRED TO BE OBTAINED BEFORE REPAIR OR DEMOLITION WORK IS STARTED.**

For consultation regarding this notice, or for information regarding obtaining Permits, the inspector whose name appears on this Notice may be contacted by telephone between the hours of 7:30 and 9:00 a.m., Monday through Friday.

**YOU MAY BE SCHEDULED FOR A GENERAL MANAGER'S HEARING, AND A LIEN MAY BE RECORDED AGAINST YOUR PROPERTY FOR ALL ADMINISTRATIVE AND INSPECTION COSTS ASSOCIATED WITH YOUR FAILURE TO COMPLY WITH THIS ORDER.**

---

**FAILURE TO COMPLY WARNING**

You may be scheduled for a General Managers hearing, and a lien may be recorded on this property for all administrative and inspection costs associated with your failure to comply with this notice and order. This matter may be referred to the City Attorney for further enforcement. Any person who violates or causes or permits another person to violate any provision of the Los Angeles Municipal Code is guilty of a misdemeanor, which is punishable by a fine of not more than $1,000.00 and/or six months imprisonment per LAMC Section 11.00 (m) .

**LEAD HAZARD WARNING**

Due to the possible presence of lead-based paint, lead safe work practices are required on all repairs in pre-1979 buildings that disturb paint. Failure to do so could create lead hazards that violate California Health and Safety Code Section 17920.10 and 105256 and may be subject to a $1,000.00 fine or criminal prosecution. For more information call the L.A. Housing Department at (866) 557-7368. In order to locate a Lead Certified Professional and obtain additional information, call the L.A. Housing Department at (866) 557-7368 or go to the California Department of Health Services Website at: http://www.dhs.ca.gov/childlead/html/GENclist.html.

**TAX WARNING**

The Housing Department has determined this building to be substandard per Section and 24436.5 of the State Revenue and Taxation Code. This section provides in part that a taxpayer who derives rental income from housing determined by the local regulatory agency to be substandard by reason of violation of state and local codes dealing with health, safety, or building, cannot deduct from state personal income tax and corporate income tax, deductions for interest, depreciation, or taxes attributable to such substandard structure where the substandard conditions are not corrected within six (6) months after notice of violation by the regulatory agency. Please note that the Compliance Date of this order marks the beginning of the six (6) month period. The department is required by law to notify the State Franchise Tax Board of failure to comply with these codes.

**SUBSTANDARD NOTIFICATION**

When a building is determined to be a substandard building as defined under Section 17920.3 of the Health and Safety Code, a Notice of Non Compliance is recorded at the Los Angeles County Recorders Office (Health and Safety Code section 17985).

**RENT ESCROW ACCOUNT PROGRAM (REAP) NOTICE**

Failure to correct the conditions that constitute the violations specified by this notice may subject this property and units to inclusion in the City of Los Angeles Rent Escrow Account Program (REAP). Inclusion in REAP entails a rent reduction based on the level of severity of the uncorrected conditions, and allows the tenant to pay the reduced rent to the City instead of the landlord. (Sections 162.00, et seq. LAMC)

**INSPECTION AND PENALTY FEES**

If the conditions found during a Systematic Code Enforcement Program(SCEP) inspection remain uncorrected after the first reinspection, Los Angeles Municipal Code Section 161.901.1 & 2 require that the Departments cost of all subsequent re-inspections be billed to the property owner. All Complaint-based inspections where a Notice to Comply is issued will be billed to the property owner. A late charge penalty equal to two times the fee or cost and a collection fee equal to 50 percent of the original fee or cost shall be imposed if any fees or costs imposed by this division are not paid within 30 days of service of the notice of the imposition of the fee or costs or, if timely appealed, of any decision on the appeal. Any person who fails to pay the assessment fee or cost, penalty, or collection fee shall also pay interest at the rate of one percent per month, or fraction thereof, on the amount of the fee or cost, penalty and collection fee imposed, from the 60th day following the date the billing notice was mailed. (Sections 161.901, et seq. )

**CITATIONS**

A citation requiring a personal appearance in court may be issued if compliance is not obtained by the compliance date. Violation of the Los Angeles Municipal Code may be a misdemeanor or infraction and is punishable by a fine of not more than $1,000.00 and/or six (6) months imprisonment. (Sections 161.410 and 11.00(m) LAMC.)

## APPEALS

As of May 1, 2008 an Appeal Processing Fee of $128.00 shall be paid to the Department prior to processing the Appeal and obtaining a determination from a Senior Inspector. Section 161.902 of the Los Angeles Municipal Code.

Any person or entity subject to a notice or order or an inspection fee without hearing, pursuant to Section 161.901, et. seq. may request to appeal the notice, order, or fee, or may request an extension of time from, a Senior Inspector. The request to appeal shall be made in writing, upon appropriate forms provided by the department, and shall specify the grounds for appeal. The appeal shall be filed within ten days of the issuance of the notice or order, or within 10 days of the imposition of the fee. (Section 161.00 161.1001.1 LAMC.)

## PROPERTY MANAGEMENT TRAINING PROGRAM (PMTP)

When a property owner has failed to comply with a notice or order within 45 days or less of the specified compliance date, the owner is required to pay a $225.00 registration fee and attend PMTP training sessions. The registration fee must be paid directly to the approved training agency. Failure to comply may result in the imposition of a criminal infraction, punishable by a fine of $250.00. (Section 154.02, et seq. LAMC.)

## RETALIATION

No lessor may retaliate against a lessee because of his complaint to an appropriate agency as to the tenantability of a dwelling pursuant to Section 1942.5 of the Civil Code.

## HISTORICAL PRESERVATION

Your property might be located within a Historical Preservation Overlay Zone, or may otherwise be determined historically significant. The scope of work required to correct conditions that constitute violations specified in this notice may require advanced approval from the appropriate regulatory agency.

## RELOCATION INFORMATION

Any tenant who is displaced or subject to displacement from a residential rental unit as a result of a Notice to Vacate or any order requiring the vacation of the unit by the Enforcement Agency, shall be entitled to relocation benefits payable by the landlord to the tenant in each unit in the amounts prescribed in Section 163.05 L.A.M.C. Furthermore if the landlord fails, neglects, or refuses to pay relocation payments, the City may advance relocation payments to the affected tenant(s). Recovery of the relocation payments plus a penalty of 50% will be assessed against the property in the form of a lien as per H&S Code Section 50657(b).

756 1431

**EXHIBIT B**


**V&H Electric Inc**
*Residential Commercial Industrial*

# Work Order
## 10046

DATE: 2-24-2010

3436 Foothill Blvd #B507, La Crescenta CA 91214
Phone 818-352-8955 Fax 818-352-9668
www.VHElectricInc.com

| Tech | MIKE MANUKYAN | Job Name |
| Company | LC PROPERTY | |
| Job Location | 4241 ½ FULTON | |

Notes:
THE ANDALACIA
PROJECT LLC

| DESCRIPTION |
| --- |
| Remove and Replese THE SMOKE Detector |

| QTY | MATERIAL | HRS | LABOR |
| --- | --- | --- | --- |
| 2 | SMOKE DETECTOR. | 40 MV 1475 | |

Notes:

Sign here and return: _____
I hereby acknowledge the satisfactory completion of the above described work

Authorization to precede with above work- I the undersigned, an owner/authorized representative/ tenant of the premises at which the work mentioned above is to be done. I herby authorize you (V&H Electric Inc) to perform the work mentioned above and to use such labor and materials, as you deem advisable. I agree to pay reasonable attorneys fee and court costs in the event of legal action. I have read the contract including the terms and condition and agree to be bound by all the terms and conditions..



**V&H Electric Inc**
*Residential Commercial Industrial*

# Work Order
## 10044

DATE: 2-24-2010

3436 Foothill Blvd #B507, La Crescenta CA 91214
Phone 818-352-8955 Fax 818-352-9668
www.VHElectricInc.com

| Tech | MIKE MANUKYAN | Job Name | |
|------|---------------|----------|---|
| Company | LG PROPERTY | | |
| Job Location | 4241 FULTON AV | | |

Notes:
THE ANDALUCIA
PROJECT, LLC

### DESCRIPTION

Remove and Replace THE SMOKE DETECTOR
Replace THE OUTLET
Replace THE BEDROOM SWITCHES
Replec THE BATHROOM C.F.I

| QTY | MATERIAL | HRS | LABOR |
|-----|----------|-----|-------|
| 3 | SMOKE DETECTOR | 4 | 1475 |
| 7 | OUTLET | | |
| 4 | SWITCHES | | |
| 7 | OUTLET WALLPLATES | | |
| 2 | DOUBLE SWITCH WALLPLATES | | |
| 1 | C.F.I | | |

Notes:

Sign here and return:

I hereby acknowledge the satisfactory completion of the above described work

Authorization to precede with above work- I the undersigned, an owner/authorized representative/ tenant of the premises at which the work mentioned above is to be done. I herby authorize you (V&H Electric Inc) to perform the work mentioned above and to use such labor and materials, as you deem advisable. I agree to pay reasonable attorneys fee and court costs in the event of legal action. I have read the contract including the terms and condition and agree to be bound by all the terms and conditions..

23



**V&H Electric Inc**
*Residential Commercial Industrial*

# Work Order
10045

DATE: 2-25-2010

3436 Foothill Blvd #B507, La Crescenta CA 91214
Phone 818-352-8955 Fax 818-352-9668
www.VHElectricInc.com

| Tech | MIKE MANUKYAN | Job Name |
| Company | 4244 FULTON LC PROPERTY |
| Job Location | 4241 FULTON |

Notes:
THE ANDALDIA
PROJECT LLC

| DESCRIPTION |
| --- |
| REMOVE THE OUTSIDE LIGHT and REPLESE NEW ONE |
| REMOVE THE HOLWAY LIGHT and REPLESE NEW ONE |
| REMOVE THE KITCHEN LIGHT and REPLESEN NEW ONE |
| 4241/2 REMOVE and REPLESE THE OUTSIDE LIGHT |
| 4243/2 REMOVE and REPLESE THE OLD SMOKE DEKATO |

| QTY | MATERIAL | HRS | LABOR |
| --- | --- | --- | --- |
| 2 | SMOKE DEDECTOR | 4 | 1475 EMPLOYE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes:

Sign here and return: _____

I hereby acknowledge the satisfactory completion of the above described work

Authorization to precede with above work- I the undersigned, an owner/authorized representative/ tenant of the premises at which the work mentioned above is to be done. I herby authorize you (V&H Electric Inc) to perform the work mentioned above and to use such labor and materials, as you deem advisable. I agree to pay reasonable attorneys fee and court costs in the event of legal action. I have read the contract including the terms and condition and agree to be bound by all the terms and conditions..

24



# V&H Electric Inc
*Residential Commercial Industrial*

# Work Order

## 10064

DATE: 2-24-2010

3436 Foothill Blvd #B507, La Crescenta CA 91214
Phone 818-352-8955 Fax 818-352-9668
www.VHElectricInc.com

| Tech | MIKE MANUKYAN | Job Name | |
| Company | L C PROPERTY | | |
| Job Location | 4243 FULTON AV | | |

Notes:
THE
ANDALUCIA
PROJECT LLC

DESCRIPTION

REMOVE and REPLACE
2 SMOKE DETECTON

| QTY | MATERIAL | HRS | LABOR |
|-----|----------|-----|-------|
| 2 | SMOKE DETECTOR. | 30MN 1475 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes:

Sign here and return: _____

I hereby acknowledge the satisfactory completion of the above described work

Authorization to precede with above work- I the undersigned, an owner/authorized representative/ tenant of the premises at which the work mentioned above is to be done. I herby authorize you (V&H Electric Inc) to perform the work mentioned above and to use such labor and materials, as you deem advisable. I agree to pay reasonable attorneys fee and court costs in the event of legal action. I have read the contract including the terms and condition and agree to be bound by all the terms and conditions..

25

# RPC EXTERMINATION

Nº 5189

## AGREEMENT FOR SERVICE

**THIS IS YOUR INVOICE FOR INITIAL SERVICE-PLEASE PAY AT TIME OF SERVICE NO OTHER BILL WILL BE SENT**

SERVICE NAME _L J Properties (Simin)_ DATE _1-2-10_ TO _2-2-10_

SERVICE ADDRESS _4235 Fulton Ave_ _Sherman Oak_ Ca _91423_
STREET                     CITY          STATE    ZIP

SERVICE PHONE ( ) _402-5610_ _LA 562A_ OFFICE PHONE ( ) _____
AREA    MAP PAGE                                    STATE    ZIP

BILLING NAME _L J Properties_

BILLING ADDRESS _14900 Ventura Blvd. #220 S.O Ca 91403_
STREET          CITY          STATE    ZIP

BILLING TELEPHONE (818) _990-1852_ DRIV LIC # _____ ☐ CHECK # _____ ☐ CASH

### SERVICE FOR THE CONTROL OF:

| | | | OFFICE USE ONLY |
|---|---|---|---|
| ☐ ANTS | ☐ EARWIGS | **EXTRA SERVICES:** | |
| ☐ ROACHES | ☐ BEETLES | ☒ RATS | TYPE _27_ DWELL _2_ |
| ☐ SPIDERS | ☐ WEEVILS | ☐ MICE | |
| ☐ SILVERFISH | ☐ TYPE 50 | ☐ BEES/WASP | FREQ _4_ SERV. CODE _6_ |
| ☐ CRICKETS | ( ALL OF THE ABOVE) | ☐ GOPHERS | |
| | | ☐ DEAD ANIMAL REMOVAL | |

INITIAL SERVICE CHARGE _____ Control Rate _____ PER _____ FOR A PERIOD OF ONE YEAR FROM DATE ABOVE AND SHALL RENEW ITSELF FROM MONTH THEREAFTER. UPON COMPLETION OF FIRST YEAR'S SERVICE THIS AGREEMENT MAY BE CANCELED WITH A 30 DAY WRITTEN NOTICE BY EITHER PARTY. **SERVICE MAY NOT BE REFUSED WITHOUT PRIOR ARRANGEMENT.**

ONE TIME CONTROL Service For A Period Of _30_ DAYS    Cost _$225—_

ONE TIME SERVICE MAY BE CONVERTED TO A REGULAR SERVICE WITHOUT AN INITIAL CHARGE. CALL YOUR R P C OFFICE FOR LIMITATIONS.

INITIAL INSTRUCTIONS: _Rodent Control; Set 4 bait boxes_
_in exterior perimeter of home and place traps_
_inside to erad. rate (weekly visit for 30_
_days)._

SERVICE INSTRUCTIONS:    ☐ SIGNATURE REQ'D INV.    ☐ A M    ☐ DOG PROBLEM    ☐ COD ONLY
☐ CALL FIRST    ☐ P M    ☐ GATES LOCKED

THE UNDERSIGNED AGREES TO ABIDE BY ALL PROVISIONS OF THIS AGREEMENT. IT IS AGREED AND UNDERSTOOD THAT R P C EXTERMINATION CO. IS IN NO WAY RESPONSIBLE FOR PEST OR INSECT DAMAGE. THIS CONTRACT DOES NOT INCLUDE SERVICE FOR WOOD DESTROYING INFESTATIONS. CUSTOMER AGREES TO MAKE PAYMENT WITHIN (30) DAYS OF R P C'S BILLING AND TO PAY LATE CHARGE OF 5 % PER MONTH ON OVERDUE BALANCE. CUSTOMER SHALL BE CHARGED A MINIMUM OF $15.00 SERVICE CHARGE ON ANY CHECK RETURNED BY THE BANK.

CUSTOMER X _____ DATE _1-5-10_

STRUCTURAL PEST CONTROL REG BRANCH #2 _Fernando M_ LIC # _07985_

SERVICED BY _____ EMPLOYEE # _GMC_ CHEMICAL USED _N/A_ AMOUNT USED _____

**THE PESTICIDES TO BE USED AND THE ACTIVE INGREDIENTS ARE:**

### INSECT CONTROL CHEMICALS

| | | | |
|---|---|---|---|
| ☐ BAYGON - PROPOXUR | ☐ GENCOR - HYDROPRENE | ☐ PT 110 - REMETHRIN | ☐ PT 270 - CHLORPYRIFOS | ☐ RODENT CAKE- DIPHACINONE |
| ☐ CYNOFF - CYPERMETHRIN | ☐ MAXFORCE - TETRHYDRO-DIMETHYL HYDRAZONE | ☐ PT 140 - REMETHRIN | ☐ PT 565 - PYRETHRINS | ☐ MAX- BROMADIOLONE SUPERCAID |
| ☐ DEMON - CYPERMETHRIN | ☐ DRIONE - AMORPHOUS SILICA GEL, ALLOMLIN FLUOSILCATE | ☐ PT 150 - REMETHRIN | ☐ CB 40 - PYRETHRINS | ☐ GOPHA RID - ZINC PHOSPHIDE |
| ☐ DIAZINON - DIAZINON | ☐ PYRETHRIN - PYRETHRIN | ☐ PT 230 - REMETHRIN | ☐ OTHER _____ | ☐ WILCO GOPHER BAIT - STRYCHNINE ALK |
| ☐ DURSBAN - HYDROPRENE | ☐ SAFROTIN - PROPETAMPHOS | ☐ PT 240 - REMETHRIN | | ☐ VENGEANCE - BROMETHALIN |
| ☐ FICAM - BENDIOCARB | ☐ PRECOR - CYANO | ☐ PT 250 - REMETHRIN | **RODENTICIDES:** | |
| OTHER _____ | | ☐ EMPIRE - CHLORPYRIFOS | ☐ TEMPO - CYFLUTHRIN | ☐ PT 260 - REMETHRIN ☐ |
| TALON -G BRODIFACOM | | | | |

Thank you for selecting R P C Extermination Co. To perform your pesticide requirements. In accordance with the laws and regulations of the State of California (AB39161, we are required to provide you with the following information
Structural Pest Control Board.................. 1 916 263-2544 1430 Howe Ave.    Poison Control Center....................... 1 800-777-6476
County Health Dept. ( Health Questions )...1 213 240 8203 Sacramento, Ca 92825 Country Ag. Comm ( application Info )... 818-575-5465

# Cobra Enterprises, Inc.

# Purchase Order

14900 Ventura Boulevard
Suite 220
Sherman Oaks, CA 91403
(818)990-3301
(818)990-3349

**Issued To:**
The Andalucia Project, LLC
Debtor-in-Possession
14900 Ventura Boulevard, Suite 220
Sherman Oaks, CA  91403

| | |
|---|---|
| **P. O. Number:** | |
| Cobra-1001 | |
| **Date:** | |
| 2/25/2010 | |
| **Authorized by:** | |
| | |
| **Ship to attn:** | |
| Salvador Zapata | |
| **Ship by date:** | |
| 2/25/2010 | |

| Description | Price |
|---|---|
| 4243 1/2- All fly screens placed on openable windows/sliding doors. | |
| In Bedroom-All fly screens placed on openable windows/sliding doors. | |
| In Hall Bath- All fly screens placed on openable windows/sliding doors. | |
| In kitchen- All fly screens over all openable windows and sliding doors. | |
| 4241 1/2- All fly screens placed on openable windows/sliding doors. | |
| 4243- All fly screens placed on openable windows/sliding doors. | |
| 4241- Kitchen, installed and with 1/4 inch mesh screens over all vents. | |
| 4243 1/2 - All window sills painted on exposed surfaces. | |
| Same unit...sills painted in bedrooms and living rooms. | |
| 4243- All penetrations under base kitchen cabinets sealed properly. | |
| 4243 1/2- Kitchen, regroup spaces between files in approved manner. | |
| Same unit...replaced all broken tiles. | |

| | | |
|---|---|---|
| Subtotal | $ | - |
| Tax rate | | |
| Sales tax | $ | - |
| Other | | |
| **Total** | $ | - |

.......................................................................
Employee Signature                                    Date

**Purchase order number must appear on all invoices and correspondence.**



## INVOICE

563312

**SOLD TO:** Lopez Inez

**ADDRESS:** 4243 ½ Fulton.

**CITY, STATE, ZIP:** Fulton. BLD. Studio

**SHIPPED TO:** Eduardo Ballerio THE PLUMBER

**ADDRESS:** 13650 Reliance St

**CITY, STATE, ZIP:** Arleta Cal 91331

**SOLD BY:** City

**DATE:** 2/23/2010

| CUSTOMER ORDER NO. | TERMS | F.O.B. |
| --- | --- | --- |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 570 | | Replace Kit Faucet. | | | |
| | | Was Broken | | | |
| | | Two of is Shower Fix Water | | | |
| | | Leak Replace Seats | | | |
| | | & Flat Washers. And | | | |
| | | taking Araund the | | | |
| | | Fixture. | | 120 00 | |

15, 31

# Cobra Enterprises, Inc.

# Purchase Order

14900 Ventura Boulevard
Suite 220
Sherman Oaks, CA 91403
(818)990-3301
(818)990-3349

**Issued To:**
The Andalucia Project, LLC
Debtor-in-Possession
14900 Ventura Boulevard, Suite 220
Sherman Oaks, CA  91403

| P. O. Number: |
|---|
| Cobra-1001 |
| **Date:** |
| 2/26/2010 |
| **Authorized by:** |
| |
| |
| **Ship to attn:** |
| Salvador Zapata |
| **Ship by date:** |
| 2/25/2010 |

| Description | Price |
|---|---|
| 4243 1/2- Hall Bath, Repair/replace defective under floor decking. Repair/replace all defective windows/doors. Replace missing hardware. Bedroom: Sliding doors/windows equipped with locking devices. | Labor,$ 3000.00 Materials, $1153.47 |
| 4241- Maintain all windows and doors/replace or repair in app manner. Hall, Repair/replace all damaged.  Replace/repaint all damaged areas. Bedroom, Repair/repaint all damaged areas. Hall, same repairs. Living Room, Repair/repaint all damaged areas and surfaces. Living Room, resecured loose electrical outlets. | |

|  | | |
|---|---|---|
| Subtotal | $ | 4,153.47 |
| Tax rate | | |
| Sales tax | $ | - |
| Other | | |
| **Total** | $ | 4,153.47 |

-------------------------------------------------------------
**Employee Signature**                    **Date**

**Purchase order number must appear on all invoices and correspondence.**

29

# WORK ORDER

**Salvador Gallegos**

14629 Calvert Steet, #2
Van Nuys, CA  91411
(818)984-8024

**W.O. NO.**   20001
**DATE**   February 25, 2010

**TO**

The Andalucia Project, LLC
Debtor-In-Possession
14900 Ventura Boulevard, Suite 220
Sherman Oaks, CA 91403

**JOB**   4241/ 4243 Fulton Avenue, Sherman
Oaks, CA 91423

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Re:  4241 Fulton Avenue | | |
| | Repair leaks on the kitchen faucet. | | |
| | Repair leaks on under sink bathroom - caulk and seal plumbing | | |
| | fixtures at contact point. | | |
| | Pursuant to Sections 91.8104.7; 94.01001.5.5 LAMC | | |
| | | | |
| | Re:  4243 Fulton Avenue | | |
| | Clean and clear old caulking and recaulk. Seal around all drain | | |
| | water supply and electrical conduits penetrating walls under | | |
| | all kitchen and bathroom sinks | | |
| | | | |
| | Kitchen - secure loose water plumbing fixtures. | | |
| | | | |
| | Hall bath - secure water closet to exisitng floor and caulk all | | |
| | plumbing fixtures. | | 500.00 |
| | Pursuant to Section 91.8104.7  LAMC | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $          500.00 |
| | | SALES TAX | |
| | | TOTAL | $          500.00 |

Make all checks payable to Salvador Gallegos

# INVOICE

DATE 2-24- 20 10

NAME & ADDRESS Cobra Inc

| LAWN SERVICE | FULL | YES ☐ NO ☐ |
|---|---|---|
| MOW, EDGE, AND CLEAN | WEEKLY ☐ | OTHER ☐ |
| GARDEN SERVICE | | |
| PRUNE AND TRIM | | |
| CLEAN-UP | For cleanup all Trash and | |
| FERTILIZER | Haulin and accord yard | |
| SEED & TOPPING | Wood broken windos | |
| PLANTS & COLOR | and Regular Trash | |
| IRRIGATION SPRINKLERS | | |
| PLANTER WORK | Between The Address | |
| SPRAY | 4241 and 4243 and | |
| | 4241 1/2 4243 1/2 | |
| | plus do work Regior | |
| | martenaice Everyday week | |
| | Txh 818-522-2413 | |
| | TOTAL | 125.00 |

35 +39 +40

GARDENER Jesus Chavez
7413 Baynor ave
van noys CH 91406

STAR GARDEN SUPPLY, INC.

563313

# INVOICE

| SOLD TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| COBRA INTER | | | | SALVADOR GALLETOS | | | |
| ADDRESS 4241 FULTON AVE | | | | ADDRESS 13650 RELIANCE ST | | | |
| CITY, STATE, ZIP STUDIO CITY | | | | CITY, STATE, ZIP ARLETA CALIF. | | | |

| CUSTOMER ORDER NO. | SOLD BY | | TERMS | | F.O.B. | | DATE 12/25/2010 |
|---|---|---|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | | | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | REPLACE LAVATORY FAUCET | | | | | |
| | | WITH NEW SUPPLYS ALSO | | | | | |
| | | KITCHEN SINK REDO THE & PART WASTE | | | | | |
| | | WAS LEAKING. | | | | | |
| | | TUB & SHOWER NEW SEAT & SEAT WASHERS | | | | | |
| | | HANDLES FLANGED. | | | | | |
| | | WATER CLOSET NEW WAX RING AND BOLTS. | | | | | |
| | | WATER HEATER FIX THE ENCLOSED | | | | | |
| | | AND VENT PIPE UP TO CODE. | | | | | |
| | | GARAGE TRAP BRING UP TO CODE | | | | | |
| | | LABOR. | | ≤ | 380 | 00 | |
| | | | | | 380 | 00 | |

a. adams 5840

· 36, 37, 43, 44

32

**EXHIBIT C**

11:22 AM

01/21/10

Cash Basis

# The Andalucia Project DIP
## Profit & Loss
### September 1 - 15, 2009

|  | Sep 1 - 15, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Bank Service Charges | 25.00 |
| **Total Expense** | 25.00 |
| **Net Ordinary Income** | -25.00 |
| **Net Income** | **-25.00** |

34

11:58 AM

01/21/10

Cash Basis

# The Andalucia Project DIP
# Profit & Loss
### September 16 - 30, 2009

|  | Sep 16 - 30, 09 |
|---|---|
| Net Income | 0.00 |

35

11:23 AM

01/21/10

Cash Basis

# The Andalucia Project DIP
# Profit & Loss
### October 1 - 15, 2009

|  | Oct 1 - 15, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Rental | 7,454.92 |
| **Total Income** | 7,454.92 |
| **Gross Profit** | 7,454.92 |
| Expense | |
| Inspection Fee - LAHD | 201.50 |
| **Total Expense** | 201.50 |
| **Net Ordinary Income** | 7,253.42 |
| **Other Income/Expense** | |
| Other Income | |
| Fee Income | 65.71 |
| **Total Other Income** | 65.71 |
| **Net Other Income** | 65.71 |
| **Net Income** | **7,319.13** |

36

11:23 AM

01/21/10

Cash Basis

## The Andalucia Project DIP
## Profit & Loss
### October 16 - 31, 2009

|                              | Oct 16 - 31, 09 |
| ---------------------------- | ---------------:|
| **Ordinary Income/Expense**  |                 |
| Income                       |                 |
| Rental                       | 1,400.00        |
| **Total Income**             | 1,400.00        |
| **Gross Profit**             | 1,400.00        |
| Expense                      |                 |
| Bank Service Charges         | 15.18           |
| Court Fee                    | 325.00          |
| **Total Expense**            | 340.18          |
| **Net Ordinary Income**      | 1,059.82        |
| **Net Income**               | 1,059.82        |

11:23 AM

01/21/10

Cash Basis

## The Andalucia Project DIP
## Profit & Loss
### November 1 - 15, 2009

|  | Nov 1 - 15, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental | 5,870.58 |
| **Total Income** | 5,870.58 |
| **Gross Profit** | 5,870.58 |
| **Net Ordinary Income** | 5,870.58 |
| **Net Income** | **5,870.58** |

11:23 AM

01/21/10

Cash Basis

## The Andalucia Project DIP
## Profit & Loss
### November 16 - 30, 2009

|  | Nov 16 - 30, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Rental | 462.00 |
| **Total Income** | 462.00 |
| **Gross Profit** | 462.00 |
| Expense | |
| Bank Service Charges | 26.01 |
| Gardening | 300.00 |
| Repairs | |
| Building Repairs | 550.00 |
| **Total Repairs** | 550.00 |
| Trash Removal | 234.96 |
| **Total Expense** | 1,110.97 |
| **Net Ordinary Income** | -648.97 |
| **Net Income** | -648.97 |

11:24 AM

01/21/10

Cash Basis

**The Andalucia Project DIP**

# Profit & Loss

### December 1 - 15, 2009

|  | Dec 1 - 15, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental | 4,171.92 |
| **Total Income** | 4,171.92 |
| **Gross Profit** | 4,171.92 |
| **Expense** | |
| Insurance | 878.20 |
| Repairs | 58.90 |
| Utilities | |
| Water | 518.09 |
| **Total Utilities** | 518.09 |
| **Total Expense** | 1,455.19 |
| **Net Ordinary Income** | 2,716.73 |
| **Net Income** | **2,716.73** |

11:24 AM

01/21/10

Cash Basis

# The Andalucia Project DIP
# Profit & Loss
### December 16 - 31, 2009

|  | Dec 16 - 31, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Rental | 3,548.92 |
| **Total Income** | 3,548.92 |
| **Gross Profit** | 3,548.92 |
| Expense | |
| Bank Service Charges | 19.08 |
| Professional Fees | |
| Legal Fees | 475.00 |
| **Total Professional Fees** | 475.00 |
| **Total Expense** | 494.08 |
| **Net Ordinary Income** | 3,054.84 |
| **Net Income** | **3,054.84** |

41

11:57 AM
01/21/10
Cash Basis

**The Andalucia Project DIP**
# Profit & Loss
### January 1 - 15, 2010

|  | Jan 1 - 15, 10 |
| --- | --- |
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental | 3,425.00 |
| **Total Income** | 3,425.00 |
| **Gross Profit** | 3,425.00 |
| **Expense** | |
| Court Fee | 650.00 |
| Repairs | |
| Appliances | 553.31 |
| **Total Repairs** | 553.31 |
| **Total Expense** | 1,203.31 |
| **Net Ordinary Income** | 2,221.69 |
| **Net Income** | 2,221.69 |

42

The Andalucia Project, LLC
Statement of Cash on hand and estimated disbursements
For the Period Ending February 10, 2010

| | |
|---|---:|
| Funds available as of January 31, 2010, beginning | 2,192.57 |
| Plus: Rents collected as of February 10, 2010 | 6,067.94 |
| Total funds available as of February 10, 2010 | 8,260.51 |
| | |
| Refund of roofing deposit | (5,000.00) |
| Refund of utility deposit | (1,750.00) |
| Bank service charges | 35.00 |
| Janitorial | 195.00 |
| Utilities-estimate | 600.00 |
| Repairs-estimate | 200.00 |
| Trash Removal-estimate | 100.00 |
| Insurance | 423.51 |
| Debbie Tyrell | 300.00 |
| Total estimated expenses | (4,896.49) |
| | |
| Sub-Total | 13,157.00 |
| | |
| Payment to Nat Realty Investments 2/1/10 | 5,001.40 |
| | |
| Funds available as of February 10, 2010, ending | $ 8,155.60 |

The Andalucia Project, LLC
Statement of Cash on hand and estimated disbursements
For the Period Ending February 24, 2010

| | |
|---|---:|
| Funds Available as of February 10, 2010 | - |
| Plus: Rents collected from 2/10/10 to 2/24/10 | 1,294.00 |
| Total funds available as of February 24, 2010 | 1,294.00 |

Expenses
Advertising
Insurance
Trash removal
Gardening
U.S. Trustee fees
Gas and electric
Repairs

| | |
|---|---:|
| Sub-Total | - |
| Balance of cash available for disbursement on March 10, 2010 | $    1,294.00 |

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as <u>Debtor's Response to Further Declaration by Counsel</u> <u>for Secured Creditor Re: Case Status</u>                                                              will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  3/1/10                    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  3/1/10                    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Susan Vaage                         Katherine Bunker
Miguel Ortiz, Esq.                  United States Trustee
500 N. Brand Blvd., #1030           21051 Warner Center Lane #115
Glendale, CA 91203                  Woodland Hills, CA 91367
                                    ☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  3/2/10                    I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe (Personal Service)
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/1/10 | Malissa Murguia | _Malissa Murguia_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

˙ Katherine Bunker    kate.bunker@usdoj.gov
˙ Sylvia Ho    SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;
ldiaz@tilemlaw.com;dianachau@tilemlaw.com
˙ Miguel A Ortiz    mortiz@grahamvaagelaw.com
˙ David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;
ldiaz@tilemlaw.com;dianachau@tilemlaw.com
˙ United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
˙ Susan L Vaage    svaage@grahamvaagelaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**