David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone:(818) 507-6000
Facsimile:(818) 507-6800

Attorneys for
The Andalucia Project, LLC

FILED & ENTERED

MAR 10 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re:<br><br>THE ANDALUCIA PROJECT, LLC.<br><br><br><br><br>Debtor. | Case No. 1:09-BK-21502-MT<br><br>Chapter 11<br><br>**INTERIM ORDER ON RELIEF FROM STAY MOTION FILED BY NAT REAL ESTATE INVESTMENTS MANAGEMENT GROUP, INC.**<br><br>Date: March 8, 2010<br>Time: 10:00 a.m.<br>Ctrm: 302 |

The Court conducted a continued hearing at the above date, time and place on the relief from stay motion filed by NAT Real Estate Investments Management Group, Inc. ("NAT").

Debtor appeared by its counsel of record, the Law Offices of David A. Tilem, by David A. Tilem.  NAT appeared by its counsel of record, Graham * Vaage, LLP, by Susan Vaage.  The Office of the United States Trustee appeared by Jennifer Braun.

After consideration of the further briefs filed on behalf of NAT and the Debtor, the arguments of counsel and good cause appearing therefore:

IT IS HEREBY ORDERED:

1. The hearing is continued to March 15, 2010 at 10:00 for consideration of the results of the Los Angeles Department of Housing inspection at the Debtor's real property.

2. The prior order of the Court entered January 13, 2010 is amended to provide that if no plan is confirmed by <u>May 31, 2010</u>, the automatic stay is lifted and creditor may proceed with foreclosure on the Subject Property and its contractual and legal remedies. In all other respects the prior Order remains the same.

###

DATED: March 10, 2010

_____
United States Bankruptcy Judge

| In re:                     |            | CHAPTER 11                  |
|----------------------------|------------|-----------------------------|
| THE ANDALUCIA PROJECT, LLC | Debtor(s). | CASE NUMBER 1:09-BK-21502-MT |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as **INTERIM ORDER ON RELIEF FROM STAY MOTION FILED BY NAT REAL ESTATE INVESTMENTS MANAGEMENT GROUP, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **3/9/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., Suite #325
Woodland Hills, CA 91367-6606

Katherine Bunker
United States Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

Susan Vaage
Miguel Ortiz, Esq.
500 N. Brand Blvd., #1030
Glendale, CA 91203

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/9/10 | Malissa Murguia | /s/Malissa Murguia |
|--------|-----------------|--------------------|
| *Date* | *Type Name*     | *Signature*        |

| **In re**:<br>THE ANDALUCIA PROJECT, LLC<br>Debtor | **CHAPTER:** 11<br><br>**CASE NUMBER: 1:09-bk-21502-MT** |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **INTERIM ORDER ON RELIEF FROM STAY MOTION FILED BY NAT REAL ESTATE INVESTMENTS MANAGEMENT GROUP, INC.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **3/9/10** , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Miguel A Ortiz**    mortiz@grahamvaagelaw.com
**Katherine Bunker**    kate.bunker@usdoj.gov
**David A. Tilem**: davidtilem@tilemlaw.com, sylviaho@tilemlaw.com; malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
**United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
**Susan L Vaage**    svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Andalucia Project, LLC
14900 Ventura Blvd., #220
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page