UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 1:09-bk-21502-MT<br>Operating Report Number: 6<br>For the Month Ending: 28-Feb-10 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. WELLS FARGO BANK GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 8,147.32

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 68.31

3. BEGINNING BALANCE: 8,079.01

4. RECEIPTS DURING CURRENT PERIOD: 0.00

5. BALANCE: 8,079.01

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 13.64

7. ENDING BALANCE: 8,065.37

8. Wells Fargo General DIP Acct Number: 324322▓▓▓

Depository Name & Location:
Wells Fargo Bank
P.O. Box 6995
Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WELLS FARGO GENERAL DIP ACCT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/22/2010 | EFT | Wells Fargo Bank | Service Charge | 13.64 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 13.64 |

WELLMARK GENERAL SP ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 2/28/2010 | Balance on Statement: | $8,065.37 |
|---|---|---|---|

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL DEPOSITS IN TRANSIT

| 0.00 |
|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:

| 0.00 |
|---|

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:

| $8,065.37 |
|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 2

Account Number:                9048
Statement Start Date:    02/01/10
Statement End Date:      02/28/10

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION
CH 11, CASE 09-21502, (CCA)
GENERAL OPERATAING ACCOUNT
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

For Customer Assistance:
Call 800-225-5935 (1-800-CALL-WELLS).

| Account Number | Beginning Balance | Ending Balance |
|---|---|---|
| Analyzed Business Services Package 3243229048 | 8,079.01 | 8,065.37 |

### News from Wells Fargo

### Debits

Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 22 | 13.64 | Client Analysis Srvc Chrg 100219 Svc Chge 0110 000003243229048 |
| | | 13.64 | Total Electronic Debits/ Bank Debits |
| | | 13.64 | Total Debits |

### Daily Ledger Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jan 31 | 8,079.01 | Feb 22 | 8,065.37 |
| Average Daily Ledger Balance | | 8,075.60 | |

Continued on next page

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION

Page 2 of 2
Account Number:          ████9048
Statement End Date:         02/28/10

--------------------------------------------------------------------------------
**Effective April 1, 2010, the following fees associated with your account are**
changing/being added:

Deposited Check - On Us - $0.11
Deposited Check - Transit - $0.11
Deposited Check - Local Clearing - $0.11
Deposited Check - Regional - $0.11
Electronic Credit Posted - $0.20
Branch Deposit Correction - $7.50
Wire Transfer (Voice Drawdown) - $20.00
Wire Transfer (International Book Transfer Credit) - $6.00
Incoming/Outgoing Domestic Collection with or without Documentation and Inbound
without Entry Claims - $25.00
Foreign Draft - $30.00
International Item Collection of $250 or more - $75.00

If your account is currently charged on the 20th calendar day of the month,
going forward it will be charged on the 11th calendar day of the month for the
bank services you use.

For questions, please contact your Wells Fargo banker, or call the phone number
on your statement to speak with a phone banker 24 hours a day, 7 days a week.
Your pricing may vary depending on your account relationship. We appreciate
your business and look forward to continuing to serve you.

--------------------------------------------------------------------------------
**Thank you for banking with Wells Fargo.**                          **Member FDIC**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 1:09-bk-21502-MT<br>Operating Report Number: 6<br>For the Month Ending: 28-Feb-10 |
|---|---|

I. CASH RECEIPTS AND DISBURSEMENTS
A. WELLS FARGO BANK CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          37,623.55

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          35,430.98
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          2,192.57

4.  RECEIPTS DURING CURRENT PERIOD:          8,148.54

5.  BALANCE:          10,341.11

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          8,667.10

7.  ENDING BALANCE:          1,674.01

8.  WFB Pre Petition Money Market Acct Number:          ████9055

Depository Name & Location:          Wells Fargo Bank
                                     P.O. Box 6995
                                     Portland, OR  97228-6995

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
       to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM THE CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/22/2010 | EFT | Wells Fargo | Service Charge | 22.46 |
| | | | | |
| 2/1/2010 | 1039 | NAT | Monthly Disbursement | 5,001.40 |
| 2/1/2010 | 1040 | Void | Void | 0.00 |
| 2/8/2010 | 1041 | Salvador Gallegos | Repair & Maintenance:  Plumbing | 240.00 |
| 2/12/2010 | 1042 | NAT | Monthly Disbursement | 8,155.60 |
| 2/12/2010 | 1043 | Void | Void | 0.00 |
| 2/12/2010 | 1044 | Void | Void | 0.00 |
| 2/24/2010 | 1045 | Athens | Utilities:  Trash | 79.20 |
| 2/24/2010 | 1046 | LA DWP | Utilities:  Water | 43.44 |
| 2/24/2010 | 1047 | Void | Void | 0.00 |
| 2/24/2010 | 1048 | Gloria Garcia | Janatorial | 125.00 |
| | | | | |
| 2/24/2010 | 1038 | Check Voided | Check Voided | (5,000.00) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 8,667.10 |

WFB CASH COLLATERAL ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____2/28/2010_____    Balance on Statement: _____$1,799.01_____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1048 | 2/24/2010 | 125.00 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 125.00 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $1,674.01 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

**Page 1 of 2**

Account Number:                        9055
Statement Period:    Feb 1, 2010-
Statement Period:    Feb 28, 2010

Image Count:                        9

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION
CH 11, CASE 09-21502, (CCA)
CASH COLLATERAL ACCOUNT
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

For Customer Assistance:
Call 800-225-5935 (1-800-CALL-WELLS).

| Account Number | Beginning Balance | Ending Balance |
|---|---|---|
| Analyzed Business Services Package 3243229055 | 10,592.37 | 1,799.01 |

### News from Wells Fargo

### Credits
**Deposits**

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 04 | 3,872.96 | Deposit |
| | Feb 09 | 863.00 | Deposit |
| | Feb 12 | 66.66 | Deposit |
| | Feb 16 | 1,750.00 | Deposit |
| | Feb 16 | 300.00 | Deposit |
| | Feb 24 | 1,295.92 | Deposit |
| | | 8,148.54 | Total Deposits |
| | | 8,148.54 | Total Credits |

### Debits
Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 22 | 22.46 | Client Analysis Srvc Chrg 100219 Svc Chge 0110 000003243229055 |
| | | 22.46 | Total Electronic Debits/ Bank Debits |

Continued on next page

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION

Page 2 of 2
Account Number:                    9055
Statement End Date:        02/28/10

Checks Paid

| Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|
| 1028 | Feb 02 | 195.00 | 1041* | Feb 10 | 240.00 |
| 1030* | Feb 03 | 163.20 | 1042 | Feb 24 | 8,155.60 |
| 1034* | Feb 08 | 300.00 | 1045* | Feb 26 | 79.20 |
| 1037* | Feb 24 | 2,741.60 | 1046 | Feb 26 | 43.44 |
| 1039* | Feb 24 | 5,001.40 | | | |

*Gap in check sequence          16,919.44   Total Checks Paid

                                 16,941.90   Total Debits

**Daily Ledger Balance Summary**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Jan 31 | 10,592.37 | Feb 10 | 14,430.13 |
| Feb 02 | 10,397.37 | Feb 12 | 14,496.79 |
| Feb 03 | 10,234.17 | Feb 16 | 16,546.79 |
| Feb 04 | 14,107.13 | Feb 22 | 16,524.33 |
| Feb 08 | 13,807.13 | Feb 24 | 1,921.65 |
| Feb 09 | 14,670.13 | Feb 26 | 1,799.01 |

Average Daily Ledger Balance          12,305.24

**Effective April 1, 2010, the following fees associated with your account are**
changing/being added:

Deposited Check - On Us - $0.11
Deposited Check - Transit - $0.11
Deposited Check - Local Clearing - $0.11
Deposited Check - Regional - $0.11
Electronic Credit Posted - $0.20
Branch Deposit Correction - $7.50
Wire Transfer (Voice Drawdown) - $20.00
Wire Transfer (International Book Transfer Credit) - $6.00
Incoming/Outgoing Domestic Collection with or without Documentation and Inbound
without Entry Claims - $25.00
Foreign Draft - $30.00
International Item Collection of $250 or more - $75.00

If your account is currently charged on the 20th calendar day of the month,
going forward it will be charged on the 11th calendar day of the month for the
bank services you use.

For questions, please contact your Wells Fargo banker, or call the phone number
on your statement to speak with a phone banker 24 hours a day, 7 days a week.
Your pricing may vary depending on your account relationship. We appreciate
your business and look forward to continuing to serve you.

**Thank you for banking with Wells Fargo.**                    **Member FDIC**

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| NAT Real Estate Invest | All Due and Payable | 2,217,648.90 | N/A | 2,217,648.90 |
| LA County Tax Collector | Semi-Annually | 15,989.45 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 2,217,648.90 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Scottsdale Insurance Co | 1,000,000.00 | 9/29/2010 | 2/28/2010 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Other Property Insur: | Scottsdale Insurance Co | 935,000.00 | 9/29/2010 | 2/28/2010 |

I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  |  |
|---|---|
| Wells Fargo General DIP Account: | 8,065.37 |
| Wells Fargo Cash Collateral DIP Account: | 1,674.01 |
| Tax Account: | |
| *Other Accounts: | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                        9,739.38

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |

TOTAL PETTY CASH TRANSACTIONS:                           0.00

## VI.   UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2009 | 25.00 | 325.00 | 21-Oct-2009 | 325.00 | 0.00 |
| 31-Dec-2009 | 20,734.04 | 650.00 | 19-Jan-2010 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:

    No ✓    Yes ___

_____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

    No ✓    Yes ___

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization

_____

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

    No ✓    Yes ___

_____

I,  Arthur Aslanian,
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____
3/4/10
Date

_____
Principal for debtor-in-possession

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Monthly Operating Report #6
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  3/15/10_____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  3/15/10_____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/15/10 | Malissa Murguia | *malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Katherine Bunker: kate.bunker@usdoj.gov
Sylvia Ho on behalf of Debtor The Andalucia Project, LLC
Miguel A Ortiz: mortiz@grahamvaagelaw.com
David A Tilem: davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com;
ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage: svaage@grahamvaagelaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**