David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Attorneys for Debtors and
Debtors-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

In re:                                         ) Case No. 1:09-21502-MT
                                               )
THE ANDALUCIA PROJECT, LLC                     ) Chapter 11
                                               )
                                               ) **DECLARATION OF MALISSA MURGUIA**
                                               ) **REGARDING TRANSMITTED NOTICES**
                                               ) **REGARDING BALLOT VOTING**
              Debtor.                          ) **DEADLINES TO ALL PARTIES OF**
                                               ) **INTEREST**
                                               )
_____)

I, Malissa Murguia, state and declare as follows:

    1.   I am employed by the Law Offices of David A. Tilem. I am over the age of 18 and not a party to the within case.

    2.   On March 23, 2010 I served the United States Trustee Office, all creditors and parties in interest with an notice regarding ballot voting deadlines . A true and correct copy of the notice is attached as "Exhibit A".

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and that this Declaration was executed on March 23, 2010 at Glendale, California.

*Malissa Murguia*
Malissa Murguia, Declarant

**"EXHIBIT A"**

# THE ANDALUCIA PROJECT, LLC
## Case #: 1:09-21502-MT

# IMPORTANT LEGAL NOTICE - READ CAREFULLY

WHO IS SENDING THIS NOTICE

This Notice has been sent to you by the bankruptcy attorneys for The Andalucia Project, LLC.

**LAW OFFICES OF DAVID A. TILEM**
206 N. Jackson Street, Suite 201
Glendale, CA 91206 USA
TEL: 818-507-6000    * FAX: 818-507-6800
www.tilemlaw.com

WHY YOU ARE GETTING THIS NOTICE

You are getting this notice because you are a CREDITOR or a SHAREHOLDER of THE ANDALUCIA PROJECT, LLC. If you are NOT a CREDITOR OR SHAREHOLDER, you have received this notice by accident and you may ignore it.

ABOUT YOUR RIGHTS

THE ANDALUCIA PROJECT, LLC filed for Chapter 11 protection to reorganize its financial affairs on September 1, 2009. The Andalucia Project has proposed a PLAN OF REORGANIZATION.

As a CREDITOR or SHAREHOLDER you are entitled under Bankruptcy Laws to VOTE ON THE PLAN. We have enclosed a Ballot with is letter. You are NOT REQUIRED to vote, but doing so is in your best interests.

WHERE CAN I FIND A COPY OF THE PLAN?

A copy of the plan is enclosed.

OTHER INFORMATION AVAILABLE TO HELP ME VOTE ON THE PLAN

To help you decide how to vote on the PLAN, the Bankruptcy Laws require us to prepare a document called a DISCLOSURE

STATEMENT. In this case the PLAN and the DISCLOSURE STATEMENT are the same document. The Bankruptcy Court has determined that the DISCLOSURE STATEMENT has enough information about the company and about the PLAN to help you vote.

WHERE CAN I FIND A COPY OF THE DISCLOSURE STATEMENT?

A copy is enclosed. It is in the same document as the PLAN.

WHAT ELSE IS ENCLOSED ABOUT THIS CASE

In addition to the PLAN and the DISCLOSURE STATEMENT, we have also included copies of:

1. the Bankruptcy Court Order approving the DISCLOSURE STATEMENT as sufficient;

2. the Bankruptcy Court's Finding of Fact and Conclusions of Law (reasons) for approving the DISCLOSURE STATEMENT; and

3. the BALLOT for VOTING

VOTING DEADLINE

If you are a CREDITOR and you want to vote, please complete the BALLOT and return it to The Law Offices of David A. Tilem. To be counted, it must be RECEIVED no later than 5:00 p.m. California time, April 19, 2010. You may send your BALLOT by fax, or you may scan and e-mail your BALLOT. The fax or e-mail must be RECEIVED by the deadline on April 19, 2010 **AND** you must mail the BALLOT to be received no later than 5:00 p. m., April 21, 2010.

I HAVE MORE QUESTIONS

If you have more questions, please call The Law Offices of David A. Tilem. Any party concerned with confirmation or the PLAN should consult with their own counsel because the law on confirmation is very complex. We cannot give you legal advice and we cannot tell you how to vote on the PLAN.

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as __Declaration of Malissa Murguia Regarding Transmitted Notices Regarding Ballot Deadlines to All Parties of Interest__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __3/24/10__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __3/24/10__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Katherine Bunker | Honorable Maureen A. Tighe |
| Office of United States Trustee | United States Bankruptcy Court |
| 21051 Warner Center Lane #115 | 21041 Burbank Blvd., #325 |
| Woodland Hills, CA 91367 | Woodland Hills, CA 91367-6606 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/24/10 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                   F 9013-3.1

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Katherine Bunker: kate.bunker@usdoj.gov
Sylvia Ho on behalf of Debtor The Andalucia Project, LLC
Miguel A Ortiz: mortiz@grahamvaagelaw.com
David A Tilem: davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com; ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage: svaage@grahamvaagelaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1