1  David A. Tilem (Bar No. 103825)
   LAW OFFICES OF DAVID A. TILEM
2  206 North Jackson Street
   Glendale, California 91206
3  Tel: 818-507-6000    Fax: 818-507-6800
   Email: DavidTilem@TilemLaw.com
4
   Attorneys for Debtor
5

6

7                  UNITED STATES BANKRUPTCY COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                      LOS ANGELES DIVISION

10

11  In re:                          ) Case No. **1:09-21502-MT**
                                     )
12                                   ) Chapter 11
                                     )
13                                   ) **DEBTOR'S BRIEF IN SUPPORT OF**
                                     ) **CONFIRMATION OF ITS FIRST**
14                                   ) **AMENDED CHAPTER 11 PLAN OF**
    THE ANDALUCIA PROJECT, LLC,      ) **REORGANIZATION; DECLARATIONS IN**
15                                   ) **SUPPORT**
                                     )
16                                   ) <u>Plan Confirmation Hearing</u>
                                     ) Date: May 10, 2010
17                                   ) Time: 11:00 a.m.
                                     ) Ctrm: 302
18                                   )     21041 Burbank Blvd.
                      Debtor.        )     Woodland Hills, CA 91367
19  _____ )

20  **TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, AND**

21  **ALL PARTIES IN INTEREST:**

22       THE ANDALUCIA PROJECT, LLC. ("Debtor"), the debtor and debtor-

23  in-possession, submits the following in support of confirmation of

24  its First Amended Chapter 11 Plan of Reorganization (the "Plan").

25  / / /

26  / / /

27  / / /

28  / / /

## TABLE OF CONTENTS

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . .    1
II.   JURISDICTION . . . . . . . . . . . . . . . . . . . . . .    1
III.  BASIC STRUCTURE OF THE PLAN . . . . . . . . . . . . . . .    2
IV.   CONFIRMATION CRITERIA . . . . . . . . . . . . . . . . . .    3
      A.    THE PLAN COMPLIES WITH ALL PROVISIONS OF 11 U.S.C.
            §1129(a) EXCEPT § 1129(a)(8) . . . . . . . . . . . .    3
      B.    THE COURT SHOULD CONFIRM THE PLAN PURSUANT TO SECTION
            1129(b) . . . . . . . . . . . . . . . . . . . . . .    10
V.    CONCLUSION . . . . . . . . . . . . . . . . . . . . . . .    11

DECLARATION OF ARTHUR ASLANIAN . . . . . . . . . . . . . . . .    12

DECLARATION OF MALISSA MURGUIA . . . . . . . . . . . . . . . .    15

# **TABLE OF AUTHORITIES**

**Cases**                                                                                    **Pages**

In re Acequia, Inc., 787 F.2d 1352, 1358 (9th Cir. 1986)   .  .  .  .   3

In re Holthoff, 58 B.R. 216, 218 (Bankr. E.D. Ark. 1985)   .  .  .  .   3

In re Jorgensen, 66 B.R. 104, 109 (Bankr. 9th Cir. 1986)   .  .  .  .   6

In re Patrician St. Joseph Partners Ltd. Partnership,
169 B.R. 669, 676 (D. Ariz. 1994) .  .  .  .  .  .  .  .  .  .  .   8

In re Prudential Energy Company, 58 B.R. 857, 862
(Bankr. E.D.N.Y. 1986)   .  .  .  .  .  .  .  .  .  .  .  .  .   3


**Statues**                                                                                  **Pages**

11 U.S.C. 507(a)(1) .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   4
11 U.S.C. 507(a)(2) .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   4
11 U.S.C. 507(a)(7) .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   4
11 U.S.C. 1122   .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   4
11 U.S.C. 1122(a)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   4
11 U.S.C. 1123   .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  4,5
11 U.S.C. 1123(a)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  4,5
11 U.S.C. 1129(a)(1) .  .  .  .  .  .  .  .  .  .  .  .  .  .   6
11 U.S.C. 1123(a)(2) .  .  .  .  .  .  .  .  .  .  .  .  .  4,6
11 U.S.C. 1123(a)(3) .  .  .  .  .  .  .  .  .  .  .  .  .  5,6
11 U.S.C. 1124(1)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   1
11 U.S.C. 1127(c)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   8
11 U.S.C. 1127(f)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   8
11 U.S.C. 1129(a)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  3,4
11 U.S.C. 1129(a)(1) .  .  .  .  .  .  .  .  .  .  .  .  .  .   4
11 U.S.C. 1129(a)(4) .  .  .  .  .  .  .  .  .  .  .  .  .  .   6
11 U.S.C. 1129(a)(5) .  .  .  .  .  .  .  .  .  .  .  .  .  .   7
11 U.S.C. 1129(a)(6) .  .  .  .  .  .  .  .  .  .  .  .  .  .   7
11 U.S.C. 1129(a)(7) .  .  .  .  .  .  .  .  .  .  .  .  .  .   8
11 U.S.C. 1129(a)(8) .  .  .  .  .  .  .  .  .  .  .  .  .  3,8,10
11 U.S.C. 1129(a)(9) .  .  .  .  .  .  .  .  .  .  .  .  .  .   8
11 U.S.C. 1129(a)(9)(C) .  .  .  .  .  .  .  .  .  .  .  .  .   8
11 U.S.C. 1129(a)(10) .  .  .  .  .  .  .  .  .  .  .  .  .  .   8
11 U.S.C. 1129(a)(11) .  .  .  .  .  .  .  .  .  .  .  .  .  .   8
11 U.S.C. 1129(a)(12) .  .  .  .  .  .  .  .  .  .  .  .  .  .  10
11 U.S.C. 1129(a)(13) .  .  .  .  .  .  .  .  .  .  .  .  .  .  10
11 U.S.C. 1129(b) .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  1,10
11 U.S.C. 1129(b)(1) .  .  .  .  .  .  .  .  .  .  .  .  .  .  10
11 U.S.C. 1129(b)(2)(A) .  .  .  .  .  .  .  .  .  .  .  .  .  10
11 U.S.C. 1129(b)(2)(A)(i) .  .  .  .  .  .  .  .  .  .  .  .  11
11 U.S.C. 1129(b)(2)(B) .  .  .  .  .  .  .  .  .  .  .  .  .  11
11 U.S.C. 1129(b)(2)(B)(i) .  .  .  .  .  .  .  .  .  .  .  .  11
11 U.S.C. 1930   .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  10
28 U.S.C.  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  10
28 U.S.C. 1334   .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   1
28 U.S.C. 157(b)(1) .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   2

28 U.S.C. 157(b)(2)(L)  . . . . . . . . . . . . . . . . .  2

**Rules**                                                     **Pages**

FRBP Rule 3008(a)(2)  . . . . . . . . . . . . . . . . .  6
FRBPRule 3020(b)(2)  . . . . . . . . . . . . . . . . . .  6

# I.

## INTRODUCTION

This case was filed on September 1, 2009.  The Debtor filed its First Amended Plan of Reorganization (the "Plan") on March 18, 2010. Following a hearing the Court approved the Disclosure Statement by Order entered on March 26, 2010.

The Plan has 5 designated Classes which have voted as follows:

| Class # | Class Description | Vote |
|---|---|---|
| 1 | Real property taxes ("RP Taxes") | Not Impaired - Accepted |
| 2 | NAT Real Estate Management Group, Inc. ("NAT") | Rejected |
| 3 | Tenants holding security deposits ("Tenants") | Accepted |
| 4 | General unsecured creditors ("GenUnsec") | No votes - Rejected |
| 5 | Membership Interests ("Equity Holders") | Not Impaired - Accepted |

Accordingly, Debtor has obtained a favorable vote for its Plan of Reorganization from at least one impaired class.  The Plan has been rejected by two classes, specifically the secured creditor, and the class of general unsecured creditors.  Debtor requests that the plan be confirmed notwithstanding the votes of the two rejecting classes pursuant to 11 U.S.C. §§ 1124(1), 1129(b).

## II

## JURISDICTION

Pursuant to 28 U.S.C. § 1334, jurisdiction over Debtor's Chapter 11 case is vested in the United States District Court for the Central District of California.  By virtue of section 157 of title 28 and the Order of the Chief Judge of the United States

1  District Court, Central District of California, entered on July 20,

2  1984, all cases and proceedings under title 11 have been referred to

3  the Bankruptcy Court.  Confirmation of the Plan is a core proceeding

4  and this Court may enter a final Order confirming the Plan pursuant

5  to 28 U.S.C. §§ 157(b)(1) and 157(b)(2)(L).

6                                **III.**

7                   **BASIC STRUCTURE OF THE PLAN**

8        The Effective Date of the Plan is 14 calendar days after the

9  Court enters an Order confirming the Plan.

10       Administrative claims are to be paid from capital contributions

11  by Debtor's insiders.  Professional compensation will be paid only

12  AFTER such compensation has been reviewed and approved by the Court.

13       The obligation to NAT will be restructured such that NAT will

14  receive an initial payment of $300,000.  The remaining balance due

15  NAT, including interest, late fees and  will be paid over a period

16  of five years with interest only payments and a balloon payment of

17  the principal balance due at the end of the 5 year term.

18       The obligations to Tenants will be funded in a non-interest

19  bearing trust account and paid to the Tenants at the conclusion of

20  their rental terms less any offsetting claims for damage, repair or

21  maintenance of the property.

22       The obligations to general unsecured creditors will be paid in

23  full within 90 days of the Effective Date.

24       The interests of Equity Holders are not impaired, however, the

25  Debtor's insiders will contribute $400,000 on or before the

26  Effective Date to fund the Plan.

27  / / /

28  / / /

## IV.

### CONFIRMATION CRITERIA

**A.   THE PLAN COMPLIES WITH ALL PROVISIONS OF 11 U.S.C. § 1129(a) EXCEPT § 1129(a)(8).**

Section 1129(a) of the Bankruptcy Code sets forth, in twelve enumerated paragraphs, the requirements that must be complied with before a plan of reorganization will be confirmed.  11 U.S.C. § 1129(a).  This memorandum demonstrates conclusively below that each of the requirements in 11 U.S.C. § 1129(a) have been complied with, except for one.

It is clear that the Bankruptcy Court must hold an evidentiary hearing in ruling on confirmation of the Plan.  In re Acequia, Inc., 787 F.2d 1352, 1358 (9th Cir. 1986).  The role of the Court in the confirmation process has been described by the court in In re Holthoff, 58 B.R. 216, 218 (Bankr. E.D. Ark. 1985) as follows:

> In addition to the consideration of objections raised by creditors, the Court has a mandatory independent duty to determine whether the Plan has met all of the requirements necessary for confirmation.

And additionally, by the Court in In re Prudential Energy Company, 58 B.R. 857, 862 (Bankr. E.D.N.Y. 1986):

> Regardless of whether a valid objection to confirmation has been asserted, however, the Code imposes upon the Court the responsibility to determine whether the requirements of Section 1129(a) have been met...Discharging this responsibility does not entail investigation of the Debtor, but it does require sufficient documentation to be submitted and to ask appropriate questions concerning the requirements of Section 1129(a).

The Debtor submits that the following points and authorities establish a basis for the confirmation of the Plan by the Court. / / /

1.  <u>Section 1129(a)(1):  The Plan Complies With The</u> <u>Applicable</u>
<u>Provisions of Chapter 11</u>.

Section 1129(a) requires the Plan to comply with the applicable provisions of Chapter 11.  In general, the Plan must comply with Sections 1122 and 1123 of the Code.

a.  Debtor's Classification Scheme Complies With Section 1122.

Section 1122(a) requires the Plan to place a claim or interest in a particular class only if the claim or interest is substantially similar in nature to other claims or interests of such class.  The Plan designates the classes described above.  Each class has been structured to take into account the special provisions of each class member's claim and, where applicable, the priority of the secured claims.

b.  The Plan Contains The Provisions Required by Section 1123(a).

Paragraph 1 of Section 1123(a) requires that the Plan must designate classes of claims other than claims of the kind specified in Section 507(a)(1), (2) and (7).  The Plan designates classes of claims and interests in accordance with this requirement.

Paragraph 2 of Section 1123(a) requires that the Plan specify any class of claims or interests which is not impaired under the Plan.  The Plan specifies classes of claims and interests not impaired under the Plan and the treatment thereof, thereby satisfying the requirement of Section 1123(a)(2).

Paragraph 3 of Section 1123(a) requires that the Plan specify the treatment of any class of claims or interests that is impaired under the Plan.

The Plan specifies the presence and treatment of the impaired class, satisfying the requirements of Section 1123(a)(3).

Paragraph 4 of Section 1123(a) requires that the Plan provide the same treatment for each claim or interest of a particular class unless the holder of a particular claim or interest consents to different treatment.  The Plan specifies identical treatment of all claims and interests in a class unless a holder agrees to a different or less favorable treatment.

Paragraph 5 of section 1123(a) requires that the Plan provide adequate means for the Plan's implementation.  The Plan will be funded from a capital contribution by Debtor's insiders.  The insiders have, in connection with the Disclosure Statement, provided evidence of their ability to fund the Plan.

Paragraph 6 of Section 1123(a) specifies that the Plan must provide for the inclusion in the by-laws in the event the debtor is a corporation, of a provision prohibiting the issuance of non-voting equity shares.  Debtor is not a corporation.

Paragraph 7 of Section 1123 requires Plan provisions to be consistent with the interests of creditors and equity security holders and with public policy with respect to the manner of selection of any officer, director, or trustee under the Plan.  The Plan's provisions, as explained in the Disclosure Statement and herein, satisfy this requirement in that all creditors are either unimpaired, accepting of the plan or the treatment of said creditor under the plan or are receiving more than they would under a Chapter 7 liquidation.  As to the selection of any officer, director or trustee under the Plan, the Debtor is not a corporation and has no such officers.

1    Based on the foregoing analysis, it is respectfully submitted

2 that the Plan complies with the applicable provisions of Section

3 1129(a)(1).

4    2.   Section 1129(a)(2):  The Plan Proponent Has

5         Complied With The Applicable Provisions Of Chapter 11.

6    Arthur Aslanian has signed a declaration that the Plan complies

7 with the provisions of Chapter 11.

8    3.   Section 1129(a)(3):  The Plan Has Been Proposed In

9         Good Faith And Not By Any Means Forbidden By Law.

10    "Good faith" is assessed by a totality of circumstances, and
requires an exercise of fundamental fairness in dealing with
11 creditors, and requires that a plan achieve a result consistent with
the objectives and purposes of the Bankruptcy Code.  _In re_
12 _Jorgensen_, 66 B.R. 104, 109 (Bankr. 9th Cir. 1986).

    If required, the Debtor will offer testimony to show that the
13
Plan was proposed in good faith and not by any means forbidden by
14
law.  However, unless a substantive objection regarding compliance
15
with this section has been filed, Bankruptcy Rule 3008(a)(2) and
16
Bankruptcy Rule 3020(b)(2) permit this court to find, without
17
hearing evidence, that the requirement of Section 1129(a)(3) has
18
been satisfied.
19
    4.   Section 1129(a)(4):  Payments Made or Promised
20
         For Services Or Costs And Expenses In Or In Connection
21
         With The Case Have Been Disclosed.
22
    Section 1129(a)(4) requires that any payment made or promised
23
by the proponent for services or for costs and expenses in, or in
24
connection with, the case, or in connection with the Plan, and
25
incident to the case, has been disclosed to the Court and any such
26
payment made before confirmation be reasonable or that such payment
27
be subject to approval of the Court as reasonable.
28
    In the instant case, all professionals rendering services to

1    the Debtor are receiving compensation only with Court approval.

2        5.    Section 1129(a)(5):   To The Extent Relevant, The

3           Identities Of The Individuals Proposed To Serve As

4           Debtor's Management After Confirmation Have Been

5           Disclosed.

6       The Disclosure Statement and the Plan each disclose that Arthur

7    Aslanian will continue to manage the Debtor after confirmation.

8    This provision has been complied with and is disclosed in the

9    section of the Plan entitled "Management of Debtor."

10       6.    Section 1129(a)(6):   No Regulatory Approval Is Necessary

11       Section 1129(a)(6) requires approval of any regulatory

12    commission of any rate change provided for in the Plan.   In these

13    circumstances, this provision does not apply to the Plan proposed by

14    the Debtor.

15       7.    Section 1129(a)(7):   The Best Interest Test Is Satisfied

16           With Respect To Each Class Of Creditors

17       In summary, under Section 1129(a)(7) the creditors of the

18    estate must either accept the Plan or receive thereunder at least as

19    much as such creditors would receive in a liquidation.   11 U.S.C.

20    section 1129(a)(7).

21       As described above, all creditors will ultimately be paid in

22    full.   This is at least as much as they would receive under Chapter

23    7 since the Court recently concluded that the value of the Property

24    was only $1.4 million.   That "value" would be completely consumed by

25    the obligation to NAT leaving NAT only partially paid and leaving

26    nothing for other creditors.

27    / / /

28    / / /

8.   Section 1129(a)(8):  Each Class has accepted the plan or
     is not impaired.

As scheduled above, two classes have not accepted the plan. Only NAT cast a "no" ballot.  Those in Class 4 (GenUnsec) simply failed to vote and are deemed, therefore, to have rejected the plan pursuant to §1127(c).

9.   Section 1129(a)(9):  Priority Claims Are Given
     Appropriate Treatment

Priority claims are paid in full as of the Effective Date of the plan, or the holders of such claims have agreed to a different treatment of such claim or will be given the treatment required by § 1129(a)(9)(C).

10.  Section 1129(a)(10):  At least One Impaired Class Has
     Accepted The Plan.

Under 11 U.S.C. Section 1129(a)(10), at least one impaired class must accept the Plan.  As scheduled above, three classes have accepted the plan (Tenants) or are deemed by operation of law (§1127(f) to have accepted the plan (RP Taxes and Equity Holders).

11.  Section 1129(a)(11):  Confirmation Of The Plan Is Not
     Likely To Be Followed By A Further Need For Financial
     Reorganization.

Section 1129(a)(11) contains a feasibility standard.   "A plan meets [the] feasibility standard if the plan offers a reasonable prospect of success and is workable ...." and "... a guarantee of the future is not required."  In re Patrician St. Joseph Partners Ltd. Partnership, 169 B.R. 669, 676 (D. Ariz. 1994).  The information provided in the Disclosure Statement satisfies this standard.

The two criteria of feasibility are sufficient cash on hand on the Effective Date and that the Debtor will have sufficient cash on hand over the life of the Plan to make required Plan payments.

The proposed plan calls for about $350,000 to be paid after confirmation.  Debtor's insiders will contribute $400,000 on or before the Effective Date.  Thus there will be sufficient funds on hand as of the Effective Date.

Over the life of the plan, the obligation to NAT (after payment of the initial $300,000) will be less than $2 million.  Using the $2 million figure, however, the plan provides for the payment of interest only at the pre-petition note rate.  Pursuant to a modification of the note dated August 28, 2010, that rate is the Wall Street Journal Prime Rate plus .5%.  As of April 29, 2010, the current prime rate is 3.25% which means that the current interest rate on the note is 3.75%.  The monthly payments due on the Plan Note will be approximately:

$$(3.75\% \times 1.8 \text{ million})/12 = \$5,625$$

As previously reported on numerous occasions in this case and as reflected on the Monthly Operating Reports filed in the case, the average rental income from the property is more than $6,500, greater than the amount needed to service the Plan Note.

At the conclusion of the plan and assuming that the obligation has not been satisfied, NAT will retain its rights to foreclose on the property.

/ / /

/ / /

/ / /

/ / /

Further reorganization is unlikely.

12.    Section 1129(a)(12):  All Fees Required By 28 U.S.C.
       § 1930 Have Or Will Be Paid.

The Plan provides that all fees of the U.S. Trustee will be paid on or before the Effective Date.

13.    Section 1129(a)(13):  The Retiree Protection Section Is
       Inapplicable.

**B.    THE COURT SHOULD CONFIRM THE PLAN PURSUANT TO SECTION 1129(b).**

11 U.S.C. § 1129(b) permits plan confirmation notwithstanding an inability to comply with § 1129(a)(8).  In this case there are two impaired classes who have rejected the plan but the plan satisfies the criteria for confirmation by cram-down.

1.    §1129(b)(1) - The Plan Does Not Discriminate and is Fair
      and Equitable

All like creditors and equity holders are treated the same and therefore, there is no unfair discrimination.

The plan provides for payment in full of all creditor claims.

In a hypothetical liquidation there is no value available for any creditors other than NAT and even NAT would realize less than the amount of its claim.  If the Court's valuation of $1.4 million is still valid, NAT would realize more than a $700,000 loss in liquidation.

2.    §1129(b)(2)(A): NAT's Secured Claim

The plan provides for NAT to retain its lien.  The plan provides for NAT to receive not only the value of the collateral (which the Court previously determined to be $1.4 million), but the full amount of its $2.1 million claim.  This satisfies the

1   requirements under §1129(b)(2)(A)(i).

2       3.    §1129(b)(2)(B): Unsecured Claims

3       Although they failed to vote and are thus deemed to have

4   rejected the plan, unsecured creditors will be paid in full.  This

5   satisfies the requirements under §1129(b)(2)(B)(i).

6                              **V.**

7                          **CONCLUSION**

8       Based upon the analysis and arguments presented herein, the

9   Debtor's Disclosure Statement and Amended Plan, the Debtor is

10  entitled to confirmation of its plan of reorganization and

11  respectfully requests that its plan be confirmed.

12  Dated: April 5/3, 2010              Respectfully submitted,

13                                       LAW OFFICES OF DAVID A. TILEM

14

15                                       By _____
                                         David A. Tilem, counsel for
16                                       Debtor and Debtor-in-
                                         Possession, The Andalucia
17                                       Project, LLC

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF ARTHUR ASLANIAN

I, Arthur Aslanian, declare and state as follows:

1. I am the 99% Member and Managing Member of debtor The Andalucia Project, LLC.(the "Debtor"). The matters stated herein below are known to me of personal knowledge and if called to testify thereto, I could do so competently and under oath.

2. This case was filed on September 1, 2009. I have worked diligently with counsel to evaluate and project the potentials for the Debtor to reorganize. The evaluations are contained within the Disclosure Statement and Amended Plan.

3. We have been working to ensure that the Debtor can reorganize and I believe that Debtor has the ability and can reorganize under the Plan offered for confirmation. The details of the Plan were carefully determined, and I believe the plan is proposed in good faith and pursuant to applicable bankruptcy law.

4. I attended a hearing at which the Court determined that, at least through December 31, 2009, the value of the Property was $1.4 million.

5. Although I did not vote on the plan, I do support confirmation. I am aware that professional compensation may not be paid until the case is dismissed or the Court has approved the amount to be paid.

5. Based on the proposed Plan, by the Effective Date the Debtor will be required to pay approximately $350,000. I have caused to be transmitted to Debtor's bankruptcy counsel the sum of $400,000 which may be used to pay Debtor's obligations under the Plan.

/ / /

6.    All claims will be satisfied except for those asserted by the Tenants for their security deposits and the claim of NAT Real Estate Management Group, Inc. ("NAT").

7.    On or before the Effective Date, Debtor will establish an escrow account and deposit into the account the amount necessary to pay all security deposits in full if, and when such amounts become due.

8.    The NAT claim will be paid over a period of five years using the rental income from the property and supplemented by me as necessary.  The obligation is to be paid over a period of 5 years with interest only being paid until the end of that term.

9.    On or about August 28, 2009 I entered into an agreement with First Regional Bank, NAT's predecessor in interest, fixing the interest rate on the obligation at Wall Street Journal ("WSJ") prime plus .5%.  A true and correct copy of the Change in Terms Agreement is attached as Exhibit "A".

10.    The WSJ prime rate as of today, April 29, 2010, is 3.25% which means the interest rate on the obligation to NAT is 3.75%. While I do not know the exact amount currently owed on the NAT claim, after an initial payment of $300,000, the balance due should be just under $2 million.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11.   Using those figures, I have computed the monthly payment under the Plan to be $5,625.  Since the inception of the Chapter 11 case, the property has generated $6,500 per month in rental income. Accordingly, there are sufficient funds from rental income to service the NAT obligation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was signed on ~~April~~ May 3, 2010 at Sherman Oaks, California.

Arthur Aslanian

## DECLARATION OF MALISSA MURGUIA

I, Malissa Murguia, declare and state as follows:

1.  I am employed by the Law Offices of David A. Tilem, counsel of record for The Andalucia Project, LLC, the debtor and debtor-in-possession in this case ("Debtor"). The matters stated herein below are known to me of my own personal knowledge. If called to testify thereto, I could do so competently and under oath.

2.  I have received, reviewed and tallied all ballots either approving or disapproving the Debtor's First Amended Chapter 11 plan of reorganization. True and correct copies of all the ballots are attached hereto collectively as Exhibit "B" and incorporated herein by reference as though fully set forth.

3.  In summary, I have created the following chart which sets forth the voting by the various classes:

### Ballot Tally

| Class # | Class Description | # Voting | Yes | Amount | No | Amount |
|---|---|---|---|---|---|---|
| 1 | Real property taxes | 0 | 0 | $0 | 0 | |
| 2 | NAT Real Estate Management Group, Inc. | 1 | 0 | $0 | 1 | $0 |
| 3 | Tenants holding security deposits | | | | | |
| 4 | General unsecured creditors | 0 | 0 | | 0 | |
| 5 | Membership interests | 0 | 0 | | 0 | |

/ / /

/ / /

/ / /

/ / /

1        4.    I have accessed the Court's PACER system and obtained a

2   current Docket of this case.   A true and correct copy of the Docket

3   is attached as Exhibit "C".

4        I declare under penalty of perjury that the foregoing is true

5   and correct under the laws of the State of California and that this

6   Declaration was signed on ~~April~~ May 3, 2010 at Glendale, California.

7

8                                        _Malissa Murguia_
                                         Malissa Murguia
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**"EXHIBIT A"**

# CHANGE IN TERMS AGREEMENT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $2,125,000.00 | 04-01-2008 | 10-01-2008 | 9750264 | 1D / 74 | | MK | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "*****" has been omitted due to text length limitations.

**Borrower:** The Andalucia Project, LLC
14900 Ventura Boulevard, Suite 220
Sherman Oaks, CA 91403

**Lender:** FIRST REGIONAL BANK
South Bay Real Estate
970 W. 190th Street, Suite 400
Torrance, CA 90502
(310) 715-6776

**Principal Amount: $2,125,000.00** **Initial Rate: 5.500%** **Date of Agreement: August 28, 2008**

**DESCRIPTION OF EXISTING INDEBTEDNESS.** A Promissory Note in the original amount of $2,125,000.00 dated September 27, 2006 and a Change in Terms Agreements dated October 1, 2007 and April 1, 2008 by and between The Andalucia Project, LLC and Lender.

**DESCRIPTION OF COLLATERAL.** A Deed of Trust dated September 27, 2006 for Real Property located at 4235-4241 N. Fulton Avenue, Los Angeles, CA 91423.

**DESCRIPTION OF CHANGE IN TERMS.** The floor rate is hereby eliminated effective August 28, 2008.

The interest rate is hereby amended to reflect an increase from Wall Street Journal Prime plus 0.00% to Wall Street Journal Prime plus 0.50%.

In the event Borrower incurs a future Late Charge, Lender will have the option to revert the floor rate back to 8.25% and the interest rate back to Wall Street Journal Prime plus 0%. If the option is exercised, the floor and spread will not revert back to the modified level because of reinstatement.

All other terms and conditions remain the same.

**CONTINUING VALIDITY.** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement. If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

**PRIOR TO SIGNING THIS AGREEMENT, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS AGREEMENT. BORROWER AGREES TO THE TERMS OF THE AGREEMENT.**

**BORROWER:**

**THE ANDALUCIA PROJECT, LLC**

**HAZELTINE 23, INC., Managing Member of The Andalucia Project, LLC**

By: ______________________________
Arthur R. Aslanian, President of Hazeltine 23, Inc.

LASER PRO Lending, Ver. 5.40.00.003 Copr. Harland Financial Solutions, Inc. 1997, 2008. All Rights Reserved. - CA F:\HARLAND\CFI\LPL\D20C.FC TR-3722 PR-37

**"EXHIBIT B"**

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Andalucia Project, LLC ("Debtor") has filed a Disclosure Statement and Plan of Reorganization on January 21, 2010.  By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each voting class.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b).

Check the appropriate line below, which describes your interest:

X   The undersigned is a creditor with an allowed claim in the amount of $ 2,247,529.50

___   The undersigned is the holder of ___% equity interest in the Debtor.

I hereby:   [ ] **Accept the Plan**   [X] **Reject the Plan**

Print or type name:   NAT Real Estate Management Group

State which class you are a member of: Class Two

Signed:   /S/ Pooneh Tanaeim

If appropriate, by: _____ as President

Address: c/o Graham Vaage LLP, 500 N. Brand Blvd., #1030, Glendale, CA 91203

Return this ballot on or before 5:00 p.m. California time on April 19, 2010 to:

Malissa Murguia
Law Offices of David A. Tilem
206 N. Jackson St., #201
Glendale, CA 91206

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Andalucia Project, LLC ("Debtor") has filed a Disclosure Statement and Plan of Reorganization on January 21, 2010.  By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each voting class.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b).

Check the appropriate line below, which describes your interest:

✓   The undersigned is a creditor with an allowed claim in the amount of $ ~~15,00~~

___   The undersigned is the holder of ___% equity interest in the Debtor.

I hereby:    [✓] **Accept the Plan**        [ ] **Reject the Plan**

Print or type name: _Namir Hanna_

State which class you are a member of: _____

Signed: _____

If appropriate, by: _____ as _____

Address: _4241 ½ Fulton (?) Ue shermanoaks_

Return this ballot on or before 5:00 p.m. California time on April 19, 2010 to:

Malissa Murguia
Law Offices of David A. Tilem
206 N. Jackson St., #201
Glendale, CA 91206

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Andalucia Project, LLC ("Debtor") has filed a Disclosure Statement a Plan of Reorganization on January 21, 2010.  By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each voting class.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b).

Check the appropriate line below, which describes your interest:

✓    The undersigned is a creditor with an allowed claim in the amount o $ _1000.00_

___    The undersigned is the holder of ___% equity interest in the Debtor

I hereby:    [✓] **Accept the Plan**        [ ] **Reject the Plan**

Print or type name: _Jennifer Hanson_

State which class you are a member of: _CA_

Signed: _Jennifer Hanson_

If appropriate, by: _____ as _____

Address: _13309 Woodbridge St. Sherman Oaks CA 9423_

Return this ballot on or before 5:00 p.m. California time on April 19, 2010 to:

Malissa Murguia
Law Offices of David A. Tilem
206 N. Jackson St., #201
Glendale, CA 91206

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Andalucia Project, LLC ("Debtor") has filed a Disclosure Statement a
Plan of Reorganization on January 21, 2010.  By this ballot you will decide
whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and
thereby bind you if it is accepted by the holders of two-thirds in amount and
more than one-half in number of claims in each class and the holders of two-
thirds in amount of equity security interests in each voting class.

If the requisite acceptances are not obtained, the Court may nevertheless
confirm the Plan if the Court finds that the Plan accords fair and equitable
treatment to the class or classes rejecting it and otherwise satisfies the
requirements of 11
U.S.C.A. § 1129(b).

Check the appropriate line below, which describes your interest:

✓    The undersigned is a creditor with an allowed claim in the amount c
$ 860.00

___    The undersigned is the holder of ___% equity interest in the Debtor

I hereby:    [√] **Accept the Plan**        [ ] **Reject the Plan**

Print or type name:    _Sammy Montero_

State which class you are a member of:    _CA_

Signed:    _____

If appropriate, by: _____ as _____

Address: _13315 Woodbridge Street Sherman Oaks, CA 91423_

Return this ballot on or before 5:00 p.m. California time on April 19, 2010 to:

Malissa Murguia
Law Offices of David A. Tilem
206 N. Jackson St., #201
Glendale, CA 91206

1

## BALLOT FOR ACCEPTING OR REJECTING PLAN

2    The Andalucia Project, LLC ("Debtor") has filed a Disclosure Statement a

3  Plan of Reorganization on January 21, 2010.  By this ballot you will decide

4  whether to accept or reject this Plan.

5    The Plan referred to in this ballot can be confirmed by the Court and

6  thereby bind you if it is accepted by the holders of two-thirds in amount and

7  more than one-half in number of claims in each class and the holders of two-

   thirds in amount of equity security interests in each voting class.

8    If the requisite acceptances are not obtained, the Court may nevertheless

9  confirm the Plan if the Court finds that the Plan accords fair and equitable

10  treatment to the class or classes rejecting it and otherwise satisfies the

11  requirements of 11

12  U.S.C.A. § 1129(b).

13    Check the appropriate line below, which describes your interest:

14    ✓     The undersigned is a creditor with an allowed claim in the amount o
       $ *500.00*

15    ___    The undersigned is the holder of ___% equity interest in the Debtor

16  I hereby:        [X] **Accept the Plan**        [ ] **Reject the Plan**

17

18  Print or type name:        *Gary Garver*

19  State which class you are a member of: *Creditor*

20  Signed:

21  If appropriate, by: _____ as _____

22  Address: _____

   Return this ballot on or before 5:00 p.m. California time on April 19, 2010 to:

23          Malissa Murguia
            Law Offices of David A. Tilem
24          206 N. Jackson St., #201
            Glendale, CA 91206

25

26

27

28

27

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Andalucia Project, LLC ("Debtor") has filed a Disclosure Statement and Plan of Reorganization on January 21, 2010.  By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each voting class.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b).

Check the appropriate line below, which describes your interest:

___✓___  The undersigned is a creditor with an allowed claim in the amount of $2,000.00

___  The undersigned is the holder of ___% equity interest in the Debtor.

I hereby:    [✓] **Accept the Plan**        [ ] **Reject the Plan**

Print or type name:  _Sammy Montero_

State which class you are a member of:  _CA_

Signed:  _____

If appropriate, by: _____ as _____

Address: _13315 Woodbridge Street Sherman Oaks, CA  91423_

Return this ballot on or before 5:00 p.m. California time on April 19, 2010 to:

Malissa Murguia
Law Offices of David A. Tilem
206 N. Jackson St., #201
Glendale, CA 91206

"EXHIBIT C"

## U.S. Bankruptcy Court
### Central District Of California (San Fernando Valley)
### Bankruptcy Petition #: 1:09-bk-21502-MT

*Date filed:* 09/01/2009

*Assigned to:* Maureen Tighe
Chapter 11
Voluntary
Asset

| | |
|---|---|
| *Debtor*<br>**The Andalucia Project, LLC**<br>14900 Ventura Blvd., #220<br>Sherman Oaks, CA 91403<br>Tax ID / EIN: 20-8740418 | represented by **David A Tilem**<br>Law Offices of David A Tilem<br>206 N Jackson St Ste 201<br>Glendale, CA 91206<br>818-507-6000<br>Fax : 818-507-6800<br>Email:<br>davidtilem@tilemlaw.com<br><br>**Sylvia Ho**<br>Law Offices of David A Tilem<br>206 N Jackson St Ste 201<br>Glendale, CA 91206<br>818-507-6000<br>Fax : 818-507-6800<br>Email:<br>SylviaHo@TilemLaw.com |
| *U.S. Trustee*<br>**United States Trustee (SV)**<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | represented by **Katherine Bunker**<br>21051 Warner Center Lane Ste 115<br>Woodland Hills, CA 91367<br>818-610-2376<br>Fax : 818-716-1576<br>Email: kate.bunker@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/01/2009 | 1 | Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by The Andalucia Project, LLC Chapter 11 Plan due by 12/30/2009. Disclosure Statement due by 12/30/2009. Schedule B due 09/16/2009. Statement of Financial Affairs due 09/16/2009. Incomplete Filings due by 09/16/2009. (Tilem, David) (Entered: 09/01/2009) |

| | | |
|---|---|---|
| 09/01/2009 | | Receipt of Voluntary Petition (Chapter 11)(1:09-bk-21502) [misc,volp11] (1039.00) Filing Fee. Receipt number 10562895. Fee amount 1039.00. (U.S. Treasury) (Entered: 09/01/2009) |
| 09/02/2009 | 2 | Statement of Corporate Ownership filed. Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 09/02/2009) |
| 09/03/2009 | 3 | Meeting of Creditors 341(a) meeting to be held on 9/30/2009 at 10:30 AM at RM 105, 21051 Warner Center Lane, Woodland Hills, CA 91367. Last day to oppose discharge or dischargeability is 11/30/2009. Proofs of Claims due by 12/29/2009. (Womack, Josie) (Entered: 09/03/2009) |
| 09/04/2009 | 4 | BNC Certificate of Service (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor The Andalucia Project, LLC) No. of Notices: 3. Service Date 09/04/2009. (Admin.) (Entered: 09/04/2009) |
| 09/04/2009 | | Receipt of Certification Fee - $9.00 by 20. Receipt Number 10026074. (admin) (Entered: 09/08/2009) |
| 09/04/2009 | | Receipt of Photocopies Fee - $1.50 by 20. Receipt Number 10026074. (admin) (Entered: 09/08/2009) |
| 09/05/2009 | 5 | BNC Certificate of Service (RE: related document(s) 3 Meeting of Creditors Chapter 11 & 12) No. of Notices: 34. Service Date 09/05/2009. (Admin.) (Entered: 09/05/2009) |
| 09/10/2009 | 6 | U.S. Trustee Motion to dismiss or convert *case under 11 U.S.C. Section 1112(b) with an order directing payment of quarterly fees and for judgment thereon; declaration of bankruptcy analyst with proof of service* Filed by U.S. Trustee United States Trustee (SV). (united states trustee (kcb)) (Entered: 09/10/2009) |
| 09/10/2009 | 7 | Application to Employ Law Offices of David A. Tilem as General Counsel Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 09/10/2009) |
| 09/15/2009 | | Hearing Set (RE: related document(s) 6 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (SV)) The Hearing date is set for 10/5/2009 at 10:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Dominguez, Amy) (Entered: 09/15/2009) |
| 09/16/2009 | 8 | Schedule B , Statement of Financial Affairs Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 1 Voluntary Petition (Chapter 11)). (Tilem, David) (Entered: 09/16/2009) |

| | | |
|---|---|---|
| 09/17/2009 | <u>9</u> | Emergency motion *for (1) order authorizing use of cash collateral (2) Setting final hearing and (3) Use of cash collateral after final hearing* Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 09/17/2009) |
| 09/17/2009 | <u>10</u> | Notice of Hearing Filed by Debtor The Andalucia Project, LLC (RE: related document(s) <u>9</u> Emergency motion *for). (Tilem, David) (Entered: 09/17/2009)* |
| 09/18/2009 | <u>11</u> | Proof of service *Amended* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) <u>10</u> Notice of Hearing). (Tilem, David) (Entered: 09/18/2009) |
| 09/21/2009 | | Hearing Set (RE: related document(s) <u>9</u> Emergency motion filed by Debtor The Andalucia Project, LLC) The Hearing date is set for 9/22/2009 at 02:00 PM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Marshall, Latanya) (Entered: 09/21/2009) |
| 09/21/2009 | <u>12</u> | Stipulation By The Andalucia Project, LLC and *Secured Creditor NAT Real Estate Investment Management Group, Inc.* Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 09/21/2009) |
| 09/21/2009 | <u>13</u> | Notice of Hearing *Continued* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) <u>9</u> Emergency motion *for). (Tilem, David) (Entered: 09/21/2009)* |
| 09/22/2009 | <u>14</u> | Order on interim stipulation with secured creditor authorizing use of cash collateral and continuing hearing on debtor's demergency motion for use of cash collateral. (Related Doc # <u>12</u> ) Signed on 9/22/2009 (Dominguez, Amy) (Entered: 09/22/2009) |
| 09/22/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) <u>9</u> EMERGENCY MOTION filed by The Andalucia Project, LLC) Hearing to be held on 10/28/2009 at 01:00 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for <u>9</u> , (Dominguez, Amy) (Entered: 09/22/2009) |
| 09/24/2009 | <u>15</u> | BNC Certificate of Service - PDF Document. (RE: related document(s) <u>14</u> Order (Generic)) No. of Notices: 4. Service Date 09/24/2009. (Admin.) (Entered: 09/24/2009) |
| 09/25/2009 | <u>16</u> | ORDER to continue/reschedule hearing on U S Trustee's motion to convert or dismiss from 10/5/2009 at 10 a.m .to 10/26/2009 at 10 a.m . (Related Doc # ) Signed on 9/25/2009 (Williams, Jewell) (Entered: 09/25/2009) |

| | | |
|---|---|---|
| 09/25/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) 6 U.S. TRUSTEE MOTION TO DISMISS OR CONVERT filed by United States Trustee (SV)) Hearing to be held on 10/26/2009 at 10:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 6 , (Williams, Jewell) (Entered: 09/25/2009) |
| 09/27/2009 | 17 | BNC Certificate of Service - PDF Document. (RE: related document(s) 16 ORDER to continue/reschedule hearing) No. of Notices: 4. Service Date 09/27/2009. (Admin.) (Entered: 09/27/2009) |
| 09/28/2009 | 18 | Declaration re: non opposition Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 7 Application to Employ Law Offices of David A. Tilem as General Counsel ). (Tilem, David) (Entered: 09/28/2009) |
| 10/02/2009 | 19 | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150, Filed by Creditor NAT Real Estate Investments Management Group Inc. (Attachments: # 1 Exhibit Ex2# 2 Exhibit Ex3-Ex5# 3 Exhibit Ex6) (Vaage, Susan) (Entered: 10/02/2009) |
| 10/02/2009 | | Receipt of Motion for Relief from Stay - Real Property(1:09-bk-21502-MT) [motion,nmrp] ( 150.00) Filing Fee. Receipt number 11010885. Fee amount 150.00. (U.S. Treasury) (Entered: 10/02/2009) |
| 10/02/2009 | 20 | Declaration re: *Pooneh Taneim in Support of Motion for Relief From Stay* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,). (Attachments: # 1 Exhibit Ex2# 2 Exhibit Ex3-Ex4# 3 Exhibit Ex5a# 4 Exhibit 5b# 5 Exhibit 5c# 6 Exhibit 5d# 7 Exhibit 5e# 8 Exhibit 5f# 9 Exhibit 5g# 10 Exhibit 5h# 11 Exhibit Ex6-Ex13# 12 Exhibit Ex14-Ex16) (Vaage, Susan) (Entered: 10/02/2009) |
| 10/05/2009 | | Hearing Set (RE: related document(s) 19 Motion for Relief from Stay - Real Property filed by Creditor NAT Real Estate Investments Management Group Inc.) The Hearing date is set for 10/28/2009 at 01:00 PM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Williams, Jewell) (Entered: 10/05/2009) |

| 10/07/2009 | 21 | Declaration re: *Appraiser Jerry M. Tempkin* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,). (Attachments: # 1 Exhibit Exhibit 2# 2 Exhibit Exhibit 2a# 3 Exhibit Exhibit 2b# 4 Exhibit Exhibit 2d# 5 Exhibit Exhibit 2e# 6 Exhibit Exhibit 2f# 7 Exhibit Exhibit 2g) (Vaage, Susan) (Entered: 10/07/2009) |
|---|---|---|
| 10/08/2009 | 22 | Proof of service *of Declaration of Jerry M. Tempkin* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 21 Declaration). (Vaage, Susan) (Entered: 10/08/2009) |
| 10/09/2009 | 23 | Order Granting Application to Employ David A Tilem (Related Doc # 7 ) Signed on 10/9/2009. (Williams, Jewell) (Entered: 10/09/2009) |
| 10/13/2009 | 24 | Withdrawal re: *U.S. Trustee's Motion Under 11 U.S.C. Section 1112(b) to Convert or Dismiss Case with proof of service* Filed by U.S. Trustee United States Trustee (SV) (RE: related document(s) 6 U.S. Trustee Motion to dismiss or convert *case under 11 U.S.C. Section 1112(b) with an order directing payment of quarterly fees and for judgment thereon; declaration of bankruptcy analyst with proof of service*). (Bunker, Katherine) (Entered: 10/13/2009) |
| 10/14/2009 | 25 | Opposition to (related document(s): 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150, filed by Creditor NAT Real Estate Investments Management Group Inc.) Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 10/14/2009) |
| 10/14/2009 | 26 | Opposition to (related document(s): 9 Emergency motion *for (1) order authorizing use of cash collateral (2) Setting final hearing and (3) Use of cash collateral after final hearing* filed by Debtor The Andalucia Project, LLC) Filed by Creditor NAT Real Estate Investments Management Group Inc. (Attachments: # 1 Exhibit Exhibit 2# 2 Exhibit Exhibit 3-4# 3 Proof of Service) (Ortiz, Miguel) (Entered: 10/14/2009) |
| 10/14/2009 | 27 | Declaration re: *Pooneh Taneim in Support of Objection to Debtor's Motion to Use Cash Collateral* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 9 Emergency motion *for (1) order authorizing use of cash collateral (2) Setting final hearing and (3) Use of cash collateral after final hearing*). (Attachments: # 1 Exhibit Exhibit 2# 2 Exhibit Exhibit 3# |

| | | |
|---|---|---|
| | | 3 Exhibit Exhibit 4-11# 4 Exhibit Ex 12# 5 Exhibit Exhibit 13-16# 6 Proof of Service) (Ortiz, Miguel) (Entered: 10/14/2009) |
| 10/15/2009 | 28 | Errata *Notice* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,, 20 Declaration, 27 Declaration). (Ortiz, Miguel) (Entered: 10/15/2009) |
| 10/15/2009 | 29 | Proof of service *Amended* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 25 Opposition). (Tilem, David) (Entered: 10/15/2009) |
| 10/15/2009 | 30 | Reply to (related document(s): 26 Opposition filed by Creditor NAT Real Estate Investments Management Group Inc.) Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 10/15/2009) |
| 10/15/2009 | 31 | Objection (related document(s): 27 Declaration filed by Creditor NAT Real Estate Investments Management Group Inc.) Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 10/15/2009) |
| 10/15/2009 | 32 | Objection (related document(s): 20 Declaration filed by Creditor NAT Real Estate Investments Management Group Inc.) Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 10/15/2009) |
| 10/16/2009 | 33 | Motion to Borrow *from Premium Fianancing Specialists to Obtain New General Liability Insurance* Filed by Debtor The Andalucia Project, LLC (Attachments: # 1 Part 2 in support) (Tilem, David) (Entered: 10/16/2009) |
| 10/20/2009 | | Hearing Set (RE: related document(s) 33 Motion to Borrow filed by Debtor The Andalucia Project, LLC) The Hearing date is set for 11/30/2009 at 10:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Marshall, Latanya) (Entered: 10/20/2009) |
| 10/21/2009 | 34 | Declaration re: *in Support of Reply* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 30 Reply). (Tilem, David) (Entered: 10/21/2009) |
| 10/21/2009 | 35 | Declaration re: *in support of Opposition* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 25 Opposition). (Tilem, David) (Entered: 10/21/2009) |

| 10/22/2009 | 36 | Declaration re: *Supplemental, in support to* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 30 Reply). (Tilem, David) (Entered: 10/22/2009) |
|---|---|---|
| 10/22/2009 | 37 | Declaration re: *Supplemental, in support of* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 25 Opposition). (Tilem, David) (Entered: 10/22/2009) |
| 11/02/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) 19 MOTION FOR RELIEF FROM STAY - REAL PROPERTY filed by NAT Real Estate Investments Management Group Inc.) Hearing to be held on 12/07/2009 at 11:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 19 , (Williams, Jewell) (Entered: 11/02/2009) |
| 11/02/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) 9 EMERGENCY MOTION filed by The Andalucia Project, LLC) Hearing to be held on 12/07/2009 at 11:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 9 , (Williams, Jewell) (Entered: 11/02/2009) |
| 11/10/2009 | 38 | Statement *of Disinterestedness for Employment of Professional, Abergel* Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 11/10/2009) |
| 11/10/2009 | 39 | Application to Employ Michael Abergel as Appraiser Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 11/10/2009) |
| 11/17/2009 | 40 | Order Granting regarding: (1) debtor's motion for use of cash collateral; and (2) motion by Nat Real Estate Management Group, Inc for relief from stay (Related Doc # 9 ) Signed on 11/17/2009 (Williams, Jewell) (Entered: 11/17/2009) |
| 11/19/2009 | 41 | BNC Certificate of Service - PDF Document. (RE: related document(s) 40 Order (Generic)) No. of Notices: 8. Service Date 11/19/2009. (Admin.) (Entered: 11/19/2009) |
| 11/20/2009 | 42 | Order setting scheduling and case management conference, filing of monthly reports for 2/1/2010 at 10 a.m. (Related Doc # ) Signed on 11/20/2009 (Williams, Jewell) (Entered: 11/20/2009) |
| 11/22/2009 | 43 | BNC Certificate of Service - PDF Document. (RE: related document(s) 42 Order (Generic)) No. of Notices: 8. Service Date 11/22/2009. (Admin.) (Entered: 11/22/2009) |
| 11/23/2009 | | Hearing Set (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor The Andalucia Project, LLC) Status hearing to |

| | | be held on 2/1/2010 at 10:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. (Dominguez, Amy) (Entered: 11/23/2009) |
|---|---|---|
| 11/24/2009 | 44 | Status report *Joint* Filed by Debtor The Andalucia Project, LLC (RE: related document(s)Hearing (Bk Motion) Continued, Hearing (Bk Motion) Continued). (Tilem, David) (Entered: 11/24/2009) |
| 11/24/2009 | 45 | Small Business Monthly Operating Report for Filing Period September 2009 Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 11/24/2009) |
| 11/24/2009 | 46 | Small Business Monthly Operating Report for Filing Period October 2009 Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 11/24/2009) |
| 11/27/2009 | 47 | Proof of service Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 42 Order (Generic)). (Tilem, David) (Entered: 11/27/2009) |
| 12/05/2009 | 48 | Small Business Monthly Operating Report for Filing Period November 2009 Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 12/05/2009) |
| 12/08/2009 | 49 | Order Granting Application to Employ Michael Abergel of Abergel & Associates as appraiser (Related Doc # 39 ) Signed on 12/8/2009. (Williams, Jewell) (Entered: 12/08/2009) |
| 12/10/2009 | 50 | Order Granting Motion To Borrow/ authority to enter into post-petition premium financing agreement with premium financing to obtain new general liability insurance policy (Related Doc # 33 ) Signed on 12/10/2009 (Williams, Jewell) (Entered: 12/10/2009) |
| 12/12/2009 | 51 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 50 Order on Motion to Borrow) No. of Notices: 9. Service Date 12/12/2009. (Admin.) (Entered: 12/12/2009) |
| 12/15/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) 9 EMERGENCY MOTION filed by The Andalucia Project, LLC) Hearing to be held on 12/21/2009 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 9 , (Dominguez, Amy) (Entered: 12/15/2009) |
| 12/15/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) 19 MOTION FOR RELIEF FROM STAY - REAL PROPERTY filed by NAT Real Estate Investments Management Group Inc.) Hearing to be held on 12/21/2009 at 09:00 AM 21041 Burbank Blvd Woodland |

| | | Hills, CA 91367 for <u>19</u> , (Dominguez, Amy) (Entered: 12/15/2009) |
|---|---|---|
| 12/18/2009 | <u>52</u> | Order to extend debtor's use of cash collateral as stipulated to in interim order entered November 17, 2009. (Related Doc # <u>9</u> ) Signed on 12/18/2009 (Dominguez, Amy) (Entered: 12/18/2009) |
| 12/20/2009 | <u>53</u> | BNC Certificate of Notice - PDF Document. (RE: related document(s) <u>52</u> Order (Generic)) No. of Notices: 9. Service Date 12/20/2009. (Admin.) (Entered: 12/20/2009) |
| 12/30/2009 | <u>54</u> | Order Granting Debtors Motion to use Cash Collateral (Related Doc # <u>9</u> ) Signed on 12/30/2009 (Harraway, Phillip) (Entered: 12/30/2009) |
| 01/01/2010 | <u>55</u> | BNC Certificate of Notice - PDF Document. (RE: related document(s) <u>54</u> Order (Generic)) No. of Notices: 9. Service Date 01/01/2010. (Admin.) (Entered: 01/01/2010) |
| 01/11/2010 | <u>56</u> | Status report Filed by Debtor The Andalucia Project, LLC (RE: related document(s) <u>42</u> Order (Generic)). (Tilem, David) (Entered: 01/11/2010) |
| 01/13/2010 | <u>57</u> | Findings of Fact and Order re Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # <u>19</u> ) Signed on 1/13/2010 (Harraway, Phillip) (Entered: 01/13/2010) |
| 01/15/2010 | <u>58</u> | BNC Certificate of Notice - PDF Document. (RE: related document(s) <u>57</u> Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 9. Service Date 01/15/2010. (Admin.) (Entered: 01/15/2010) |
| 01/19/2010 | <u>59</u> | Motion *for Order Modifying Scheduling Order of January 13, 2010 (Pacer Docket #57); Declaration of David A. Tilem* Filed by Debtor The Andalucia Project, LLC (Ho, Sylvia) (Entered: 01/19/2010) |
| 01/21/2010 | <u>60</u> | Addendum to voluntary petition Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 01/21/2010) |
| 01/21/2010 | <u>61</u> | Chapter 11 Plan of Reorganization , Disclosure Statement Filed by Debtor The Andalucia Project, LLC. (Attachments: # <u>1</u> Exhibit A-E# <u>2</u> Exhibit F# <u>3</u> Exhibit G# <u>4</u> Proof of Service)(Tilem, David) (Entered: 01/21/2010) |
| 01/21/2010 | <u>62</u> | Notice of Hearing *on DIsclosure Statement Filed By The Andalucia Project, LLC* Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 01/21/2010) |

CM/ECF - U.S. Bankruptcy Court (3.3.2 - LIVE)    Doc 99    Filed 05/03/10    Entered 05/03/10 16:34:03    Desc
Main Document    Page 40 of 50

Case 1:09-bk-21502-MT    Doc 99    Filed 05/03/10    Entered 05/03/10 16:34:03    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?112957502896-L_...

| | | |
|---|---|---|
| 01/22/2010 | 63 | Application shortening time *for Motion for Relief From the Automatic Stay* Filed by Creditor NAT Real Estate Investments Management Group Inc. (Ortiz, Miguel) (Entered: 01/22/2010) |
| 01/22/2010 | 64 | Declaration re: *of Miguel A. Ortiz in Support of Application for Order Shortening Time* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 63 Application shortening time *for Motion for Relief From the Automatic Stay*). (Ortiz, Miguel) (Entered: 01/22/2010) |
| 01/25/2010 | 65 | ORDER shortening time on motion for relief from stay set for 2/1/2010 at 10 a.m. (Related Doc # 63 ) Signed on 1/25/2010 (Williams, Jewell) (Entered: 01/25/2010) |
| 01/27/2010 | 66 | Motion to Amend (related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,, 63 Application shortening time *for Motion for Relief From the Automatic Stay*) Filed by Creditor NAT Real Estate Investments Management Group Inc. (Ortiz, Miguel) (Entered: 01/27/2010) |
| 01/27/2010 | 67 | Declaration re: *of Miguel A. Ortiz in Support of Movant's Amended Motion for Relief from the Automatic Stay* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 66 Motion to Amend (related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,, 63 Application shortening). (Ortiz, Miguel) (Entered: 01/27/2010) |
| 01/27/2010 | 68 | Declaration re: *of Miguel A. Ortiz Re Default Under Adequate Protection Order Request for Entry of Order Granting Relief From Stay* Filed by Creditor NAT Real Estate Investments Management Group Inc.. (Ortiz, Miguel) (Entered: 01/27/2010) |
| 01/27/2010 | 69 | Request for judicial notice Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 66 Motion to Amend (related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,, 63 Application shortening). (Ortiz, Miguel) (Entered: 01/27/2010) |
| 01/27/2010 | 70 | Proof of service *of Order Granting NAT's Application for an Order Shortening Time* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 63 Application |

| | | |
|---|---|---|
| | | shortening time *for Motion for Relief From the Automatic Stay*). (Ortiz, Miguel) (Entered: 01/27/2010) |
| 01/27/2010 | 71 | Declaration re: *of Miguel A. Ortiz Re Telephonic Notice of Hearing* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 66 Motion to Amend (related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,, 63 Application shortening). (Ortiz, Miguel) (Entered: 01/27/2010) |
| 01/27/2010 | | Hearing Set (RE: related document(s) 66 Motion to Amend filed by Creditor NAT Real Estate Investments Management Group Inc.) The Hearing date is set for 2/1/2010 at 10:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Williams, Jewell) (Entered: 01/27/2010) |
| 01/27/2010 | 72 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 65 ORDER shortening time) No. of Notices: 10. Service Date 01/27/2010. (Admin.) (Entered: 01/27/2010) |
| 01/29/2010 | 73 | Declaration re: *Supplemental Declaration of Susan L. Vaage in Support of Amended Motion for Relief from the Automatic Stay* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 66 Motion to Amend (related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,, 63 Application shortening). (Vaage, Susan) (Entered: 01/29/2010) |
| 02/01/2010 | | Hearing Set (RE: related document(s) 61 Chapter 11 Plan filed by Debtor The Andalucia Project, LLC) Confirmation hearing to be held on 3/8/2010 at 10:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Williams, Jewell) (Entered: 02/01/2010) |
| 02/01/2010 | | Hearing (Bk Other) Continued (RE: related document(s) 1 VOLUNTARY PETITION (CHAPTER 11) filed by The Andalucia Project, LLC) Status Hearing to be held on 03/08/2010 at 10:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 1 , (Williams, Jewell) (Entered: 02/01/2010) |
| 02/01/2010 | | Hearing (Bk Motion) Continued (RE: related document(s) 66 MOTION TO AMEND filed by NAT Real Estate Investments Management Group Inc.) Hearing to be held on 03/08/2010 at 10:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 66 , (Williams, Jewell) (Entered: 02/01/2010) |

| 02/11/2010 | 74 | Order Granting Motion To Amend (RE: Related Doc#66) Signed on 2/11/2010 (Dominguez, Amy) (Entered: 02/11/2010) |
|---|---|---|
| 02/12/2010 | 75 | Declaration re: *of Arthur Aslanian Regarding Payment of Property Taxes, Utility Deposit and Costs of Property Repair* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 73 Declaration). (Tilem, David) (Entered: 02/12/2010) |
| 02/13/2010 | 76 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 74 Order on Motion to Amend) No. of Notices: 10. Service Date 02/13/2010. (Admin.) (Entered: 02/13/2010) |
| 02/22/2010 | 77 | Objection to Confirmation of Plan *Objection to Disclosure Statement* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 61 Chapter 11 Plan of Reorganization , Disclosure Statement Filed by Debtor The Andalucia Project, LLC.). (Ortiz, Miguel) (Entered: 02/22/2010) |
| 02/23/2010 | 78 | Declaration re: *Miguel A. Ortiz In Support of NAT'S Continued Motion for Relief From Stay* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 66 Motion to Amend (related document(s) 19 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4235-4243 Fulton; 13309-13319 Woodbridge . Fee Amount $150,, 63 Application shortening). (Ortiz, Miguel) (Entered: 02/23/2010) |
| 02/26/2010 | 79 | Declaration re: *Motion for Order Modifying Scheduling Order of January 13, 2010* Filed by Attorney David A Tilem (RE: related document(s) 59 Motion *for Order Modifying Scheduling Order of January 13, 2010 (Pacer Docket #57); Declaration of David A. Tilem*). (Tilem, David) (Entered: 02/26/2010) |
| 03/01/2010 | 80 | Brief */Response to Further Declaration by Counsel of Secured Creditor Re Case Status* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 78 Declaration). (Tilem, David) (Entered: 03/01/2010) |
| 03/02/2010 | 81 | Order Granting Motion for order modifying scheduling order of January 13, 2010 (Pacer Docket #57) (Related Doc # 59 ) Signed on 3/2/2010 (Dominguez, Amy) (Entered: 03/02/2010) |
| 03/02/2010 | 82 | Brief */Response to NAt Management's Objection to Disclosure Statement* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 77 No action taken on Objection to Confirmation of the Plan). (Tilem, David) (Entered: 03/02/2010) |

| | | |
|---|---|---|
| 03/03/2010 | 83 | Objection to Confirmation of Plan *Reply to Debtor's Response to NAT's Objection* Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 61 Chapter 11 Plan of Reorganization , Disclosure Statement Filed by Debtor The Andalucia Project, LLC.). (Ortiz, Miguel) (Entered: 03/03/2010) |
| 03/04/2010 | 84 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 81 Order on Generic Motion) No. of Notices: 10. Service Date 03/04/2010. (Admin.) (Entered: 03/04/2010) |
| 03/08/2010 | 85 | Monthly Operating Report. Operating Report Number: 5. For the Month Ending 01/31/2010 Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 03/08/2010) |
| 03/08/2010 | 86 | Monthly Operating Report. Operating Report Number: 4. For the Month Ending 12/31/2009 Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 03/08/2010) |
| 03/08/2010 | 87 | Proof of service *on Notice of Hearing on Disclosure Statement Filed by The Andalucia Project, LLC* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 62 Notice of Hearing). (Tilem, David) (Entered: 03/08/2010) |
| 03/09/2010 | | Hearing Set (RE: related document(s) 61 Chapter 11 Plan filed by Debtor The Andalucia Project, LLC) Confirmation hearing to be held on 5/17/2010 at 10:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Williams, Jewell) (Entered: 03/09/2010) |
| 03/09/2010 | | Hearing (Bk Motion) Continued (RE: related document(s) 66 MOTION TO AMEND filed by NAT Real Estate Investments Management Group Inc.) Hearing to be held on 03/15/2010 at 10:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 66 , (Williams, Jewell) (Entered: 03/09/2010) |
| 03/09/2010 | | Hearing (Bk Other) Continued (RE: related document(s) 1 VOLUNTARY PETITION (CHAPTER 11) filed by The Andalucia Project, LLC) Status Hearing to be held on 05/10/2010 at 11:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 1 , (Williams, Jewell) (Entered: 03/09/2010) |
| 03/10/2010 | 88 | Order INTERIM on relief from stay motion filed by NAT Real Estate Investments Management Group (RE: Related Doc #66 ) Signed on 3/10/2010 (Dominguez, Amy) (Entered: 03/10/2010) |
| 03/11/2010 | | Hearing (Bk Motion) Continued (RE: related document(s) 66 MOTION TO AMEND filed by NAT Real Estate Investments |

| | | Management Group Inc.) Hearing to be held on 03/15/2010 at 10:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 66 , (Dominguez, Amy) (Entered: 03/11/2010) |
|---|---|---|
| 03/11/2010 | | Hearing (Bk Other) Continued (RE: related document(s) 1 VOLUNTARY PETITION (CHAPTER 11) filed by The Andalucia Project, LLC) Status Hearing to be held on 05/10/2010 at 11:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 1 , (Dominguez, Amy) (Entered: 03/11/2010) |
| 03/12/2010 | 89 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 88 Order on Motion to Amend) No. of Notices: 10. Service Date 03/12/2010. (Admin.) (Entered: 03/12/2010) |
| 03/15/2010 | 90 | Monthly Operating Report. Operating Report Number: 6. For the Month Ending 2/28/2010 Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 03/15/2010) |
| 03/17/2010 | | Hearing (Bk Motion) Continued (RE: related document(s) 66 MOTION TO AMEND filed by NAT Real Estate Investments Management Group Inc.) Hearing to be held on 05/10/2010 at 11:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 66 , (Williams, Jewell) (Entered: 03/17/2010) |
| 03/18/2010 | 91 | Amended Chapter 11 Plan & *Disclosure Statement* Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 61 Chapter 11 Plan of Reorganization , Disclosure Statement Filed by Debtor The Andalucia Project, LLC.). (Attachments: # 1 Part 2 in Support) (Tilem, David) (Entered: 03/18/2010) |
| 03/24/2010 | 92 | Declaration re: *Transmitted Notices Regarding Ballot Voting Deadlines to All Parties of Interest* Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 03/24/2010) |
| 03/24/2010 | 93 | Proof of service Filed by Debtor The Andalucia Project, LLC (RE: related document(s) 91 Amended Chapter 11 Plan). (Tilem, David) (Entered: 03/24/2010) |
| 03/25/2010 | 94 | Findings of Fact and Conclusions of Law regarding Approval of Debtors's Disclosure Statement. Signed on 3/25/2010. (Espino, Cecilia) (Entered: 03/26/2010) |
| 03/25/2010 | 95 | Order Conditionally Approving Debtor's Disclosure Statement and other matters Signed on 3/25/2010. (Espino, Cecilia) (Entered: 03/26/2010) |

| 04/14/2010 | 96 | Monthly Operating Report. Operating Report Number: 7. For the Month Ending March 31, 2010 Filed by Debtor The Andalucia Project, LLC. (Tilem, David) (Entered: 04/14/2010) |
| --- | --- | --- |
| 04/19/2010 | 97 | Objection to Confirmation of Plan Filed by Creditor NAT Real Estate Investments Management Group Inc. (RE: related document(s) 91 Amended Chapter 11 Plan & *Disclosure Statement* Filed by Debtor The Andalucia Project, LLC). (Ortiz, Miguel) (Entered: 04/19/2010) |
| 04/27/2010 | | Hearing Set (RE: related document(s) 91 Amended Chapter 11 Plan filed by Debtor The Andalucia Project, LLC) Confirmation hearing to be held on 5/10/2010 at 11:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Williams, Jewell) (Entered: 04/27/2010) |
| 05/03/2010 | 98 | Reply to (related document(s): 97 No action taken on Objection to Confirmation of the Plan filed by Creditor NAT Real Estate Investments Management Group Inc.) *to Objections by NAT to Confirmation of Debtor's 1st Amended Chapter 11 Plan of Reorganization* Filed by Debtor The Andalucia Project, LLC (Tilem, David) (Entered: 05/03/2010) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 05/03/2010 15:42:12 | | |
| **PACER Login:** | dt0398 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:09-bk-21502-MT Fil or Ent: filed From: 9/1/2009 To: 5/3/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Debtor's Brief in Suport of Confirmation of Its First   Amended Chapter 11 Plan of Reorganziation                                                           will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  5/3/10                             I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  5/3/10                             I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on                             I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/3/10 | Malissa Murguia | _Malissa Murguia_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Katherine Bunker: kate.bunker@usdoj.gov
Miguel A Ortiz: mortiz@grahamvaagelaw.com
David A Tilem: davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com;
ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage: svaage@grahamvaagelaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364

Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436

Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

Athens Services
P.O. Box 60009
City Of Industry, CA 91716-0009

Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326

City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012

Department Of Water And Power
P.O. Box 30808
Los Angeles, CA 90030-0808

Gary Garver
13317  Woodbridge Avenue.
Sherman Oaks, CA 91423

Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423

JMBM
1900 Avenue Of The Stars
Los Angeles, CA 90067-4308

John R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406

Kristi Jansma
13311 Woodbridge Avenue.
Sherman Oaks, CA 91423

Loreno Gonzalez
4243 1/2  N. Fulton Avenue
Sherman Oaks, CA 91423

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Namir
4241 1/2  N. Fulton Avenue
Sherman Oaks, CA 91423

NAT Real Estate Investments Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

Oscar Monarrez
4241 N. Fulton Avenue
Sherman Oaks, CA 91423

Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355

Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411

Roya Alamdari
13319  Woodbridge Avenue.
Sherman Oaks, CA 91423

Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356

Sammy Montero
13315  Woodbridge Avenue.
Sherman Oaks, CA 91423

Shahin Sharpar & Panteha Nikain
4243 N. Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202

Teresa Garcia
4237 N. Fulton Avenue
Sherman Oaks, CA 91423

The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

Susan L. Vaage
500 N. Brand #1030
Glendale, CA 91203

NAT Real Estate Investment Management
Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

First Regional Bank
Steven J. Sweeney
1801 Century Park East, #800
Los Angeles, CA 90067

Katherine Bunker
Office of U.S. Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367