UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:     1:09-bk-21502-MT<br>Operating Report Number: 8<br>For the Month Ending:    30-Apr-10 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. WELLS FARGO BANK GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     8,147.32

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     185.81

3. BEGINNING BALANCE:     7,961.51

4. RECEIPTS DURING CURRENT PERIOD:     0.00

5. BALANCE:     7,961.51

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     103.64

7. ENDING BALANCE:     7,857.87

8. Wells Fargo General DIP Acct Number:     XXXXXX9048

Depository Name & Location:
Wells Fargo Bank
P.O. Box 6995
Portland, OR  97228-6995

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WELLS FARGO GENERAL DIP ACCT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/20/2010 | EFT | Wells Fargo Bank | Service Charge | 103.64 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 103.64 |

WELLS FARGO GENERAL DIP ACCOUNT
BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 4/30/2010 | Balance on Statement: | $7,857.87 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                           | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                           | 0.00 |

Bank statement Adjustments:                         _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                              | $7,857.87 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

**WELLS FARGO**

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 2

| | 29,131 | (CO114) |
|---|---|---|
| Account Number: | | 9048 |
| Statement Start Date: | | 04/01/10 |
| Statement End Date: | | 04/30/10 |

Ildandidudlloudlddddddddddlldludlad
THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION
CH 11, CASE 09-21502, (CCA)
GENERAL OPERATAING ACCOUNT
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

**For Customer Assistance:**
**Call 800-225-5935 (1-800-CALL-WELLS).**

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| ANALYZED BUSINESS SERVICES PACKAGE 9048 | 7,961.51 | 0.00 | - 103.64 | 7,857.87 |

**News from Wells Fargo**

## Debits
### Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Apr 20 | 103.64 | Client Analysis Srvc Chrg 100419 Svc Chge 0310 9048 |
| | | 103.64 | Total Electronic Debits/ Bank Debits |
| | | 103.64 | Total Debits |

### Daily Ledger Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Mar 31 | 7,961.51 | Apr 20 | 7,857.87 | | |
| Average Daily Ledger Balance | | | 7,923.50 | | |

Continued on next page



*0G52E030I008429I01I02I0I0I0I0*

**WELLS FARGO**

Page 2 of 2

29,132

The Andalucia Project, Llc
Debtor In Possession

Account Number:                    9048
Statement End Date:          04/30/10

**On July 1, 2010, changes to the following fees will be effective:**
 **- The Cashed/Deposited Item Returned Unpaid fee will be $12.00 per item.**
 **- Non-Wells Fargo ATM cash withdrawal transactions fee of $2.50 each (U.S.) no longer waived. Free access to 12,000 Wells Fargo/Wachovia Bank ATMs across the country.**
 **- Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter fee will be 3% of the transaction amount for international transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.00.**

**For questions, contact your Business Banker or call the phone number at the top of your statement. Pricing may vary based on account relationship.**

---

Wells Fargo has innovative solutions designed to meet your business needs:

| ▌ Credit Services | ▌ Business Payroll Services | ▌ Equipment Finance |
| ▌ Treasury Management Services | ▌ International Trade Services | ▌ Corporate Finance |

For more information on our products and services,
please contact your Wells Fargo representative or visit us online at **wellsfargo.com.**

---

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

*Thank you for banking with Wells Fargo.*                              **Member FDIC**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 1:09-bk-21502-MT<br>Operating Report Number: 8<br>For the Month Ending: 30-Apr-10 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. WELLS FARGO BANK CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          52,074.37

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          49,665.65

3.  BEGINNING BALANCE:          2,408.72

4.  RECEIPTS DURING CURRENT PERIOD:          7,220.92

5.  BALANCE:          9,629.64

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          4,873.37

7.  ENDING BALANCE:          4,756.27

8.  WFB Pre Petition Money Market Acct Number:          XXXXXX9055

| Depository Name & Location: | Wells Fargo Bank |
|---|---|
| | P.O. Box 6995 |
| | Portland, OR  97228-6995 |

\*   All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM WFB CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/20/2010 | EFT | Wells Fargo | Service Charge | 120.29 |
| | | | | |
| 4/9/2010 | 1059 | United States Trustee | Quarterly Fee | 650.00 |
| 4/9/2010 | 1060 | NAT | Monthly Disbursement | 3,898.88 |
| 4/12/2010 | 1061 | Athens Services | Utilities:  Trash | 79.20 |
| 4/14/2010 | 1062 | Debbie Tyrell | Bookkeeping | 125.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 4,873.37 |

WFB CASH COLLATERAL DIP ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 4/30/2010 | Balance on Statement: | $8,655.15 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1060 | 4/9/2010 | 3,898.88 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    3,898.88

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       $4,756.27

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

**WELLS FARGO**

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 2
38934
Account Number:                    9055
Statement Period:        Apr 1, 2010-
                         Apr 30, 2010
Image Count:                        10

(CO114)

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION
CH 11, CASE 09-21502, (CCA)
CASH COLLATERAL ACCOUNT
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

**For Customer Assistance:**
**Call 800-225-5935 (1-800-CALL-WELLS).**

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| ANALYZED BUSINESS SERVICES PACKAGE 9055 | 3,398.56 | 7,220.92 | - 1,964.33 | 8,655.15 |

*News from Wells Fargo*

**Credits**
  **Deposits**

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Apr 01 | 2,000.96 | Deposit |
| | Apr 06 | 894.96 | Deposit |
| | Apr 07 | 2,363.00 | Deposit |
| | Apr 07 | 750.00 | Deposit |
| | Apr 08 | 600.00 | Deposit |
| | Apr 12 | 612.00 | Deposit |
| | | 7,220.92 | Total Deposits |
| | | 7,220.92 | Total Credits |

**Debits**
  **Electronic Debits/ Bank Debits**

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Apr 20 | 120.29 | Client Analysis Srvc Chrg 100419 Svc Chge 0310 9055 |
| | | 120.29 | Total Electronic Debits/ Bank Debits |

*Continued on next page*

**WELLS
FARGO**

*Page 2 of 2*
38935

The Andalucia Project, Llc
Debtor In Possession

Account Number:               9055
Statement End Date:        04/30/10

### Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 1048 | Apr 22 | 125.00 | 1056* | Apr 01 | 125.00 | 1061* | Apr 21 | 79.20 |
| 1051* | Apr 07 | 486.52 | 1057 | Apr 02 | 62.80 | 1062 | Apr 21 | 125.00 |
| 1053* | Apr 19 | 100.00 | 1058 | Apr 05 | 4.39 | | | |
| 1054 | Apr 05 | 86.13 | 1059 | Apr 15 | 650.00 | | | |

*Gap in check sequence          1,844.04      Total Checks Paid

                                   1,964.33      Total Debits

### Daily Ledger Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Mar 31 | 3,398.56 | Apr 07 | 8,642.64 | Apr 20 | 8,984.35 |
| Apr 01 | 5,274.52 | Apr 08 | 9,242.64 | Apr 21 | 8,780.15 |
| Apr 02 | 5,211.72 | Apr 12 | 9,854.64 | Apr 22 | 8,655.15 |
| Apr 05 | 5,121.20 | Apr 15 | 9,204.64 | | |
| Apr 06 | 6,016.16 | Apr 19 | 9,104.64 | | |

**Average Daily Ledger Balance              8,293.60**

**On July 1, 2010, changes to the following fees will be effective:**
- The Cashed/Deposited Item Returned Unpaid fee will be $12.00 per item.
- Non-Wells Fargo ATM cash withdrawal transactions fee of $2.50 each (U.S.) no longer waived. Free access to 12,000 Wells Fargo/Wachovia Bank ATMs across the country.
- Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter fee will be 3% of the transaction amount for international transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.00.

**For questions, contact your Business Banker or call the phone number at the top of your statement. Pricing may vary based on account relationship.**

---

Wells Fargo has innovative solutions designed to meet your business needs:

■ Credit Services                    ■ Business Payroll Services          ■ Equipment Finance
■ Treasury Management Services        ■ International Trade Services        ■ Corporate Finance

For more information on our products and services,
please contact your Wells Fargo representative or visit us online at **wellsfargo.com.**

---

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

*Thank you for banking with Wells Fargo.*                                    *Member FDIC*

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| NAT Real Estate Invest | All Due and Payable | 2,217,648.90 | N/A | 2,217,648.90 |
| LA County Tax Collector | Semi-Annually | 15,989.45 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 2,217,648.90 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Scottsdale Insurance Co | 1,000,000.00 | 9/29/2010 | 9/29/2010 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Other Property Insur. | Scottsdale Insurance Co | 935,000.00 | 9/29/2010 | 9/29/2010 |
| | | | | |

I.D. SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| Wells Fargo General DIP Account: | 7,857.87 |
| Wells Fargo Cash Collateral DIP Account: | 4,756.27 |
| Tax Account: | |

*Other Accounts:

*Other Monies:

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                                                12,614.14

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**                                    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2009 | 25.00 | 325.00 | 21-Oct-2009 | 325.00 | 0.00 |
| 31-Dec-2009 | 20,734.04 | 650.00 | 19-Jan-2010 | 650.00 | 0.00 |
| 31-Mar-2010 | 29,092.42 | 650.00 | 9-Apr-2010 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI SCHEDULE OF COMPENSA TION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | ✓ | ___ |

_____

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | ✓ | ___ |

_____

3.  State what progress was made during the reporting period toward filing a plan of reorganization

_____

4.  Describe potential future developments which may have a significant impact on the case:

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | ✓ | ___ |

_____

I,    Arthur Aslanian,
     declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


____5/4/10____                              _____
Date                         Page 8 of 8         Principal for debtor-in-possession

| In re:                                      | CHAPTER: **11**                      |
|---------------------------------------------|--------------------------------------|
| **The Andalucia Project, LLC**              | CASE NUMBER: **1:09-bk-21502 MT**    |
| Debtor(s).                                  |                                      |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as **MONTHLY OPERATING REPORT #8** in Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **5/13/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
  * Katherine Bunker    kate.bunker@usdoj.gov
  * Sylvia Ho    SylviaHo@TilemLaw.com,
malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
  * Miguel A Ortiz    mortiz@grahamvaagelaw.com
  * David A Tilem    davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
  * United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
  * Susan L Vaage    svaage@grahamvaagelaw.com

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **5/13/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

**Honorable Maureen Tighe
United States Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367**

**X**    Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/13/10 | Lorena Diaz |  |
|---------|-------------|--|
| Date    | Type Name   | Signature |

| In re: | CHAPTER: 11 |
|---|---|
| The Andalucia Project, LLC | CASE NUMBER: 1:09-bk-21502 MT |
| Debtor(s) | |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**George Griffith**
**Office of U.S. Trustee**
**21051 Warner Center Lane #115**
**Woodland Hills, CA 91367**