David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street
Glendale, California 91206
Tel: 818-507-6000   Fax: 818-507-6800
Email: DavidTilem@TilemLaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:                                ) Case No. **1:09-21502-MT**
                                      )
                                      ) Chapter 11
                                      )
                                      ) **NOTICE OF RE-SCHEDULED HEARING
                                      ) ON MOTION TO AMEND CHAPTER 11
                                      ) PLAN OF REORGANIZATION**
**THE ANDALUCIA PROJECT, LLC,**       )
                                      ) Date: June 14, 2010
                                      ) Time: 1:00 P.M.
                                      ) CtRm: 302
                                      )       21041 Burbank Blvd.
                                      )       Woodland Hills, CA 91367
           Debtor.                    )
_____       )

**PLEASE TAKE NOTICE** that the Law Offices of David A. Tilem, attorney for the Debtor, The Andalucia Project, LLC, hereby gives notice that the hearing on the Debtor's motion to amend chapter 11 plan of reorganization has been re-scheduled, from June 14, 2010 at 11:00 a.m. to June 14, 2010 at 1:00 p.m. The hearing room remains the same as previously noticed.

Dated: May 25, 2010                           LAW OFFICES OF DAVID A. TILEM

                                              _____
                                              BY: David A. Tilem
                                                  Attorney for Debtor

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| | THE ANDALUCIA PROJECT, LLC, | | |
| | Debtor(s). | CASE NUMBER | 1:09-bk-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 N. Jackson St., Suite 201, Glendale, California 91206.

A true and correct copy of the foregoing document described **NOTICE OF RE-SCHEDULED HEARING ON MOTION TO AMEND CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/25/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Katherine Bunker    kate.bunker@usdoj.gov
- Sylvia Ho    SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- Miguel A Ortiz    mortiz@grahamvaagelaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Susan L Vaage    svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **5/25/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/25/10 | Lorena Diaz | /s/ Lorena Diaz |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    Page 1 of 4    F 9013-3.1

| In re: THE ANDALUCIA PROJECT, LLC, Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER 1:09-bk-21502-MT |

## II. SERVED BY U.S. MAIL (continued):

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0325

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2668

Los Angeles City Clerk
P. O. Box 53200
Los Angeles, CA 90053-0200

NAT Real Estate Investments
Management Group Inc.
500 N. Brand Blvd., Ste. 1030
Glendale, CA 91203

Securities & Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

The Andalucia Project, LLC
14900 Ventura Blvd., #220
Sherman Oaks, CA 91403

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6603

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364

Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436

Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

Athens Services
P. O. Box 60009
City Of Industry, CA 91716-0009

Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326

City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012

DEPT OF WATER AND POWER
CITY OF LA - ATTN BANKRUPTCY
POB 51111
LOS ANGELES CA 90051-5700

Department Of Water And Power
P. O. Box 30808
Los Angeles, CA 90030-0808

Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423

Gary Garver
4235-4241 N. Fulton Avenue
#13317
Los Angeles, CA 91423

JMBM
1900 Avenue Of The Stars
Los Angeles, CA 90067-4308

Jamie LeBlanc And Jennifer
Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423

Jamie LeBlanc And Jennifer
Hansom
4235-4241 N. Fulton Avenue
#13309
Los Angeles, CA 91423

John R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406

KRISTI JANSMA
4485 1/2 HAZELTINE AVE
SHERMAN OAKS CA 91423

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    Page 2 of 4    F 9013-3.1

| In re: | CHAPTER | 11 |
|---|---|---|
| **THE ANDALUCIA PROJECT, LLC,** Debtor(s). | CASE NUMBER | 1:09-bk-21502-MT |

## II. SERVED BY U.S. MAIL (continued):

Kristi Jansma
13311 Woodbridge Avenue.
Sherman Oaks, CA 91423

Kristi Jansma
4235-4241 N. Fulton Avenue
#13311
Los Angeles, CA 91423

Loreno Gonzalez
4235-4241 N. Fulton Avenue
#4243.5
Los Angeles, CA 91423

Loreno Gonzalez
4243 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

NAT Real Estate Investments
Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

Namir
4235-4241 N. Fulton Avenue
#4241.5
Los Angeles, CA 91423

Namir
4241 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

Oscar Monarrez
4235-4241 N. Fulton Avenue
#4241
Los Angeles, CA 91423

Oscar Monarrez
4241 N. Fulton Avenue
Sherman Oaks, CA 91423

Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355

Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411

Roya Alamdari
13319 Woodbridge Avenue.
Sherman Oaks, CA 91423

Roya Alamdari
4235-4241 N. Fulton Avenue
#13319
Los Angeles, CA 91423

Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356

Sammy Montero
13315 Woodbridge Avenue.
Sherman Oaks, CA 91423

Sammy Montero
4235-4241 N. Fulton Avenue
#13315
Los Angeles, CA 91423

Shahin Sharpar & Panteha Nikain
4235-4241 N. Fulton Avenue
#4243
Los Angeles, CA 91423

Shahin Sharpar & Panteha Nikain
4243 N. Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202

Teresa Garcia
4235-4241 N. Fulton Avenue
#4237
Los Angeles, CA 91423

Teresa Garcia
4237 N. Fulton Avenue
Sherman Oaks, CA 91423

United States Trustee (SV)
(ATTN: Katherine Bunker)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Michael Abergel
Abergel & Associates Inc
26560 Agoura Rd Ste 203
Calabasas, CA 91302

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    Page 3 of 4    F 9013-3.1

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **THE ANDALUCIA PROJECT, LLC,** Debtor(s). | | CASE NUMBER | 1:09-bk-21502-MT |

## II. SERVED BY U.S. MAIL (continued):

Susan L. Vaage
500 N. Brand #1030
Glendale, CA 91203

NAT Real Estate Investment
Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

First Regional Bank
Steven J. Sweeney
1801 Century Park East, #800
Los Angeles, CA 90067

<u>Via DDS Attorney Service</u>:

Hon. Maureen A. Tighe
U.S. Bankruptcy Court - Central District of California
21041 Burbank Blvd, Suite 325
Woodland Hills, CA 91367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     Page 4 of 4     F 9013-3.1