1  David A. Tilem (Bar No. 103825)
   LAW OFFICES OF DAVID A. TILEM
2  206 N. Jackson Street, Suite 201
   Glendale, California 91206
3  Telephone:(818) 507-6000
   Facsimile:(818) 507-6800
4
   Attorneys for Debtor
5  and Debtor-In-Possession,
   The Andalucia Project, LLC.
6

7               UNITED STATES BANKRUPTCY COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9                WOODLAND HILLS DIVISION

10

11 In re:                          )  Case No. 1:09-21502-MT
                                    )
12                                  )  Chapter 11
                                    )
13                                  )  **NOTICE OF MOTION AND MOTION FOR**
                                    )  **ORDER AUTHORIZING DEBTORS TO**
14                                  )  **EMPLOY KENNETH FUNSTEN AND**
   THE ANDALUCIA PROJECT, LLC       )  **FUNSTEN ASSET MANAGEMENT COMPANY**
15                                  )  **AS EXPERT WITNESS; DECLARATION**
                                    )  **OF ARTHUR ASLANIAN; DECLARATION**
16                                  )  **OF KENNETH FUNSTEN**
                                    )
17                                  )  Date: (No hearing required)
                                    )  Time:
18             Debtor.              )  Ctrm: 303
   ─────────────────────────────────)
19

20      **TO THE UNITED STATES TRUSTEE, SECURED CREDITORS AND ALL OTHER**

21 **INTERESTED PARTIES:**

22      **NOTICE IS HEREBY GIVEN** that debtor and debtor-in-possession,

23 THE ANDALUCIA PROJECT, LLC, ("Debtor") moves the Court for leave to

24 employ Funsten Asset Management Company ("Funsten") as an expert

25 witness.

26      The Motion is based upon this Notice, the attached Memorandum

27 of Points and Authorities, the declaration of Arthur Aslanian and

28 such additional matters as may be considered by the Court at the

1 | time the Motion is heard.

2 |     Please take notice that, pursuant to Local Bankruptcy Rule

3 | 9013-1(o) this matter may be determined upon notice of opportunity

4 | to request a hearing. Further, under Local Bankruptcy Rule 9013-

5 | 1(o)(1), any response and request for hearing must be filed with

6 | the court and served on the movant and the United States trustee

7 | within 14 days from the date of service of the notice.

8 | Dated: June _11_, 2010                    LAW OFFICES OF DAVID A. TILEM

10 |                                    By: _____

11 |                                        David A. Tilem,
                                           Attorneys for Debtor

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2    THE ANDALUCIA PROJECT, LLC, is the debtor and debtor-in-

3 possession ("Debtor") in the above-captioned case.  Debtor seeks

4 leave to employ Kenneth Funsten and Funsten Asset Management

5 Company ("Funsten") as an expert witness and in support of its

6 request, represents as follows:

7    1.  A Voluntary Petition was filed pursuant to Chapter 11 of

8 Title 11 of the United States Code on September 1, 2009

9    2.  Debtor requires the assistance of Funsten to provide

10 expert witness testimony in connection with hearings to confirm its

11 proposed plan of reorganization.  Specifically Funsten will provide

12 expert testimony regarding appropriate interest and discount rates

13 to be applied under Bankruptcy Code §1111(b) and

14 §1129(b)(2)(A)(i)(II).

15    3.  Subject to approval of the Court, Bankruptcy Code sections

16 327 and 1108 authorize Debtors, as a debtors-in-possession, to

17 employ professionals at the expense of the estate.

18    4.  Debtor has spoken with Funsten and based on the

19 Declaration of Kenneth Funsten attached hereto, believes that

20 Funsten is competent to provide the necessary services.

21    5.  As set forth in the attached Declaration of Kenneth

22 Funsten, Funsten holds no claims against the estate and, has no

23 known prior connection with Debtor, its insiders or any creditors

24 of Debtor prior to the current representation.

25    6.  Funsten does not believe that any of the employees of

26 Funsten are related to any sitting member of the Bankruptcy Court

27 or any employee of the Office of the United States Trustee.

28    7.  Funsten does not believe that any of the employees of

Funsten are related to any of the creditors in this case and Funsten has not previously represented any creditor in connection with this case.

8.    Debtor believe that Funsten does "not hold or represent an interest adverse to the estate and [is a] disinterested person[]" as required by Section 327(a) of the Bankruptcy Code.

9.    The specific terms of the employment between the Debtor and Funsten are contained in a written engagement letter. A copy of the engagement letter is attached hereto as "Exhibit A" and incorporated herein by this reference.

10.    Pursuant to the retainer agreement between Debtor and Funsten and subject to the approval of the Court, Debtor has agreed to pay an advance retainer of $12,000.  The funds have been transmitted and are being held by Funsten pending an Order of the Court on this motion.

11.    The proposed employment of Funsten is necessary and appropriate under the facts of this case.  Funsten is competent and qualified to serve in this capacity.  Attached as Exhibit "B" is a true and correct copy of his resume.

WHEREFORE, Debtor prays as follows:

a.    For an Order authorizing Debtor to employ Funsten as of May 28, 2010 on the terms and conditions set forth in the retainer letter; and

b.    For such other and further relief as this Court deems just and proper.

Dated: June // , 2010                    LAW OFFICES OF DAVID A. TILEM

By: _____
                                         David A. Tilem,
                                         Attorneys for Debtor

## DECLARATION OF ARTHUR ASLANIAN

I, Arthur Aslanian, hereby declare and state as follows:

1.   I am the Managing Member of THE ANDALUCIA PROJECT, LLC, ("Debtor"), the debtor and debtor-in-possession in the above-entitled case.  Except as stated upon information and belief, the facts set forth in this declaration are personally know to me to be true and if called upon to do so, I could and would testify competently thereto.

2.   I spoke with Kenneth Funsten ("Funsten") about providing expert witness testimony regarding the interest and discount rates needed to confirm Debtor's proposed plan of reorganization.

3.   Subject to the approval of the Court, Debtor has entered into an agreement with Funsten regarding the terms and conditions of employment.  That agreement is reflected in a retainer letter a copy of which is attached hereto as "Exhibit A" for reference.

4.   Pursuant to the retainer agreement between Debtor and Funsten and subject to the approval of the Court, Debtor has agreed to pay, and has paid an advance retainer of $12,000.

I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on the ___9___ day of June, 2010 at Sherman Oaks, California.

Arthur Aslanian

## DECLARATION OF KENNETH FUNSTEN

I, Kenneth Funsten, hereby declare and state as follows:

    1.   I am the owner of Funsten Asset Management Company ("Funsten")and, in that capacity, authorized to execute this Declaration. Except as to matters stated to be based upon information and belief, the facts set forth in this declaration are personally known to me to be true and correct and if called upon to do so, I could and would testify competently thereto.

    2.   Funsten has been retained to provide expert witness services on behalf of THE ANDALUCIA PROJECT, LLC ("Debtor") in connection with Debtor's effort to confirm a proposed plan of reorganization.  Specifically, Funsten will provide testimony regarding interest and discount rates to be applied under Bankruptcy Code §1111(b) and §1129(b)(2)(A)(i)(II).

    3.   I believe that Funsten is competent and qualified to undertake this representation due to my knowledge and experience as a distressed-asset financial specialist.  Attached as "Exhibit B" is a true and correct copy of my resume.

    4.   Funsten has agreed to provide these services pursuant to the terms of a written agreement.  A true and correct copy of the agreement is attached as "Exhibit A".

    5.   Neither I nor any employee of Funsten has any prior connection to the Debtor, its insiders or any creditors of Debtor.

    6.   I do not believe that any of the employees of Funsten are related to any sitting member of the Bankruptcy Court or any employee of the Office of the United States Trustee.

/ / /

/ / /

7.    Funsten has requested and received an advance retainer in the amount of $12,000 for services.  The funds are being held in escrow pending the outcome of this motion.

I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on the ____ day of June, 2010 at Marina del Rey, California.

KENNETH FUNSTEN

**"EXHIBIT A"**

Arthur Aslanian
May 28, 2010

May 28, 2010

Mr. Arthur Aslanian
Managing Member
The Andalucia Project, LLC
14900 Ventura Blvd., Ste. 220
Sherman Oaks, CA 91403

Dear Arthur:

This signed agreement (the "Agreement") confirms that The Andalucia Project, LLC (the "Client") has retained FamCo Advisory Services ("FamCo") as of May 28, 2010, as an interest rate expert on the terms and subject to the conditions set forth herein (the "Engagement"). The Client, subject to the terms and conditions hereof, agrees to compensate FamCo for the services that FamCo renders pursuant to the terms hereof.

1. <u>Retention</u>. Subject to the provisions set forth below in this Agreement, the Client hereby retains FamCo effective as of the date of this letter as an expert on appropriate interest rates for its plan of reorganization. Subject to the terms and conditions of this Agreement, FamCo hereby agrees to provide the Client with services in connection with the Engagement until the termination of this Agreement.

2. <u>Compensation and Expense Reimbursement</u>. In consideration of the obligations of FamCo hereunder the Client agrees to pay FamCo's hourly rates (as defined below) in cash, plus travel expenses, with $12,000.00 to be paid via federal bank wire as follows as an advance retainer for work to be performed (the "Retainer") upon execution of this Agreement, subject to the provisions hereof:

   <u>Fed Wire Instructions for Retainer</u>:

   Citibank, N.A.
   ABA 021 000 089
   For A/C of Charles Schwab & Co.
   A/C #4055-3953
   Account of Funsten Asset Management Co.
   Account #4636-2324

   (a) FamCo's professional expert services shall be comprised of three components, a written report, a deposition and a court appearance defined as follows;

Arthur Aslanian
May 28, 2010

(i) Written Report:  FamCo shall perform a review of appropriate documents, a factual investigation and preparation of a written report on the subject of an appropriate interest rate for the Client's plan of reorganization.  Kenneth Funsten's hourly fee for this work is $375.00.

(ii) Deposition: Kenneth Funsten shall appear at a to-be-specified time and place for a deposition by the attorneys of the Client's creditors.  FamCo shall be reimbursed for all travel expenses pursuant to section 2(b).  Kenneth Funsten's hourly fee for this work is $525.00.

(iii) Court Appearance:  Kenneth Funsten shall appear at the June 14, 2010, confirmation hearing in Woodland Hills to testify.  FamCo shall be reimbursed for all travel expenses pursuant to section 2(b).  Kenneth Funsten's hourly fee for this work is $525.00.

(b) In addition, and without regard to whether this Agreement is terminated, the Client agrees to pay in cash, promptly as billed, all reasonable out-of-pocket expenses of FamCo incurred in connection with services rendered pursuant to this Agreement including but not limited to out-of-town travel expenses. The Client agrees to pay the reasonable cost of transportation, meals, lodging and all other costs of any necessary out-of-town travel by FamCo's personnel.

(c) Kenneth Funsten's hourly fee for any travel necessary pursuant to this Engagement is $375.00 an hour, during which Kenneth Funsten shall endeavor to spend all available travel time working on the Engagement.  Any FamCo fees incurred above the Retainer amount shall be billed as appropriate to the Client by FamCo and paid within 7 days of court approval.

3. Termination.  FamCo may resign and the Client may terminate FamCo's engagement hereunder upon 14 days' written notice.  If the Client terminates the engagement of FamCo hereunder for any reason, however, FamCo shall be entitled to retain all fees received and/or earned to that termination date and all of the amounts payable in respect of out-of-pocket expenses incurred pursuant to Section 2 hereof up to and including the effective date of such termination.

4. Indemnity.  In consideration of FamCo's agreement to act on behalf of the Client, notwithstanding any limitations set forth herein, the Client agrees to indemnify and hold harmless FamCo, its agents, affiliates, representatives, employees, officers and directors (each and "Indemnified Party"), from and against any and all losses, claims, judgments,

Arthur Aslanian
May 28, 2010

damages, liabilities and expenses arising out of any Indemnified Party's services in connection with the Engagement.

5. <u>Survival of Certain Provisions</u>.   The compensation and expense reimbursement provisions contained in Sections 2 and 3 of this Agreement, the indemnity agreement contained in Section 4 of this Agreement, and this Section 5 shall remain operative and in full force and effect regardless of (a) any investigation made by or on behalf of FamCo, or by or on behalf of any Indemnified Person (as such term is defined in Section 4 hereto), or (b) any termination or expiration of this Agreement, and shall be binding upon, and shall inure to the benefit of, any successors, assigns, heirs and personal representatives of the Client, FamCo, the Indemnified Persons and any such person.

6. <u>Notices</u>.  Notice given pursuant to any of the provisions of this Agreement shall be in writing and shall be mailed via U.S. Certified Mail or delivered (a) to Arthur Aslanian, 14900 Ventura Blvd., #220, Sherman Oaks, CA  91403 (Client) and (b) to Kenneth B. Funsten, CFA, FamCo Advisory Services, 121 Outrigger Mall, Los Angeles, CA  90292.

7. <u>Choice of Law, Jurisdiction</u>.  This Agreement shall be governed by, and construed in accordance with, the laws of the State of California.  The Client and FamCo hereby submit to the jurisdiction of the Federal and California courts in connection with any suit, action, or proceeding related to this Agreement or any of the matters contemplated hereby.  However, if FamCo or its associates or personnel need to travel for any reason due to jurisdictional choice, the Client shall pay these expenses for FamCo.

8. <u>Severability</u>.  Any determination that any provision of this Agreement may be, or is, unenforceable shall not affect the enforceability of the remainder of this Agreement.

9. <u>Headings</u>.  The section headings in the Agreement have been inserted as a matter of convenience of reference and are not part of this Agreement.

10. <u>Counterparts</u>.  This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

11. <u>Third Party Beneficiaries</u>.  This Agreement has been and is made solely for the benefit of the Client, FamCo and the Indemnified Persons referred to in Section 4 hereof and their respective successors and assigns, and no other person shall acquire or have any right under or by virtue of this Agreement.

Arthur Aslanian
May 28, 2010

12. <u>Modification</u>.  This Agreement may not be modified or amended except in writing, duly executed by the parties hereto.

If the foregoing terms correctly set forth our agreement, please confirm this by signing and returning to FamCo a duplicate copy of this letter.  Thereupon, this letter, as signed in counterpart, shall constitute our agreement on the subject matter herein.

Kenneth B. Funsten, CFA
Funsten Asset Management Company
121 Outrigger Mall
Los Angeles, CA  90292

By: _____

Mr. Kenneth B. Funsten, CFA
President

Confirmed and agreed to as of May 28, 2010:

CLIENT

By:   THE ANDALUCIA PROJECT, LLC

Arthur Aslanian, Managing Member

Approved as to form:

LEGAL COUNSEL

(Firm name)

By: _____

Signature

Page 4 of 4

012

**"EXHIBIT B"**

**NAME:**            **Kenneth Bowen Funsten, CFA**

MAILING ADDRESS:    FamCo Advisory Services, Funsten Asset Management Company,
                    121 Outrigger Mall, Marina del Rey, CA 90292

TELEPHONE:          (310) 857-6454 (office) and (310) 710-2673 (mobile)

EMAIL ADDRESS:      ken.funsten@FamCoAdvisory.com

EDUCATION:          San Marino High School, San Marino, CA, 1970

                    University of California, Berkeley, CA 1970-1972

                    University of California, Santa Cruz, CA 1972-1975
                    B.A. Literature, with Honors

                    University of Southern California, Los Angeles, CA 1986-1988
                    Marshall Graduate School of Business
                    M.B.A. Finance and Real Estate, Dean's List, Recipient of Associates Fellowship

**WORK EXPERIENCE:**

Kenneth B. Funsten, CFA, has 20 years of experience as a distressed-asset financial specialist.  After working for various financial institutions, Funsten founded a series of private-equity hedge funds in the early 1990s, pioneering distressed fixed income limited partnerships.  His hands-on style has helped lenders, investors and other constituents save as well as make money.  His expertise includes Board-of-Director and interim crisis management, restructurings both in and out of court, valuing complex, hard-to-price securities, setting appropriate interest rates for same, and negotiating partnership-dispute resolutions.  An expert in analytical financial techniques and personnel-management skills, Funsten has had significant success using his tested written and verbal communication abilities to find common ground in complex negotiations between opposing financial interests.

**FUNSTEN ASSET MANAGEMENT COMPANY, 121 Outrigger Mall, Marina del Rey, CA 90292**
May 1993 – Present
Title:  Founder

Responsibilities included: the regular analysis, selection, trading and monitoring of over $150 million in distressed debt and mortgage securities; the creation of an evaluation methodology and a spreadsheet

1

014

software for that methodology; instructing others in its use; the management of a research team of
fixed income analysts; the generation of monthly and quarterly communications to investors; frequent
appearances at investment industry conferences and symposia as an expert speaker or featured panel
participant; consultant reports commissioned by major ERISA Taft-Hartley pension plan clients; almost
daily negotiations with securities brokers, business brokers and opposing interests in and out of court,
as well as with the various service providers contracted by him and by the firm's portfolio companies;
and overall administration of Funsten Asset Management while a California Department of
Corporations-registered investment advisor.  Kenneth Funsten's combination of financial training,
management expertise and communication skills allows him to excel at complicated analyses,
investments and consulting assignments, and then negotiate successful financial agreements.
Highlights at Funsten Asset Management include:

- Appointed Chairman of the Board by Indenture Trustee **U.S. Bank**, Funsten successfully turned
  around **Buffalo Color Corporation**, a $35 million specialty chemical manufacturer once part of
  Allied Chemical. He oversaw a Chapter-11 pre-pack of its holding company Lanesborough
  Corporation, reorganized BCC's top and middle management, led a team to Washington to protest
  Chinese dumping and appeared twice in front of the International Trade Commission and the
  Department of Commerce in winning 135% tariff relief, subsequently increased margins and
  market share, then searched for and hired a new CEO.

- A $500-million food company, **American Rice, Inc.**, had been in dysfunctional disarray due to in-
  fighting and management abuse of shareholders.  In bankruptcy, Funsten achieved a swap of
  mortgage debt for public-company equity ownership, then assembled and participated on a new
  Board of Directors for the reorganized company.  He was instrumental in supervising the
  enhancement of the company's moribund brands and the stabilization of revenue streams.  ARI
  was subsequently sold to Grupo SOS, a Spanish food conglomerate.

- At **Buffalo Color Corporation** for the second time, Ken Funsten served as court-appointed Chapter
  11 CEO for the Federal Bankruptcy Court, Southern District of New York. He supervised selling off
  product lines and bringing the plant down to "warm idle," and he personally renegotiated the local
  Steelworkers' labor contract, resulting in lay-offs of almost 90% of the workforce, while keeping a
  positive union-company relationship.  He presided over the distressed company paying off its
  senior lender 100% in a liquidating Chapter 11.

- Funsten was instrumental in negotiating exit financing necessary for **New Millennium Homes, LLC**,
  a luxury real estate developer, to emerge from Chapter 11 bankruptcy; he negotiated and wrote up
  the management contract necessary to bring on a new CEO post-restructuring in order to align a
  veteran executive with the interests of capital providers.  After being properly incentivized through
  Funsten's contract and under Funsten's supervision as a Board of Directors member and Chairman
  of the Compensation Committee, CEO Lou Malone (formerly president of the Irvine Companies)

2

took New Millennium's Oaks at Calabasas project to $750 million in revenues and produced a
dramatic return for investors.

- Funsten led the financial investigation by ERISA-plan victims into plan losses of over $300 million in
  the Ponzi scheme propitiated by SEC-registered investment advisor **Capital Consultants LLC** of
  Portland, Oregon.  Funsten Asset Management's valuation of illiquid securities and Funsten's on-
  the-ground, in-person investigation helped lead to 80% average recoveries for the pension
  beneficiaries.  Capital Consultants was called by the SEC at the time the largest ERISA investment
  fraud in U.S. history.

- In another case of potential ERISA abuse, Funsten recovered over $1.5 million in management fees
  (despite a recoupment-limitations clause in the applicable investment management contract) from
  an extremely well-connected private equity manager for **a major Taft-Hartley ERISA pension plan**.
  The mistake by the manager was mathematically complex and negotiations were long and drawn-
  out, but ultimately Funsten was able to successfully prove his point and recoup the ill-gotten fees.

- Funsten provided strategic guidance and negotiation for secured Noteholders in reorganizing failed
  New Orleans casino developer **Capital Gaming Inc.**, supervising liquidating riverboat assets and
  working out contracts for five Native American casino management service agreements, providing
  cash flows to creditors.

- At **Funsten Asset Management Company** (and at his previous employer), Kenneth Funsten was
  ranked #1 among U.S. High Yield Fixed Income Managers by **Nelson's World's Best Money
  Managers** for 5 yrs ending 6/30/97, 5 yrs ending 6/30/98 and 4 qtrs ending 3/31/00, among other
  periods.


**WERTHEIM SCHRODER INVESTMENT SVCS. (FINANCIAL MANAGEMENT ADVISORS), Beverly Hills, CA**
August 1990 – May 1993
Title:  Director, Portfolio Manager, High Yield and Distressed Debt

Funsten joined SEC-registered Financial Management Advisors as a Managing Director, a member of
the Investment Strategy Committee and the Management Committee, and co-manager of all fixed
income portfolios.  He helped manage and grow assets, then participated in readying for sale and
merging Financial Management Advisors with Wertheim Schroder Investment Services, a subsidiary of
the British bank and investment manager **Schroders PLC**.  At the latter firm, he joined as a Director and
a member of the firm's Investment Policy Committee, responsible for selection, trading and monitoring
of over $350 million in high yield and distressed corporate debt instruments and portfolios.  At
Wertheim Schroder, Funsten was responsible for:

3

016

- Organizing and negotiating a debt-for-equity recapitalization of **CalFed, Inc.**, a major California S&L, Funsten appeared personally in front of the **Office of Thrift Supervision**'s Director Timothy Ryan and his staff in Washington, DC, to negotiate the terms under which investors would recapitalize the financial institution and save it from a **Resolution Trust Corporation** sale. The resulting deal, once consummated, provided Funsten's clients and other creditors with what *Institutional Investor* termed "the best recovery ever in a junk bond." Funsten, as a significant equity owner for his firm's clients, and other investors proceeded to reorganize the ailing thrift's Board of Directors and management team, directing the new personnel to strengthen the institution's capital ratios and seek a stronger suitor. These actions ultimately led to CalFed's purchase by **Citibank**.

- Bicoastal, Funsten was instrumental in integrating the investment, research and trading staffs of the two investment management firms, FMA and Wertheim Schroder, one on each coast, while cutting overall costs and improving performance.

**WEDBUSH MORGAN SECURITIES, 1000 Wilshire Blvd., Los Angeles, CA 90017**
June 1989 – August 1990
Title: Director of Research, High Yield

Holding FINRA Series, 7, 16 and 63 securities licenses (since expired), Funsten assumed responsibilities for performing Supervisory Analyst functions as the firm's Director of High Yield research. In addition, he generated his own research reports on high yield debt instruments. He also worked as a desk analyst in particular industries, on both the long and short side of the market.

**SECURITY PACIFIC INVESTMENT MANAGERS, Los Angeles, CA**
July 1988 – June 1989
Title: High Yield Analyst/Trader/Portfolio Manager

At this investment subsidiary for **Security Pacific National Bank** (subsequently acquired by **Bank of America**), Funsten was responsible for High Yield Bond Research, writing investment evaluations of leveraged companies and their debt and co-managing two high yield bond funds.

**TRUST COMPANY OF THE WEST, 11100 Santa Monica Blvd., Los Angeles, CA 90025**
May 1987 – July 1988
Title: Junior Equity Analyst for Money Center Banks, Savings & Loans, Oil, Oil Service, Chemical, Banking, S&L and Entertainment Industries

017

Responsible for generating quantitative analyses and research reports on corporate equity securities for the money center banks, savings and loan industry, oil, oil service, chemical and entertainment industries.


**FOOTHILL GROUP, Los Angeles, CA**
August 1986 – March 1987
Title:  Special assignment to Chairman.


Responsible for writing speeches as well as conceptualizing, creating, writing and editing the corporation's 1986 annual report.


**LOS ANGELES TIMES, Los Angeles, CA**
August 1978 – March 1986
Title:  Feature Writer


Responsible for both short pieces and in-depth reviews and features of general literary, historical and anthropological interest to Los Angeles Times View, Calendar and Book Review readers.


OTHER QUALIFICATIONS:    Chartered Financial Analyst (1990) and member of The CFA Institute

Member, Turnaround Management Association and Chairman of TMA So Cal Chapter's University Relations Committee

Member, California Receivers' Forum

Member, Association for Corporate Growth

FINRA (formerly NASD) Series 7, 16 & 63 securities licenses (expired)

Former Member, American Bankruptcy Association

Board of Directors, California Jazz Foundation (non-profit)

LEADERSHIP ROLES:    As investment advisor and portfolio manager of distressed corporate debt portfolios, Funsten has frequently been on the **Board of Directors** of reorganized companies.  He has also served as a member of both

5

bondholders' **Unofficial Creditors Committees** and (as appointed by various U.S. Trustees) **Official Creditors' Committees** in Chapter 11 Federal Bankruptcy Court proceedings.

APPEARANCES IN COURTS OR BEFORE FEDERAL AGENCIES (PARTIAL LIST):

CalFed Inc., S&L Recapitalization – Office of Thrift Supervision, Washington, DC 1992

Capital Gaming Inc., Chapter 11 bankruptcy – U.S. Bankruptcy Court, Camden, NJ 1995

Baldwin Homes Inc. (subsequently renamed New Millennium Homes, LLC), Chapter 11 bankruptcy – U.S. Bankruptcy Court, Santa Barbara, CA 1997

Buffalo Color Corporation, Anti-dumping Suit – Dept. of Commerce and International Trade Commission, Washington, DC 1999 and 2000

Rainbow 215, LLC, Chapter 11 bankruptcy—Expert witness for the Debtor at the Confirmation Hearing, U.S. Bankruptcy Court, Las Vegas, NV, 2010 (rescheduled for June)

WRITTEN OPINIONS:

On appropriate fees for a hedge fund manager of an ERISA client, Grana v. Tutor—California Central District case number 2000-cv-00556

Assessment Report of the Appropriate Interest Rate for the First Amended Chapter 11 Plan of Reorganization of Rainbow 215, LLC (Nevada, Case No. BK-S-09-23414-BAM)  (Filed with Declaration—forthcoming)

BUSINESS NEWS ARTICLES:

Mr. Funsten has often been quoted and has been the subject of feature interviews including:

*FamCo's Funsten:  Interview by Ed Fody* - The Wall Street Transcript, July 21, 1997

*From Features to Finance by Jason Booth* - Los Angeles Business Journal, April 27, 1998

*Junk Collector:  An Interview with Kenneth Funsten by Kathryn Welling* - Barron's, December 28, 1998

6

019

RECENT PUBLIC EVENTS:    February, 2010: A seminar presentation at the University of Southern California's Marshall Center for Investment Studies as part of the USC/CFALA Joint Investment Workshops, a talk on **The Trouble with Trouble: Direct Investments in Distressed Assets**

April, 2010: At the University of Southern California's Gould School of Law, planned, staffed and moderated for the Southern California Chapter of the Turnaround Management Association the program **Case Study: Options for a Middle-Market Bankruptcy and Restructuring**

7

020

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Notice of Motion and Motion for Order Authorizing  Debtors to Employ Kenneth Funsten and Funsten Asset Management Company                       will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  6/14/10                       I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On  6/14/10                       I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on                       I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/14/10 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Katherine Bunker: kate.bunker@usdoj.gov
Miguel A Ortiz: mortiz@grahamvaagelaw.com
David A Tilem: davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com;
ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Susan L Vaage: svaage@grahamvaagelaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                      **F 9013-3.1**

022

## Service List

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0325

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2668

Los Angeles City Clerk
P. O. Box 53200
Los Angeles, CA 90053-0200

NAT Real Estate Investments
Management Group Inc.
500 N. Brand Blvd., Ste. 1030
Glendale, CA 91203

Securities & Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

The Andalucia Project, LLC
14900 Ventura Blvd., #220
Sherman Oaks, CA 91403

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364

Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436

Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

Athens Services
P. O. Box 60009
City Of Industry, CA 91716-0009

Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326

City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012

DEPT OF WATER AND POWER
CITY OF LA - ATTN BANKRUPTCY
POB 51111
LOS ANGELES CA 90051-5700

Department Of Water And Power
P. O. Box 30808
Los Angeles, CA 90030-0808

Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423

Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423

Loreno Gonzalez
4235-4241 N. Fulton Avenue
#4243.5
Los Angeles, CA 91423

Gary Garver
4235-4241 N. Fulton Avenue
#13317
Los Angeles, CA 91423

Loreno Gonzalez
4243 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

JMBM
1900 Avenue Of The Stars
Los Angeles, CA 90067-4308

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423

NAT Real Estate Investments
Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

Jamie LeBlanc And Jennifer Hansom
4235-4241 N. Fulton Avenue
#13309
Los Angeles, CA 91423

Namir
4235-4241 N. Fulton Avenue
#4241.5
Los Angeles, CA 91423

John R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406

Namir
4241 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

KRISTI JANSMA
4485 1/2 HAZELTINE AVE
SHERMAN OAKS CA 91423

Oscar Monarrez
4235-4241 N. Fulton Avenue
#4241
Los Angeles, CA 91423

Kristi Jansma
13311 Woodbridge Avenue.
Sherman Oaks, CA 91423

Kristi Jansma
4235-4241 N. Fulton Avenue
#13311
Los Angeles, CA 91423

Oscar Monarrez
4241 N. Fulton Avenue
Sherman Oaks, CA 91423

024

Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355

Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411

Roya Alamdari
13319 Woodbridge Avenue.
Sherman Oaks, CA 91423

Roya Alamdari
4235-4241 N. Fulton Avenue
#13319
Los Angeles, CA 91423

Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356

Sammy Montero
13315 Woodbridge Avenue.
Sherman Oaks, CA 91423

Sammy Montero
4235-4241 N. Fulton Avenue
#13315
Los Angeles, CA 91423

Shahin Sharpar & Panteha Nikain
4235-4241 N. Fulton Avenue
#4243
Los Angeles, CA 91423

Shahin Sharpar & Panteha Nikain
4243 N. Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202

Teresa Garcia
4235-4241 N. Fulton Avenue
#4237
Los Angeles, CA 91423

Teresa Garcia
4237 N. Fulton Avenue
Sherman Oaks, CA 91423

United States Trustee
(ATTN: Katherine Bunker)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Michael Abergel
Abergel & Associates Inc
26560 Agoura Rd Ste 203
Calabasas, CA 91302

Susan L. Vaage
500 N. Brand #1030
Glendale, CA 91203

NAT Real Estate Investment
Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025

First Regional Bank
Steven J. Sweeney
1801 Century Park East, #800
Los Angeles, CA 90067

Honorable Maureen A. Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd, Suite 325
Woodland Hills, CA 91367