David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Attorneys for Debtor
and Debtor-In-Possession,
The Andalucia Project, LLC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

| | |
|---|---|
| In re: | ) Case No. 1:09-21502-MT |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) **CASE STATUS REPORT** |
| THE ANDALUCIA PROJECT, LLC | ) |
| | ) Date: July 19, 2010 |
| | ) Time: 1:00 p.m. |
| | ) Ctrm: 302 |
| | )       21041 Burbank Blvd. |
| Debtor. | )       Woodland Hills, CA 91367 |
| | ) |

The following matters for this case appear to be on calendar at the date and time set forth above:

1.  Case status conference

2.  Debtor's motion to amend its Chapter 11 plan

3.  Lender's pending relief from stay motion

4.  Confirmation of Debtor's Chapter 11 plan

In anticipation of these hearings, Debtor submits the following case status report.

Throughout this case the parties have operated on the premise that the property had a value of approximately $1.4 million (a value determined by the Court) and that NAT is owed approximately

1  $2.25 million.  On June 9, 2010 the parties met at the offices of
2  NAT's counsel to discuss settlement prospects.  At that time
3  Debtor's principal first provided all counsel with copies of a Form
4  1099-C in the amount of $975,000 issued by the original note
5  holder, First Regional Bank.  A true and correct copy of this
6  document is attached as Exhibit "A".
7      Debtor's position is that this document substantially reduces
8  the amount of its obligation to NAT by that amount and by any
9  additional interest which is attributable to that amount.  On the
10 basis of that document, the parties immediately contacted the Court
11 to request a continuance of hearing originally scheduled for June
12 14, 2010 at 11:00 a.m.  Each side is still considering its
13 position.
14     The amount of NAT's claim remains in dispute.  On or about May
15 21, 2010 NAT filed an amended Proof of Claim reflecting a claim
16 amount of $2,292,624.  A copy is attached for the convenience of
17 all as Exhibit "B", however, the claim makes no allowance for the
18 cancellation of debt, a dispute over the proper interest rate to be
19 applied, and other disputes as to the amount owed.
20     Debtor believes that a further settlement meeting, this time
21 with the assistance of a mediator, may lead to a mutually
22 acceptable plan.  Debtor requests that all hearings be continued
23 for a period of 60 days.
24 Dated: July 1, 2010                 LAW OFFICES OF DAVID A. TILEM
25
26                                     By: _____
27                                         DAVID A. TILEM, Attorneys
                                            for Debtor and Debtor-In-
28                                          Possession

P:\Active Clients\02309-Andalucia\A\PLDOCS\20100630-CaseStatReport2.vpd

# EXHIBIT "A"

```
FIRST REGIONAL BANK                          Creditor's
1801 CENTURY PARK EAST                       Fed I.D. No.
CENTURY CITY CA 90067                        ███████8403
PHONE: 310-552-1776

                                             OMB No. ████-1424
                                             Cancellation of Debt
                                             Form 1099-C
                                             Copy B
                                             For Debtor
                                             For year 2009

THE ANDALUCIA PROJECT LLC
14900 VENTURA BLVD 220
SHERMAN OAKS CA 91403                        Debtor's
                                             Tax I.D. No.
                                             ████████3277


     Account Information
*----------------------*
        ████264 L
```

---

BOX 1 Date Canceled. . . . . . . . . . . . . . . . . . . . . . . . . . . 6/30/2009
BOX 2 Amount of debt canceled. . . . . . . . . . . . . . . . . . . . . . 975,000.00
BOX 3 Interest if included in box 2. . . . . . . . . . . . . . . .
BOX 4 Debt description                                            REAL ESTATE LOAN

BOX 5 Was borrower personally liable
      for repayment of the debt? . . . . . . . . . . . . . . . . .
BOX 6 Bankruptcy . . . . . . . . . . . . . . . . . . . . . . . . .       YES
BOX 7 Fair Market value of property. . . . . . . . . . . . . . . .        NO

This is important tax information and is being furnished to the
Internal Revenue Service. If you are required to file a return,
a negligence penalty or other sanction may be imposed on you if
taxable income results from this transaction and the IRS determines
that it has not been reported.
(KEEP FOR YOUR RECORDS.)

# EXHIBIT "B"

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT  Central District of California  AMENDED | PROOF OF CLAIM |
|---|---|

**Name of Debtor:**
THE ANDALUCIA PROJECT

**Case Number:**
1:09-21502-MT

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
NAT Real Estate Management Group Inc.

**Name and address where notices should be sent:**
NAT Real Estate Management Group Inc. C/O Miguel A. Ortiz
Graham Vaage LLP
500 N. Brand Blvd., Ste. 1030, Glendale, CA 91203

**Telephone number:**
(818) 547-4800

☑ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** 3-1
*(If known)*

**Filed on:** 01/27/2010

**Name and address where payment should be sent (if different from above):**

**Telephone number:**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 2,292,624.76

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Note and Deed of Trust
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 0001

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:** 4235 Fulton Ave; 13309-13319 Woodbridge Ave.

**Value of Property:** $ 1,400,000.00   **Annual Interest Rate** 8.250 %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $ 2,292,624.76   **Basis for perfection:** Deed of Trust

**Amount of Secured Claim:** $ 1,400,000.00   **Amount Unsecured:** $ 892,624.70

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 05/21/2010

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Miguel A. Ortiz Attorney for Creditor NAT Real Estate Management Group Inc.   /S/ MIGUEL A. ORTIZ

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| In re:<br>THE ANDALUCIA PROJECT | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
500 N. Brand Blvd., Ste. 1030
Glendale, CA 91203

A true and correct copy of the foregoing document described <u>AMENDED PROOF OF CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>May 21, 2010</u> checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Attorney for Debtor David Tilem        davidtilem@tilemlaw.com
Attorney for U.S. Trustee Katharine Bunker   kate.bunker@usdoj.gov

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served):
On <u>February 22, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Andalucia Project
14900 Ventura Blvd., #220
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/21/2010 | LIZ MARQUEZ | /S/ LIZ MARQUEZ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

# U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Claims Filing

The following transaction was received from Ortiz, Miguel on 5/21/2010 at 2:55 PM PDT

| | |
|---|---|
| **Case Name:** | The Andalucia Project, LLC |
| **Case Number:** | 1:09-bk-21502-MT |
| **Creditor Name:** | NAT Real Estate Investments Mgmt Gr<br>9190 West Olympic Blvd., #311<br>Beverly Hills, CA 90212 |
| **Claim Number:** | Amended 3    Claims Register |
| **Total Amount Claimed:** | $2247529.70 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Nat - AMEND POC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=5/21/2010] [FileNumber=34712540-0] [1eae9f7e482e44e793a22b9d435a52721e2bc0d6b2e90b67f31dfeaa8dc53f4e12 216459ff00442de3a3e12bd6db08a7520eb12ee3b2562a2886e3466c26cecf]]

File another claim

| In re: | CHAPTER: 11 |
|---|---|
| The Andalucia Project, LLC | CASE NUMBER: 1:09-bk-21502 MT |
| Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described as **CASE STATUS REPORT** in Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/2/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

* Katherine Bunker    kate.bunker@usdoj.gov
* Sylvia Ho    SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* Miguel A Ortiz    mortiz@grahamvaagelaw.com
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
* Susan L Vaage    svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **7/2/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

**Honorable Maureen Tighe**
**United States Bankruptcy Court**
**21041 Burbank Blvd., Suite 325**
**Woodland Hills, CA 91367**

X Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/2/10 | Lorena Diaz | /s/ Lorena Diaz |
|---|---|---|
| Date | Type Name | Signature |

| In re: | | CHAPTER: 11 |
|---|---|---|
| The Andalucia Project, LLC | Debtor(s) | CASE NUMBER: 1:09-bk-21502 MT |

## ADDITIONAL SERVICE INFORMATION (if needed):

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0325

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2668

Los Angeles City Clerk
P. O. Box 53200
Los Angeles, CA 90053-0200

NAT Real Estate Investments
Management Group Inc.
500 N. Brand Blvd., Ste. 1030
Glendale, CA 91203

Securities & Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

The Andalucia Project, LLC
14900 Ventura Blvd., #220
Sherman Oaks, CA 91403

American Acceptance Corp.
23251 Mulholland Drive
Woodland Hills, CA 91364

Amir Pirbadian, Inc
5435 Balboa Blvd. #212
Encino, CA 91436

* Arthur Aslanian
14900 Ventura Blvd. #220
Sherman Oaks, CA 91403

Athens Services
P. O. Box 60009
City Of Industry, CA 91716-0009

Christianson Design And Drapery
20299 Via Cellini
Porter Ranch, CA 91326

City Of Los Angeles
200 North Spring Street, Rm 721
Los Angeles, CA 90012

Department of Water & Power
City of Los Angeles
AttnL Bankruptcy
P.O. Box 51111
* Los Angeles CA 90051-5700

Department Of Water And Power
P. O. Box 30808
Los Angeles, CA 90030-0808

Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423Gary Garver
13317 Woodbridge Avenue.
Sherman Oaks, CA 91423

Gary Garver
4235-4241 N. Fulton Avenue
#13317
Los Angeles, CA 91423

JMBM
1900 Avenue Of The Stars
* Los Angeles, CA 90067-4308

Jamie LeBlanc And Jennifer Hansom
13309 Woodbridge Avenue.
Sherman Oaks, CA 91423

Jamie LeBlanc And Jennifer Hansom
4235-4241 N. Fulton Avenue
#13309
Los Angeles, CA 91423

John R. Hanzlik Associates, Inc.
7100 Hayvenhurst Avenue, Suite 301
Van Nuys, CA 91406

KRISTI JANSMA
4485 1/2 HAZELTINE AVE
SHERMAN OAKS CA 91423

Kristi Jansma
13311 Woodbridge Avenue.
Sherman Oaks, CA 91423

Kristi Jansma
4235-4241 N. Fulton Avenue
#13311
Los Angeles, CA 91423

Loreno Gonzalez
4235-4241 N. Fulton Avenue
#4243.5
Los Angeles, CA 91423

Loreno Gonzalez
4243 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

NAT Real Estate Investments
Mgmt Gr
9190 West Olympic Blvd., #311
Beverly Hills, CA 90212

Namir
4235-4241 N. Fulton Avenue
#4241.5
Los Angeles, CA 91423

Namir
4241 1/2 N. Fulton Avenue
Sherman Oaks, CA 91423

Oscar Monarrez
4235-4241 N. Fulton Avenue
#4241
Los Angeles, CA 91423

Oscar Monarrez
4241 N. Fulton Avenue
Sherman Oaks, CA 91423

Overland Traffic Consultants
27201 Tourney Rd #206
Santa Clarita, CA 91355

Reliable Graphics
15013 Califa Street
Van Nuys, CA 91411

Roya Alamdari
13319 Woodbridge Avenue.
Sherman Oaks, CA 91423

Roya Alamdari
4235-4241 N. Fulton Avenue
#13319
Los Angeles, CA 91423

Sam Aslanian
19951 Turnberry Drive
Tarzana, CA 91356

Sammy Montero
13315 Woodbridge Avenue.
Sherman Oaks, CA 91423

Sammy Montero
4235-4241 N. Fulton Avenue
#13315
Los Angeles, CA 91423

Shahin Sharpar & Panteha Nikain
4235-4241 N. Fulton Avenue
#4243
Los Angeles, CA 91423

Shahin Sharpar & Panteha Nikain
4243 N. Fulton Avenue
Sherman Oaks, CA 91423

Tax And Business Consulting Group
1211 N. Pacific Avenue
Glendale, CA 91202


Teresa Garcia
4235-4241 N. Fulton Avenue
#4237
Los Angeles, CA 91423


Teresa Garcia
4237 N. Fulton Avenue
Sherman Oaks, CA 91423


United States Trustee
(ATTN: Katherine Bunker)
21051 Warner Center Lane. Suite 115
Woodland Hills, CA 91367


Michael Abergel
Abergel & Associates Inc
26560 Agoura Rd Ste 203
Calabasas, CA 91302


Susan L. Vaage
500 N. Brand #1030
Glendale, CA 91203


NAT Real Estate Investment
Management Group
Arash Naghdi
11111 Santa Monica Blvd., #1400
Los Angeles, CA 90025


First Regional Bank
Steven J. Sweeney
1801 Century Park East, #800
Los Angeles, CA 90067