David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800
Email: DavidTilem@TilemLaw.com

Attorneys for
The Andalucia Project, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

| | |
|---|---|
| In re:<br><br>THE ANDALUCIA PROJECT, LLC.<br><br>                    Debtor. | Case No. 1:09-BK-21502-MT<br><br>Chapter 11<br><br>**COMMENT ON SUPPLEMENTAL DECLARATION FILED BY MIGUEL ORTIZ IN SUPPORT OF RELIEF FROM STAY**<br><br>Date: July 19, 2010<br>Time: 2:00 p.m.<br>CtRm: 302 |

    The moving party continues to ignore Court rules and procedures by filing last minute declarations of counsel which are, at the very least, filled with inadmissible statements and at worst misleading. Instead the Rules require the moving party to initiate the preparation of a joint status report - which was not done.

    The current example is a Declaration of Miguel Ortiz which was filed on July 12 and received through the PACER system by Debtor's counsel on July 13. Having filed a procedurally improper declaration, the moving party then seeks to bootstrap the declaration into alleged claim that it is suffering continuing damage.

1      The Declaration fails to disclose, however, that NAT's claim
2  is now approximately $1 million less than what the parties believed
3  when they were last before the Court.  This is due to the recent
4  receipt of a Form 1099 issued by the original lender in the amount
5  of $975,000.

6      Instead of focusing on this major change in the facts of this
7  case, NAT would rather focus on the fact that the Debtor failed to
8  timely file certain reports.  Those reports were not timely filed
9  because Debtor's Controller experienced sudden and severe medical
10 problems which caused him to be absent for many weeks.  The missing
11 reports are being prepared and should be in the hands of NAT's
12 counsel before the hearing.  As for the adequate protection
13 payments, those will also be in NAT's hands before the continued
14 hearing on this Motion.

15 Dated: July 13, 2010                    LAW OFFICES OF DAVID A. TILEM

17                                         By: _____
18                                         David A. Tilem, Attorneys
                                           for Debtor

## DECLARATION OF JAMES WILLIAMS

I, James Williams, state and declare as follows:

1. I am the acting Controller for The Andalucia Project, LLC. This declaration is based on my personal knowledge. If asked to do so, I could and would testify to the matters set forth below.

2. I was the person charged with responsibility for preparing the reports required by the Court's adequate protection order in this case and for making sure that funds were sent to NAT on a regular basis.

3. From April 19 through April 22, 2010 (a three day period) I developed a growth in my neck which was the size of a baseball. I faced emergency surgery in mid-May to remove a foreign object. I was out of work until mid to late June. I am still convalescing and not at 100%, however I am trying to get caught up with work.

4. I am working to make sure that all of the required reports will be completed and in the hands of NAT's counsel before the July 19 hearing.

5. I have also made arrangements to transmit all rental income to NAT. Those funds should also be in the hands of NAT's counsel before the next hearing.

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct and that this declaration was signed by me on the 13th day of July, 2010 at Santa Clarita, California.

*/s/ James Williams*
James Williams

| In re: The Andalucia Project, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Comment on Supplemental Declaration Filed by Miguel Ortiz in Spport of Relief from Stay                                                                                             will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  7/13/10                        I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  7/13/10                        I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., #325
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on                                     I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/13/10 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: The Andalucia Project, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

* Katherine Bunker    kate.bunker@usdoj.gov
* Sylvia Ho    SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com; ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* Miguel A Ortiz    mortiz@grahamvaagelaw.com
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com; ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
* Susan L Vaage    svaage@grahamvaagelaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**