UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |  |
|---|---|---|
|  | Case Number: | 1:09-bk-21502-MT |
|  | Operating Report Number: | 10 |
|  | For the Month Ending: | 30-Jun-10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. WELLS FARGO BANK GENERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 8,147.32

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 393.18

3.  BEGINNING BALANCE: — 7,754.14

4.  RECEIPTS DURING CURRENT PERIOD: — 0.00

5.  BALANCE: — 7,754.14

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 103.69

7.  ENDING BALANCE: — 7,650.45

8.  Wells Fargo General DIP Acct Number:    XXXXXX9048

   Depository Name & Location:
   Wells Fargo Bank
   P.O. Box 6995
   Portland, OR  97228-6995

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM WELLS FARGO GENERAL DIP ACCT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 6/11/2010 | EFT | Wells Fargo Bank | Service Charge | 103.69 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 103.69 |

WELLS FARGO GENERAL DDA ACCOUNT
BANK RECONCILIATION

Bank statement Date: ___6/30/2010___   Balance on Statement: ___$7,650.45___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                          | 0.00 |

Bank statement Adjustments:                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                             | $7,650.45 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

**WELLS FARGO**

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 2
Account Number:                    25,134    (CO114)
Statement Start Date:              9048
Statement End Date:                06/01/10
                                   06/30/10

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION
CH 11, CASE 09-21502, (CCA)
GENERAL OPERATAING ACCOUNT
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

**For Customer Assistance:**
**Call 800-225-5935 (1-800-CALL-WELLS).**

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| ANALYZED BUSINESS SERVICES PACKAGE | | | | |
| 9048 | 7,754.14 | 0.00 | - 103.69 | 7,650.45 |

**News from Wells Fargo**

**Revised Agreement for Online Banking**
**We've updated our Online Access Agreement. To see what has changed, please visit wellsfargo.com/onlineupdates.**

**Debits**
**Electronic Debits/ Bank Debits**

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jun 11 | 103.69 | Client Analysis Srvc Chrg 100610 Svc Chge 0510 ▓9048 |
| | | 103.69 | Total Electronic Debits/ Bank Debits |
| | | 103.69 | Total Debits |

**Daily Ledger Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| May 31 | 7,754.14 | Jun 11 | 7,650.45 | | |
| Average Daily Ledger Balance | | | 7,685.01 | | |

*Continued on next page*





Page 2 of 2

25,135

*The Andalucia Project, Llc*
*Debtor In Possession*

Account Number:          9048
Statement End Date:      06/30/10

**Wells Fargo Rewards for Business Debit Card**

*For the Wells Fargo Rewards for Business Debit Card program, please note the following terms for rewards point earn rate:*
*Cardholders will earn one point for every $2 in net signature-based purchases (purchases minus returns/credits) made on their Business Check Card, by transaction, divided by two, rounded to the nearest point. Eligible Check Card transactions include all purchases made with the Business Check Card by means of a signed card receipt as well as internet purchases, phone purchases, purchases where the 'credit' button is selected or any other Check Card transaction that does not involve the use of a Personal Identification Number ("PIN"). Any Check Card return credits to your business checking acount will reduce the number of points available for redemption based on the dollar amount of the credit. Negative points will post daily on your account if returns or credits exceed purchases.*

---

Wells Fargo has innovative solutions designed to meet your business needs:

| | | |
|---|---|---|
| ▌Credit Services | ▌Business Payroll Services | ▌Equipment Finance |
| ▌Treasury Management Services | ▌International Trade Services | ▌Corporate Finance |

For more information on our products and services,
please contact your Wells Fargo representative or visit us online at **wellsfargo.com**.

---

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

*Thank you for banking with Wells Fargo.*                                    *Member FDIC*

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>The Andalucia Project, LLC<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  1:09-bk-21502-MT<br>Operating Report Number: 10<br>For the Month Ending:  30-Jun-10 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. WELLS FARGO BANK CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          69,931.44

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          57,176.69

3. BEGINNING BALANCE:          12,754.75

4. RECEIPTS DURING CURRENT PERIOD:          8,476.71

5. BALANCE:          21,231.46

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          986.58

7. ENDING BALANCE:          20,244.88

8. WFB Pre Petition Money Market Acct Number:  XXXXXX9055

Depository Name & Location:
Wells Fargo Bank
P.O. Box 6995
Portland, OR  97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM WB-1 CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 6/11/2010 | EFT | Wells Fargo | Service Charge | 118.96 |
| | | | | |
| 6/14/2010 | 1072/EFT | Farmers Insurance | Insurance Payment | 429.72 |
| 6/16/2010 | 1073 | Jesus Chavez | Repair & Maint:  Gardener | 200.00 |
| 6/16/2010 | 1074 | The Gas Company | Utilities:  Gas | 40.05 |
| 6/16/2010 | 1075 | Athens Services | Utilities:  Trash | 79.20 |
| 6/18/2010 | 1076 | Tere Ramirez | Maintenance:  Cleaning | 100.00 |
| 6/16/2010 | 1077 | CWH Inc. | Materials for Rental Units | 18.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 986.58 |

WFB CASH COLLATERAL DIP ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 6/30/2010 | Balance on Statement: | $20,284.93 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1074 | 6/16/2010 | 40.05 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | | 40.05 |
|---|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | | $20,244.88 |
|---|---|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment



WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 3

37292

Account Number:                    9055
Statement Period:
Jun 1, 2010 -
Jun 30, 2010

Image Count:                          7

THE ANDALUCIA PROJECT, LLC
DEBTOR IN POSSESSION
CH 11, CASE 09-21502, (CCA)
CASH COLLATERAL ACCOUNT
14900 VENTURA BLVD STE 220
SHERMAN OAKS CA 91403-5942

**For Customer Assistance:**
**Call 800-225-5935 (1-800-CALL-WELLS).**

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| ANALYZED BUSINESS SERVICES PACKAGE | | | | |
| 9055 | 14,058.00 | 8,476.71 | - 2,249.78 | 20,284.93 |

---

**News from Wells Fargo**

**Revised Agreement for Online Banking**
We've updated our Online Access Agreement. To see what has changed, please visit wellsfargo.com/onlineupdates.

**Credits**
**Deposits**

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jun 01 | 1,997.96 | Deposit |
| | Jun 01 | 1,195.79 | Deposit |
| | Jun 03 | 863.00 | Deposit |
| | Jun 07 | 894.96 | Deposit |
| | Jun 07 | 750.00 | Deposit |
| | Jun 09 | 1,500.00 | Deposit |
| | Jun 10 | 1,275.00 | Deposit |
| | | 8,476.71 | Total Deposits |
| | | 8,476.71 | Total Credits |

*Continued on next page*



Page 2 of 3

The Andalucia Project, Llc
Debtor In Possession

Account Number:    37293    ▆▆▆9055
Statement End Date:    06/30/10

## Debits

### Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Jun 11 | 118.96 | Client Analysis Srvc Chrg 100610 Svc Chge 0510 000003243229055 |
| | Jun 14 | 429.72 | Farmers Calif E Pay 061410 DRV30KA54445 Andalucia, Llc |
| | | 548.68 | Total Electronic Debits/ Bank Debits |

### Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1065 | Jun 07 | 100.00 | 1073* | Jun 24 | 200.00 | 1077 | Jun 30 | 18.65 |
| 1066 | Jun 03 | 98.25 | 1075* | Jun 28 | 79.20 | | | |
| 1071* | Jun 03 | 1,105.00 | 1076 | Jun 23 | 100.00 | | | |

*Gap in check sequence     1,701.10     Total Checks Paid

2,249.78     Total Debits

### Daily Ledger Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| May 31 | 14,058.00 | Jun 09 | 19,956.46 | Jun 23 | 20,582.78 |
| Jun 01 | 17,251.75 | Jun 10 | 21,231.46 | Jun 24 | 20,382.78 |
| Jun 03 | 16,911.50 | Jun 11 | 21,112.50 | Jun 28 | 20,303.58 |
| Jun 07 | 18,456.46 | Jun 14 | 20,682.78 | Jun 30 | 20,284.93 |

**Average Daily Ledger Balance**     19,757.96

---

## Wells Fargo Rewards for Business Debit Card

For the Wells Fargo Rewards for Business Debit Card program, please note the following terms for rewards point earn rate:
Cardholders will earn one point for every $2 in net signature-based purchases (purchases minus returns/credits) made on their Business Check Card, by transaction, divided by two, rounded to the nearest point. Eligible Check Card transactions include all purchases made with the Business Check Card by means of a signed card receipt as well as Internet purchases, phone purchases, purchases where the 'credit' button is selected or any other Check Card transaction that does not involve the use of a Personal Identification Number ("PIN"). Any Check Card return credits to your business checking acount will reduce the number of points available for redemption based on the dollar amount of the credit. Negative points will post daily on your account if returns or credits exceed purchases.

---

Wells Fargo has innovative solutions designed to meet your business needs:

- Credit Services
- Treasury Management Services
- Business Payroll Services
- International Trade Services
- Equipment Finance
- Corporate Finance

For more information on our products and services,
please contact your Wells Fargo representative or visit us online at **wellsfargo.com**.

---

*Continued on next page*



*Page 3 of 3*

*The Andalucia Project, Llc*
*Debtor In Possession*

37294

*Account Number:* ████9055
*Statement End Date:* 06/30/10

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Thank you for banking with Wells Fargo.**                                    **Member FDIC**

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| NAT Real Estate Invest | All Due and Payable | 2,217,648.90 | N/A | 2,217,648.90 |
| LA County Tax Collector | Semi-Annually | 15,989.45 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 2,217,648.90 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Scottsdale Insurance Co | 1,000,000.00 | 9/29/2010 | 9/29/2010 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Other Property Insur: | Scottsdale Insurance Co | 935,000.00 | 9/29/2010 | 9/29/2010 |
| | | | | |

I.D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| Wells Fargo General DIP Account: | 7,650.45 |
| Wells Fargo Cash Collateral DIP Account: | 20,244.88 |
| Tax Account: | |

*Other Accounts:

*Other Monies:

**Petty Cash (from below): 0.00

**TOTAL CASH AVAILABLE:**   27,895.33

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |

**TOTAL PETTY CASH TRANSACTIONS:**   0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

VI.  UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2009 | 25.00 | 325.00 | 21-Oct-2009 | 325.00 | 0.00 |
| 31-Dec-2009 | 20,734.04 | 650.00 | 19-Jan-2010 | 650.00 | 0.00 |
| 31-Mar-2010 | 29,092.42 | 650.00 | 9-Apr-2010 | 650.00 | 0.00 |
| 30-Jun-2010 | 8,808.68 | 325.00 | | | 325.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | No Orders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

_____

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization

_____

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

_____

I,   Arthur Aslanian,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

| 7/7/10 | | |
|---|---|---|
| Date | Page 8 of 8 | Principal for debtor-in-possession |

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Monthly Operating Report #10

_____  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  7/14/10 _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  7/14/10 _____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe            George Griffiths, Analyst
United States Bankruptcy Court         Office of the United States Trustee
21041 Burbank Blvd., #325              21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6606          Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/14/10 | Malissa Murguia | _Malissa Murguia_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: The Andalucia Project, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21502-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

* Katherine Bunker      kate.bunker@usdoj.gov
* Sylvia Ho      SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;
ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* Miguel A Ortiz      mortiz@grahamvaagelaw.com
* David A Tilem      davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;
ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov
* Susan L Vaage      svaage@grahamvaagelaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**